

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

**Scott B. Gilly**
sgilly@twglaw.com

November 4, 2010

**VIA ECF**

The Honorable Leonard D. Wexler
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

> Re: Marla Adler, et al. v. 20/20 Companies, et al., No. 09 Civ. 439 (LDW)(ARL)

Dear Judge Wexler:

As Your Honor is aware, we represent Plaintiffs in the above-referenced matter. Pursuant to Local Civil Rule 1.4, we write to respectfully request the Court to issue an order directing that Cindy E. Uh, Esq. be withdrawn as an attorney of record for Plaintiffs. Ms. Uh is no longer associated with Thompson Wigdor & Gilly LLP, counsel for Plaintiffs, and will not continue her representation of Plaintiffs in this matter. Given the continued representation of Plaintiffs by TWG, this withdrawal will not affect the posture of the case.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*[signature]*
Scott B. Gilly