1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF NEW YORK

10

11  MARLA ADLER, STEPHEN                  CASE NO.  CV-09-439(LDW)(ARL)
    BAUSENWEIN, AL DEICHLER, MIKE
12  FROST, ED HALPIAN, RICH HERBST,       **DECLARATION OF BERNELLA**
    KEVIN KELLY, ARTHUR LANDSMAN,         **LENHART**
13  ERIK MALAGON, JOE O'BRIEN, JOHN RE
    and DAN WATTS, on behalf of themselves
14  and all others similarly situated,

15           Plaintiffs,

16      vs.

17  20/20 COMPANIES; 20/20
    COMMUNICATIONS, INC. VERIZON
18  COMMUNICATIONS, INC. VERISON
    SERVICES CORP.; BARRY MILLAY, in his
19  individual and official capacities; WILLIAM
    ROWLAND, JR., in his individual and official
20  capacities; and JASON GREEN, in his
    individual and official capacities,
21
             Defendants.
22

23

24  I, BERNELLA LENHART, declare as follows:

25          1.      I am employed by Gilardi & Co., LLC ("Gilardi"), located at 3301 Kerner Blvd.,

26  San Rafael, California.  Gilardi was appointed as the Settlement Administrator in this matter.  I

27  am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts

28  set forth herein and, if called as a witness, could and would testify competently thereto.

-1-

1       2.    Gilardi is the nation's largest, private full-service administrator of class action

2   settlements.  For nearly a quarter-century, Gilardi has been the industry leader in class action

3   settlement administration, with more than 3,000 cases administered and $12 billion in assets

4   distributed.  On an annual basis, Gilardi provides escrow agent services for over 1,100 Qualified

5   Settlement Funds and manages assets in excess of $1.5 billion dollars.

6       3.    Gilardi was established in 1984 to assist attorneys in the noticing and

7   administration of class actions including securities litigation, labor and employment, consumer

8   protection, antitrust and other like matters.  Gilardi has been Special Claims Master or Receiver

9   for the Securities Exchange Commission, the Commodities Futures Trading Commission, all 50

10   states' Attorneys General, and the FTC.

11       4.    On November 24, 2010, Gilardi received from the Defendant a list of the names

12   and addresses of possible class members in this matter.  Gilardi formatted the list for mailing

13   purposes, removed duplicate records, and processed the names and addresses through the

14   National Change of Address Database to update any addresses on file with the United States

15   Postal Service ("USPS").

16       5.    On December 3, 2010, Gilardi sent CAFA Notices to 33 Attorneys General and to

17   the US Attorney General.  An exemplar of the CAFA Notice is attached hereto as Exhibit A.

18       6.    On December 10, 2010, Gilardi caused the Class Notice, the Consent to Participate

19   and Claim Certification Form, and the Opt Out Form (collectively the "Notice Packet") to be

20   printed and mailed to the 1,258 names on the class list.  Gilardi delivered the Notice Packets to

21   the United States Post Office located in Santa Rosa, California.

22       7.    Since mailing the Notice Packets to the class members, Gilardi has received four

23   Notice Packets returned by the USPS with updated addresses.  Gilardi immediately remailed

24   these Notice Packets to the updated address supplied by the USPS.

25       8.    Since mailing the Notice Packets to the class members, Gilardi has received Notice

26   Packets returned by the USPS with undeliverable addresses for 233 class members.  Gilardi,

27   through a third party locator service, performed address searches and was able to find updated

28   addresses for 163 of these and remailed the Notice Packets to those updated addresses.

2

9.      On or before December 10, 2010, Gilardi established a toll free telephone number that class members could call to request that the Notice Packet be mailed to them, or to speak to a live operator.  English and Spanish speaking live operators are available Monday through Friday between the hours of 7:30 a.m. and 5:00 p.m. Pacific Time.

10.      The Consent to Participate filing postmark deadline is on February 2, 2011.  To date, Gilardi has received 301 timely Consent to Participate forms.

11.      The opt-out filing postmark deadline is on February 2, 2011.  To date, Gilardi has received nine requests to opt-out from the Settlement.  Of the nine class members who filed requests to opt out, two of these class members concurrently filed a Consent to Participate form.  Gilardi is attempting to validate which form these class members want to withdraw.

12.      The objection filing deadline is on February 2, 2011.  To date, Gilardi has received zero objections to the Settlement.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 1st day of February, 2011 at San Rafael, California.

Bernella Lenhart

# EXHIBIT A

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com



# Morgan Lewis
### COUNSELORS AT LAW

**Sarah E. Bouchard**
215.963.5077
sbouchard@MorganLewis.com

November 29, 2010

## VIA OVERNIGHT DELIVERY

## Notice Pursuant to 28 U.S.C. § 1715

Tom Corbett
Pennsylvania Attorney General's Office
1600 Strawberry Square
Harrisburg, PA 17120

Re:   _Adler et al v. 20/20 Companies et al._, 2:09-cv-00439 (E.D.N.Y.)

Dear Attorney General Corbett:

Through their undersigned counsel, Defendants 20/20 Companies, Inc., Barry Millay, Jason Green and William Rowland, Jr. (the "20/20 Companies Defendants") provide this Notice pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715.

On August 2, 2010, Plaintiffs filed a Joint Stipulation of Settlement and Release (the "Agreement") with the Court.  On October 26, 2010, the Agreement was preliminarily approved by the Court.  A final settlement hearing has been scheduled for January 10, 2011, at 11:00 a.m. If finally approved by the Court, the Agreement would only resolve Plaintiffs claims against the 20/20 Companies Defendants.  It would not resolve Plaintiffs' claims against Defendant 20/20 Communications, Inc. and would only partially resolve Plaintiffs' claims against Defendants Verizon Communications, Inc. and Verizon Services Corp.

In accordance with CAFA, the 20/20 Companies Defendants have enclosed a compact disc containing the following documents in electronic form:

  (1)     Plaintiffs' Complaint (Exhibit 1);

  (2)     Plaintiffs' Amended Complaint (Exhibit 2);

  (3)     the Agreement (Exhibit 3);



November 29, 2010
Page 2

     (4)       the Class Notice (Exhibit 4). which states in Section V, "**If you want to exclude yourself from the Settlement**, you **MUST** complete the Opt-Out Form that is attached to this Notice and mail it to the Claims Administrator . . . .   Please be advised that, if you timely submit a signed and complete Opt-Out Form, <u>you **WILL NOT** be bound by the terms of the Settlement, if it is approved, or the Judgment in the Action.</u>";

     (5)       the Opt-Out Form (Exhibit 5);

     (6)       the Order Granting Preliminary Approval of Settlement (Exhibit 6); and

     (7)       the Class Member List by State (Exhibit 7), with the estimated proportionate share of the claims of each State's class members to the entire settlement, less Class Counsel's attorneys' fees and certain other deductions set forth in the Agreement.

If you have any questions about this Notice, the lawsuit or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the undersigned counsel for the 20/20 Companies Defendants.

Sincerely,

Sarah E. Bouchard

cc:    Chambers of the Hon. Leonard D. Wexler
       Scott B. Gilly, Esq. (w/o encls.)
       Saul D. Zabell, Esq. (w/o encls.)

# EXHIBIT 1

AO 440 (Rev. 01/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

MARLA ADLER; STEPHEN BAUSENWEIN; *Al Delonier, Mike Frost, Ed Halpin, Rich Herbst,*
_____
*Plaintiff*                    )   Civil Action No.   *Kevin Kelly, Arthur*
v.                             )                      *Landsman, Erik Malagon*
20/20 COMPANIES; VERIZON COMMUNICATIONS, *Inc* )
_____   *Joe D'Brien and Dan Wrat*
*Defendant* *and Verizon services, corp.*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   General Counsel
20/20 Companies
3575 Lone Star Circle, Suite 300
Fort Worth, TX 76177

CV - 09   439

WEXLER, J.

LINDSAY, M.

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT C. HEINEMANN

*CLERK OF COURT*

Date:  FEB 0 3 2009

_____
*Signature of Clerk or Deputy Clerk*

CV-09          439   RECEIVED
                     IN CLERK'S OFFICE
                     U.S DISTRICT COURT E.D.N.Y

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

★  FEB 03 2009  ★

-------------------------------------------------------------X

MARLA ADLER; STEPHEN BAUSENWEIN;
AL DEICHLER; MIKE FROST; ED HALPIN;
RICH HERBST; KEVIN KELLY; ARTHUR
LANDSMAN; ERIK MALAGON; JOE O'BRIEN;
and DAN WATTS, on behalf of themselves and all
others similarly-situated,

LONG ISLAND OFFICE

Civil Action No.: _____

              Plaintiffs,

**CLASS ACTION COMPLAINT**

v.

WEXLER, J.

20/20 COMPANIES; VERIZON
COMMUNICATIONS, INC.; and VERIZON
SERVICES, CORP.,

**JURY TRIAL DEMANDED**

LINDSAY, M.

              Defendants.

-------------------------------------------------------------X

Plaintiffs Marla Adler, Stephen Bausenwein, Al Deichler, Mike Frost, Ed Halpin, Rich

Herbst, Kevin Kelly, Arthur Landsman, Erik Malagon, Joe O'Brien and Dan Watts (collectively,

"Plaintiffs"), on behalf of themselves and all similarly-situated persons, by and through their

undersigned counsel, as and for their Complaint in this action against 20/20 Companies, Verizon

Communications, Inc., and Verizon Services, Corp. (together, "Defendants" or the "Company"),

hereby allege as follows:

## NATURE OF THE CLAIMS

1.     Plaintiffs bring this nation-wide class action on behalf of themselves and all

similarly-situated employees and/or former Verizon FiOS sales employees to challenge

Defendants' unlawful policy and practice of failing to pay earned commissions and deducting

earned wages without the written authorization of Plaintiffs and for purposes that do not benefit

Plaintiffs in violation of New York Labor Law §§ 190 et seq., and seek to recover such wages

that were unlawfully withheld and deducted.

1

2.      This class action, therefore, is for declaratory and injunctive relief, as well as monetary damages, to redress Defendants' unlawful policy and practice of withholding and deducting earned wages in violation of New York Labor Law §§ 190 et seq., as well as an action for common law conversion and unjust enrichment.

3.      Defendants' conduct showed a knowing and/or willful disregard for Plaintiffs' and the prospective class members' rights to earned commissions, which has caused and continues to cause Plaintiffs and the prospective class members to suffer substantial economic damages.

### JURISDICTION AND VENUE

4.      This Court has original jurisdiction over the subject matter of these state law claims pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d), as the amount in controversy exceeds $5,000,000 and at least one Plaintiff is a citizen of a different state than at least one Defendant.  The Court also has supplemental jurisdiction over Plaintiffs' related claims arising under state law pursuant to 28 U.S.C. § 1367(a).

5.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to this action, including the unlawful employment practices alleged herein, occurred in this district.

### PARTIES

6.      Plaintiff Marla Adler is a resident of Queens County in the State of New York and was employed by the Company as an Account Executive in its Melville, New York office.  At all times relevant herein, Ms. Adler met the definition of an "employee" under all relevant statutes.

7.      Plaintiff Stephen Bausenwein is a resident of Suffolk County in the State of New York and was employed by the Company as an Account Executive in its Melville, New York

office.  At all times relevant herein, Mr. Bausenwein met the definition of an "employee" under all relevant statutes.

8.      Plaintiff Al Deichler is a resident of Nassau County in the State of New York and was employed by the Company as an Account Executive in New York.  At all times relevant herein, Mr. Deichler met the definition of an "employee" under all relevant statutes.

9.      Plaintiff Mike Frost is a resident of Suffolk County in the State of New York and was employed by the Company as a Sales Representative in its Melville, New York office.  At all times relevant herein, Mr. Frost met the definition of an "employee" under all relevant statutes.

10.     Plaintiff Ed Halpin is a resident of Suffolk County in the State of New York and was employed by the Company as a Sales Representative in its Melville, New York office.  At all times relevant herein, Mr. Halpin met the definition of an "employee" under all relevant statutes.

11.     Plaintiff Rich Herbst is a resident of Suffolk County in the State of New York and was employed by the Company as a Sales Representative in its Melville, New York office.  At all times relevant herein, Mr. Herbst met the definition of an "employee" under all relevant statutes.

12.     Plaintiff Kevin Kelly is a resident of Suffolk County in the State of New York and was employed by the Company as an Account Executive in its Melville, New York office.  At all times relevant herein, Mr. Kelly met the definition of an "employee" under all relevant statutes.

13.     Plaintiff Arthur Landsman is a resident of Suffolk County in the State of New York and was employed by the Company as an Account Executive in its Melville, New York

3

office. At all times relevant herein, Mr. Landsman met the definition of an "employee" under all relevant statutes.

14.     Plaintiff Erik Malagon is a resident of Suffolk County in the State of New York and was employed by the Company as an Account Executive in its Melville, New York office. At all times relevant herein, Mr. Malagon met the definition of an "employee" under all relevant statutes.

15.     Plaintiff Joe O'Brien is a resident of Nassau County in the State of New York and was employed by the Company as an Account Executive in its Melville, New York office. At all times relevant herein, Mr. O'Brien met the definition of an "employee" under all relevant statutes.

16.     Plaintiff Dan Watts is a resident of Nassau County in the State of New York and was employed by the Company as a Sales Representative in its Melville, New York office. At all times relevant herein, Mr. Watts met the definition of an "employee" under all relevant statutes.

17.     Defendant 20/20 Companies is a Texas corporation with its headquarters located at 3575 Lone Star Circle, Suite 300, Fort Worth, Texas. Defendant 20/20 Companies is a nation-wide provider of direct sales and marketing services to the world's leading Fortune 500 companies. At all times relevant herein, Defendant 20/20 Companies met the definition of an "employer" under all relevant statutes.

18.     Defendant Verizon Communications, Inc. is a Delaware corporation with its headquarters located at 140 West Street, New York, New York. Defendant Verizon Communications, Inc. is a leading broadband and telecommunications company that services approximately 71 million customers and employs more than 228,000 employees nationwide. At

all times relevant herein, Defendant Verizon Communications, Inc. met the definition of an "employer" under all relevant statutes.

19.     Defendant Verizon Services, Corp. is a Delaware corporation with its headquarters located at 1310 North Courthouse Road, Arlington, Virginia. Defendant Verizon Services, Corp., a business group that provides financial, real estate and other services, and it employs approximately 11,000 employees. At all times relevant herein, Defendant Verizon Services, Corp. met the definition of an "employer" under all relevant statutes.

## CLASS ACTION ALLEGATIONS

### A. Class Definition

20.     Plaintiffs are members of and represent a class consisting of all current and former Account Executives and Sales Representatives employed nationwide by the Company to sell Verizon FiOS internet and television services at any time between January 1, 2005 and the present (the "Class" or "Class Members") pursuant to Rule 23 of the Federal Rules of Civil Procedure.

21.     In the alternative, Plaintiffs seek to maintain claims on their own behalf and on behalf of a subclass of current and former Account Executives and Sales Representatives who reside in New York and/or who are employed in New York by the Company to sell Verizon FiOS internet and television services at any time between January 1, 2007 and the present (the "Subclass" or "Subclass Members") pursuant to Rule 23 of the Federal Rules of Civil Procedure.

### B. Efficiency of Class Prosecution of Common Claims

22.     Certification of a class of Account Executives and Sales Representatives is the most efficient and economical means of resolving the questions of law and fact which are common to Plaintiffs' claims and the claims of the proposed Class. Plaintiffs have standing to seek such relief because of the adverse effect that Defendants' unlawful compensation policies

and practices have had on them individually and on Account Executives and Sales

Representatives who sell Verizon FiOS services for the Company nationally. Without class

certification, the same evidence and issues would be subject to re-litigation in a multitude of

individual lawsuits with an attendant risk of inconsistent adjudications and conflicting

obligations. Certification of the proposed Class is the most efficient and judicious means of

presenting the evidence and arguments necessary to resolve such questions for Plaintiffs, the

members of the proposed Class and the Company.

23.     Certification of a Subclass of Account Executives and Sales Representatives who

reside in New York and/or who are employed in New York by the Company is the most efficient

and economical means of resolving the questions of law and fact which are common to

Plaintiffs' claims and the claims of the proposed Subclass. Plaintiffs have standing to seek such

relief because of the adverse effect that Defendants' unlawful compensation policies and

practices have had on them individually and on Account Executives and Sales Representatives

who reside in New York and/or who are employed in New York by the Company to sell Verizon

FiOS services generally. Without class certification of the Subclass, the same evidence and

issues would be subject to re-litigation in a multitude of individual lawsuits with an attendant

risk of inconsistent adjudications and conflicting obligations. Certification of the proposed

Subclass is the most efficient and judicious means of presenting the evidence and arguments

necessary to resolve such questions for Plaintiffs, the members of the proposed Subclass and the

Company.

### C. Numerosity and Impracticability of Joinder

24.     The Class Members are so numerous that joinder of all members is impracticable.

While the exact number of Class Members is unknown at this time, upon information and belief,

6

there are in excess of 10,000 Account Executives and Sales Representatives employed by Defendants nationally to sell Verizon FiOS internet and television services. Although the number of Class Members is incapable of precise determination at this time, it is significant and satisfies the numerosity requirement of Rule 23.

25.     The members in the Subclass are so numerous that joinder of all members is impracticable. While the exact number of Subclass Members is unknown at this time, upon information and belief, there are in excess of 1,000 Account Executives and Sales Representatives who reside in New York and/or who are employed in New York by Defendants to sell Verizon FiOS internet and television services. Although the number of Subclass Members is incapable of precise determination at this time, it is significant and satisfies the numerosity requirement of Rule 23.

**D. Common Questions of Law and Fact**

26.     The claims alleged on behalf of Plaintiffs raise questions of law and fact common to the Class. Among these questions are: (a) whether the Company engaged in a policy and practice of failing to pay Plaintiffs and the Class Members earned commissions in violation of New York Labor Law §§ 190 et seq.; (b) whether Defendants engaged in a policy and practice of deducting wages earned by Plaintiffs and the Class Members without their written authorization and for purposes which were not for their benefit in violation of New York Labor Law §§ 190 et seq.; (c) whether, through their policies and practices, Defendants unlawfully converted earned wages to which Plaintiffs and the Class Members were entitled to immediate possession; and (d) whether, through their policies and practices, Defendants were unjustly enriched.

27.     The claims alleged on behalf of Plaintiffs raise questions of law and fact common to the Subclass. Among these questions are: (a) whether the Company engaged in a policy and

7

practice of failing to pay Plaintiffs and the members of the Subclass earned commissions in violation of New York Labor Law §§ 190 et seq.; (b) whether Defendants engaged in a policy and practice of deducting wages earned by Plaintiffs and the Subclass Members without their written authorization and for purposes which were not for their benefit in violation of New York Labor Law §§ 190 et seq.; (c) whether, through their policies and practices, Defendants unlawfully converted earned wages to which Plaintiffs and the Subclass Members were entitled to immediate possession; and (d) whether, through their policies and practices, Defendants were unjustly enriched.

**E. Typicality of Claims and Relief Sought**

28.     Plaintiffs are members of the Class they seek to represent. Plaintiffs' claims are typical of the claims of the proposed Class. Plaintiffs assert claims in each of the categories they assert on behalf of the proposed Class. The relief Plaintiffs seek for the unlawful policies and practices complained of herein are also typical of the relief which is sought on behalf of the proposed Class.

29.     Plaintiffs are members of the Subclass they seek to represent. Plaintiffs' claims are typical of the claims of the proposed Subclass. Plaintiffs assert claims in each of the categories they assert on behalf of the proposed Subclass. The relief Plaintiffs seek for the unlawful policies and practices complained of herein are also typical of the relief which is sought on behalf of the proposed Subclass.

**F. Adequacy of Representation**

30.     Plaintiffs' interests are co-extensive with those of the members of the proposed Class of Account Executives and Sales Representatives they seek to represent in this case. Plaintiffs are willing and able to represent the proposed Class fairly and vigorously as they

pursue their similar individual claims in this action. Plaintiffs have retained counsel who are qualified and experienced in employment class action litigation, and who are able to meet the time and fiscal demands necessary to litigate a class action of this size and complexity. The combined interests, experience and resources of Plaintiffs and their counsel to litigate competently the individual and Class claims at issue in this case satisfy the adequacy of representation requirement of Fed. R. Civ. P. 23(a)(4).

31.    Plaintiffs' interests are co-extensive with those of the members of the proposed Subclass of Account Executives and Sales Representatives they seek to represent in this case. Plaintiffs are willing and able to represent the proposed Subclass fairly and vigorously as they pursue their similar individual claims in this action. Plaintiffs have retained counsel who are qualified and experienced in employment class action litigation, and who are able to meet the time and fiscal demands necessary to litigate a class action of this size and complexity. The combined interests, experience and resources of Plaintiffs and their counsel to litigate competently the individual and Subclass claims at issue in this case satisfy the adequacy of representation requirement of Fed. R. Civ. P. 23(a)(4).

**G. Requirements of Rule 23(b)(2)**

32.    Defendants have acted or have refused to act on grounds generally applicable to the proposed Class/Subclass, making final injunctive and declaratory relief appropriate with respect to the Class/Subclass Members as a whole.

33.    Injunctive and declaratory relief are the predominant relief sought in this case because they are the culmination of the proof of the Company's individual and Class/Subclass-wide liability and the essential predicate for Plaintiffs' and the proposed Class/Subclass

9

Members' entitlement to monetary and non-monetary remedies to be determined at a later state of the proceedings.

**H.  Requirements of Rule 23(b)(3)**

34.     The common issues of fact and law affecting Plaintiffs' claims and those of the proposed Class/Subclass Members, including, but not limited to, the common issues identified above, predominate over any issues affecting only individual claims.

35.     A class action is superior to other available means for the fair and efficient adjudication of Plaintiffs' claims and the claims of the members of the proposed Class/Subclass. There will be no difficulty in the management of this action as a class action.

36.     The cost of proving the Company's violations of the New York Labor Law, conversion and unjust enrichment makes it impracticable for Plaintiffs and the members of the proposed Class/Subclass to pursue their claims individually.

## CLASS/SUBCLASS ALLEGATIONS

37.     Defendants 20/20 Companies, Verizon Communications, Inc., and Verizon Services, Corp. jointly employed Plaintiffs and the Class/Subclass Members as Account Executives and Sales Representatives to sell Verizon FiOS internet and television services across the country.

38.     Upon information and belief, Defendant 20/20 Companies entered into an agreement with Defendants Verizon Communications, Inc. and/or Verizon Services, Corp. which outlined the terms and conditions of the arrangement among Defendants to employ Plaintiffs and the Class/Subclass Members as Account Executives and Sales Representatives.  Such agreement,

10

upon information and belief, provides that New York law governs this arrangement. As such, Plaintiffs' and the Class/Subclass Members' employment is governed by New York law.

39.     At all times relevant herein, the work performed by Plaintiffs and the Class/Subclass Members was simultaneously for the benefit of Defendants 20/20 Companies, Verizon Communications, Inc., and Verizon Services, Corp.

40.     Upon information and belief, there are over 1 million Verizon FiOS television subscribers and over 1.8 million Verizon FiOS internet subscribers nationwide that were secured through the sales efforts of Plaintiffs and the Class/Subclass Members.

41.     Upon information and belief, the agreement among Defendants specified the allocation among each of them of the revenues generated by the sales of the Class/Subclass Members of Verizon FiOS television and internet services.

42.     At all times relevant herein, Defendants 20/20 Companies, Verizon Communications, Inc., and Verizon Services, Corp. had authority over the terms and conditions of employment of Plaintiffs and the Class/Subclass Members.

43.     For example, Defendants had the power to hire, fire and discipline Plaintiffs and the Class/Subclass Members and/or to effectively recommend such actions to one another. Defendants also maintained records relevant to the employment of Plaintiffs and the Class/Subclass Members.

44.     As Account Executives and Sales Representatives, Plaintiffs and the Class/Subclass Members were responsible for obtaining customers for Verizon FiOS television and internet services.

45.     By way of example only, Plaintiffs and the Class/Subclass Members went door-to-door, selling Verizon FiOS services and answering questions and concerns by potential customers related to such services.

46.     At all times relevant herein, the Company supervised and controlled the work schedules and working conditions of Plaintiffs and the Class/Subclass Members.

47.     For instance, the Company required Plaintiffs and the Class/Subclass Members to attend mandatory meetings at the end of each workday in the Company's office.  The meetings were led variously by a representative from Defendants Verizon Communications, Inc., Verizon Services, Corp. and/or 20/20 Companies.

48.     Plaintiffs and the Class/Subclass Members were paid weekly based solely on commissions earned through the sale of Verizon FiOS television and internet services.

49.     At all times relevant herein, Defendants Verizon Communications, Inc., Verizon Services, Corp., and 20/20 Companies jointly determined the commission structure, payment procedures and other compensation policies and practices applicable to Plaintiffs and the Class/Subclass Members.  Acting directly in the interest of Defendants Verizon Communications, Inc. and Verizon Services, Corp., Defendant 20/20 Companies communicated and implemented such policies and practices, as well as any changes in such policies and practices, to Plaintiffs and the Class/Subclass Members.

50.     For example, Defendant 20/20 Companies would provide Plaintiffs and the Class/Subclass Members with written memoranda announcing changes in the commission structure as determined by Defendants Verizon Communications, Inc., Verizon Services, Corp., and/or 20/20 Companies.

51.     In addition, Defendants Verizon Communications, Inc., Verizon Services, Corp., and 20/20 Companies jointly determined what rules applied to the payment of commissions to Plaintiffs and the Class/Subclass Members.  Acting directly in the interest of Defendants Verizon Communications, Inc. and Verizon Services, Corp., Defendant 20/20 Companies communicated and implemented any such rules concerning the payment of commissions, including any changes, to Plaintiffs and the Class/Subclass Members.

52.     For instance, Defendant 20/20 Companies would provide Plaintiffs and the Class/Subclass Members with written memoranda announcing changes in the rules concerning payment of commissions as determined by Defendants Verizon Communications, Inc., Verizon Services, Corp., and/or 20/20 Companies.

53.     At all times relevant herein, the Company failed to provide Plaintiffs and the Class/Subclass Members with written terms of employment, signed by both the Company and Plaintiffs and the Class/Subclass Members.

54.     As such, Plaintiffs and the Class/Subclass Members earned commissions on sale. Such commissions constitute "wages" within the meaning of New York Labor Law §§ 190 et seq.

55.     Plaintiffs and the Class/Subclass Members received earnings statements that identified Defendant 20/20 Companies and the address of its headquarters.  Defendants Verizon Communications, Inc. and/or Verizon Services, Corp., however, controlled in part how payroll was to be administered to Plaintiffs and the Class/Subclass Members.

56.     In addition, Plaintiffs and the Class/Subclass Members received a statement entitled "Order Detail" each week that listed the sales generated and the amount of commissions

earned for each sale. Such statements contained the logos of Defendants 20/20 Companies, Verizon Communications, Inc. and/or Verizon Services, Corp.

57.    Defendants, however, instituted an unlawful policy and practice of failing to pay Plaintiffs and the members of the proposed Class/Subclass their earned commissions.

58.    For instance, Plaintiffs and the Class/Subclass Members were not paid commissions for all of the Verizon FiOS television and internet services they sold in a given week.

59.    In addition, the Company instituted an unlawful policy and practice of deducting wages earned by Plaintiffs and the Class/Subclass Members.

60.    For instance, each week, the Company deducted $20.00 from the earned wages of Plaintiffs and the Class/Subclass Members for a "Compilation Fee" unilaterally assessed by the Company.

61.    In addition, Defendants deducted $5.00 from the earned wages of Plaintiffs and the Class/Subclass Members each week for a "Shirt Fee" unilaterally assessed by the Company.

62.    Defendants also improperly deducted Plaintiffs' and the Class/Subclass Members' earned wages for "rejects," which represented sales completed by Plaintiffs and the Class/Subclass Members that were determined by the Company to be invalid without any explanation.

63.    By way of example only, the Company would deduct Plaintiffs' and the Class/Subclass Members' earned wages for unidentified returns of products and/or services after a sale had been consummated and after payment had already been made to Plaintiffs and the Class/Subclass Members for such sale.

64.    At all times relevant herein, Plaintiffs and the Class/Subclass Members did not authorize, in writing or otherwise, such deductions from their earned wages.  Such unlawful deductions were not for the benefit of Plaintiffs and the Class/Subclass Members.

65.    As a result of the Company's unlawful policy and practice of failing to pay Plaintiffs and the Class/Subclass Members their earned commissions and making unlawful deductions from the earned wages of Plaintiffs and the Class/Subclass Members without their written authorization and for purposes that did not benefit Plaintiffs and the Class/Subclass Members, Plaintiffs and the Class/Subclass Members have suffered, and continue to suffer, substantial damages.

## AS AND FOR A FIRST CAUSE OF ACTION

### (Failure to Pay Earned Commissions in Violation of the New York Labor Law on Behalf of Plaintiffs and the Class/Subclass Members)

66.    Plaintiffs hereby repeat and reallege each and every allegation in paragraphs 1 through 65, inclusive, as if fully set forth herein.

67.    At all times relevant herein, Plaintiffs and the members of the proposed Class/Subclass were and are "employees" within the meaning of the New York Labor Law. Similarly, at all times relevant herein, Defendants were and are an "employer" within the meaning of the New York Labor Law.

68.    As previously alleged, Plaintiffs and the members of the proposed Class/Subclass are Account Executives and Sales Representatives who received commission-based wages for selling Verizon FiOS television and internet services.

69.    Plaintiffs and the Class/Subclass Members earned commissions on sale of such services.  Such commissions constitute "wages" within the meaning of New York Labor Law §§ 190 et seq.

15

70.     Defendants, however, instituted a policy and practice of failing to pay Plaintiffs and the Class/Subclass Members commissions for all of the Verizon FiOS television and internet services they sold in a given week.

71.     Plaintiffs and the members of the proposed Class/Subclass, therefore, are due wages from the Company based on their commissions, which were earned on sale.

72.     Defendants willfully, intentionally and deliberately withheld earned wages due and owing to Plaintiffs and the members of the proposed Class/Subclass without their written authorization.

73.     Defendants' unlawful withholdings from the earned wages due and owing to Plaintiffs and the Class/Subclass Members without their written authorization were willful violations of New York Labor Law §§ 190 et seq.

74.     As a result of the foregoing, Plaintiffs and the Class/Subclass Members have been denied earned wages required under New York Labor Law §§ 190 et seq., and have suffered substantial economic damages.  Plaintiffs and the Class/Subclass Members do not seek liquidated damages under the New York Labor Law.

### AS AND FOR A SECOND CAUSE OF ACTION

**(Unlawful Deductions in Violation of the New York Labor Law
on Behalf of Plaintiffs and the Class/Subclass Members)**

75.     Plaintiffs hereby repeat and reallege each and every allegation in paragraphs 1 through 74, inclusive, as if fully set forth herein.

76.     At all times relevant herein, Plaintiffs and the members of the proposed Class/Subclass were and are "employees" within the meaning of the New York Labor Law. Similarly, at all times relevant herein, Defendants were and are an "employer" within the meaning of the New York Labor Law.

16

77.     As previously alleged, Plaintiffs and the members of the proposed Class/Subclass are Account Executives and Sales Representatives who received commission-based wages for selling Verizon FiOS television and internet services.

78.     Plaintiffs and the Class/Subclass Members earned commissions on sale of such services.  Such commissions constitute "wages" within the meaning of New York Labor Law §§ 190 et seq.

79.     Defendants instituted a policy and practice of making deductions from the wages earned by Plaintiffs and the Class/Subclass Members without written authorization by Plaintiffs and the Class/Subclass Members.  Such a policy and practice was not for the benefit of Plaintiffs and the Class/Subclass Members.

80.     By way of example only, Defendants deducted $20.00 each week from Plaintiffs' and the Class/Subclass Members' earned wages for a "Compilation Fee," $5.00 each week for a "Shirt Fee," and also deducted earned wages for unidentified returns after a sale had been consummated and after payment had been made to Plaintiffs and the Class/Subclass Members for such sale.

81.     Plaintiffs and the members of the proposed Class/Subclass, therefore, are due wages from the Company based on their commissions, which were earned on sale.

82.     Defendants willfully, intentionally and deliberately made deductions from the earned wages due and owing to Plaintiffs and the members of the proposed Class/Subclass without their written authorization.

83.     Defendants' unlawful deductions from the earned wages due and owing to Plaintiffs and the Class/Subclass Members without their written authorization were willful violations of New York Labor Law §§ 190 et seq.

84.     As a result of the foregoing, Plaintiffs and the Class/Subclass Members have been denied wages required under New York Labor Law §§ 190 et seq., and have suffered substantial economic damages.  Plaintiffs and the Class/Subclass Members do not seek liquidated damages under the New York Labor Law.

## AS AND FOR A THIRD CAUSE OF ACTION

**(Conversion on Behalf of Plaintiffs and the Class/Subclass Members)**

85.     Plaintiffs hereby repeat and reallege each and every allegation in paragraphs 1 through 84, inclusive, as if fully set forth herein.

86.     As previously alleged, Plaintiffs and the members of the proposed Class/Subclass are Account Executives and Sales Representatives who received commission-based wages for selling Verizon FiOS television and internet services.

87.     Plaintiffs and the Class/Subclass Members earned commissions on sale of Verizon FiOS television and internet services.

88.     At all times relevant herein, Plaintiffs and the Class/Subclass Members were entitled to the immediate possession of the wages they earned through their commissioned sales.

89.     Defendants, however, instituted a policy and practice of failing to pay Plaintiffs and the Class/Subclass Members commissions for all of the Verizon FiOS television and internet services they sold in a given week.

90.     In addition, Defendants instituted a policy and practice of making deductions from the wages earned by Plaintiffs and the Class/Subclass Members without their authorization, written or otherwise.  Such a policy and practice was not for the benefit of Plaintiffs and the Class/Subclass Members.

18

91.     As a result, Defendants wrongfully interfered with the rights of Plaintiffs and the Class/Subclass Members to immediate possession of the full amount of their earned wages.

92.     As a direct result of Defendants' unlawful conversion of Plaintiffs' and the Class/Subclass Members' earned wages to which they were entitled to immediate possession, Plaintiffs and the Class/Subclass Members have suffered, and continue to suffer, substantial economic damages.

93.     Defendants' unlawful conduct was knowing, malicious, willful and wanton and/or showed a reckless disregard for Plaintiffs and the Class/Subclass Members, warranting an award of punitive damages against Defendants.

## AS AND FOR A FOURTH CAUSE OF ACTION

### (Unjust Enrichment on Behalf of Plaintiffs and the Class/Subclass Members)

94.     Plaintiffs hereby repeat and reallege each and every allegation in paragraphs 1 through 93 inclusive, as if fully set forth herein.

95.     As previously alleged, Plaintiffs and the members of the proposed Class/Subclass are Account Executives and Sales Representatives who received commission-based wages for selling Verizon FiOS television and internet services.

96.     As part of Defendants' efforts to secure and retain the services of Plaintiffs and the Class/Subclass Members throughout their tenure at the Company, Defendants represented to Plaintiffs and Class/Subclass Members that their commissions would be earned on sale and that their compensation would be commensurate with such sales.

97.     Defendants currently have over 1 million Verizon FiOS television subscribers and over 1.8 million Verizon FiOS internet subscribers that were secured through the sales efforts of Plaintiffs and the Class/Subclass Members.

19

98.     Clearly, Defendants benefited substantially from the hard work of Plaintiffs and the Class/Subclass Members.

99.     Defendants, however, instituted a policy and practice of paying Plaintiffs and the Class/Subclass Members commissions that were far below what was promised to them, resulting in a gross injustice if Defendants' promises are not enforced.

100.    As a direct result of Plaintiffs' and the Class/Subclass Members' reasonable and foreseeable reliance upon the promises made to them by Defendants regarding the payment of their earned wages, Defendants have been unjustly enriched and Plaintiffs and the Class/Subclass Members have suffered, and continue to suffer, substantial economic damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, on behalf of themselves and the members of the proposed Class/Subclass whom they seek to represent, request the following relief:

A.     Certification of the case as a class action maintainable under the Federal Rules of Civil Procedure 23(a), (b)(2) and/or (b)(3), on behalf of the proposed Class/Subclass Members and designation of Plaintiffs as representatives of this Class/Subclass and their counsel of record as Class/Subclass counsel;

B.     An award of actual damages in an amount to be determined at trial, plus prejudgment interest, for unpaid wages in violation of New York Labor Law §§ 190 et seq.;

C.     Declaratory judgment that the actions, policies and practices of Defendants complained of herein violate the laws and public policy of the State of New York;

D.     An injunction and order permanently restraining the Company and its partners,

officers, owners, agents, successors, employees and/or representatives, and any and all persons

acting in concert with them, from engaging in any further unlawful practices and policies as set

forth herein;

E.      An injunction and order requiring Defendants to pay all statutorily-required

wages pursuant to the New York Labor Law;

F.      An award of damages in an amount to be determined at trial, plus prejudgment

interest, to compensate Plaintiffs and the proposed members of the Class/Subclass for all

monetary and/or economic damages, including but not limited to, the loss of past income, wages,

compensation and other benefits of employment;

G.      An award of damages for any and all other monetary and/or non-monetary

losses suffered by Plaintiffs and the proposed members of the Class/Subclass in an amount to be

determined at trial, plus prejudgment interest;

H.      An award of costs that Plaintiffs and/or the Class/Subclass Members have

incurred in this action, including reasonable attorneys' fees and costs to the fullest extent

permitted by law;

I.      An award of punitive damages; and

J.      Such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiffs, on behalf of themselves and the members of the proposed Class/Subclass,

hereby demand a trial by jury on all issues of fact and damages stated herein.

Dated: February 2, 2009
       New York, New York

                         Respectfully Submitted,

                         ZABELL & ASSOCIATES, P.C.

                         By: _____
                              Saul D. Zabell
                              Tim Domanick

                              4875 Sunrise Highway, Suite 300
                              Bohemia, New York 11716
                              Telephone: (631) 589-7242
                              Facsimile: (631) 563-7475

                                - and -

                         THOMPSON WIGDOR & GILLY LLP

                         By: _____
                              Scott B. Gilly
                              Douglas H. Wigdor
                              Cindy E. Uh

                              85 Fifth Avenue
                              New York, New York  10003
                              Telephone:  (212) 257-6800
                              Facsimile:  (212) 257-6845

                              COUNSEL FOR PLAINTIFFS
                              AND PROPOSED CLASS COUNSEL

# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
MARLA ADLER; STEPHEN BAUSENWEIN;  :
AL DEICHLER; MIKE FROST; ED HALPIN;  :
RICH HERBST; KEVIN KELLY; ARTHUR  :
LANDSMAN; ERIK MALAGON; JOE O'BRIEN;  : Civil Action No.: 09 Civ. 439 (LDW)(ARL)
JOHN RE; and DAN WATTS, on behalf of  :
themselves and all others similarly-situated,  :
                                    :
                    Plaintiffs,  :      **AMENDED CLASS ACTION**
                                     :            **COMPLAINT**
                                     :
           v.  :
                                     :
20/20 COMPANIES; 20/20 COMMUNICATIONS, :
INC.; VERIZON COMMUNICATIONS, INC.;  :
VERIZON SERVICES CORP.; BARRY MILLAY, :        **JURY TRIAL DEMANDED**
in his individual and official capacities; WILLIAM :
ROWLAND, JR., in his individual and official  :
capacities; and JASON GREEN, in his individual  :
and official capacities,  :
                                     :
                    Defendants.  :
---------------------------------------------------------------X

      Plaintiffs Marla Adler, Stephen Bausenwein, Al Deichler, Mike Frost, Ed Halpin, Rich

Herbst, Kevin Kelly, Arthur Landsman, Erik Malagon, Joe O'Brien, John Re, and Dan Watts

(collectively, "Plaintiffs"), by and through their undersigned counsel, as and for their Amended

Complaint in this action against 20/20 Companies, Barry Millay, William Rowland, Jr., Jason

Green (together, "20/20 Companies"), 20/20 Communications, Inc. (together with 20/20

Companies, "20/20"), Verizon Communications, Inc., and Verizon Services, Corp. (collectively,

the "Company" or "Defendants"), hereby allege as follows:

### NATURE OF THE CLAIMS

     1.    Plaintiffs bring this nation-wide class action on behalf of themselves and all

similarly-situated employees and/or former Verizon FiOS sales employees to challenge

1

Defendants' unlawful policy and practice of failing to pay earned commissions and deducting

earned wages without the written authorization of Plaintiffs and for purposes that do not benefit

Plaintiffs in violation of New York Labor Law §§ 190 et seq., and seek to recover such wages that

were unlawfully withheld and deducted.

2.     This class action, therefore, is for declaratory and injunctive relief, as well as

monetary damages, to redress Defendants' unlawful policy and practice of withholding and

deducting earned wages in violation of New York Labor Law §§ 190 et seq., as well as an action

for common law conversion and unjust enrichment.

3.     Defendants' conduct showed a knowing and/or willful disregard for Plaintiffs' and

the prospective class members' rights to earned commissions, which has caused and continues to

cause Plaintiffs and the prospective class members to suffer substantial economic damages.

## JURISDICTION AND VENUE

4.     This Court has original jurisdiction over the subject matter of these state law claims

pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d), as the amount in controversy

exceeds $5,000,000 and at least one Plaintiff is a citizen of a different state than at least one

Defendant.  The Court also has supplemental jurisdiction over Plaintiffs' related claims arising

under state law pursuant to 28 U.S.C. § 1367(a).

5.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because a

substantial part of the events or omissions giving rise to this action, including the unlawful

employment practices alleged herein, occurred in this district.

## PARTIES

6.     Plaintiff Marla Adler is a resident of Queens County in the State of New York and

was employed by the Company as an Account Executive in its Melville, New York office.  At all

times relevant herein, Ms. Adler met the definition of an "employee" under all relevant statutes.

7.    Plaintiff Stephen Bausenwein is a resident of Suffolk County in the State of New York and was employed by the Company as an Account Executive in its Melville, New York office. At all times relevant herein, Mr. Bausenwein met the definition of an "employee" under all relevant statutes.

8.    Plaintiff Al Deichler is a resident of Nassau County in the State of New York and was employed by the Company as an Account Executive in New York. At all times relevant herein, Mr. Deichler met the definition of an "employee" under all relevant statutes.

9.    Plaintiff Mike Frost is a resident of Suffolk County in the State of New York and was employed by the Company as a Sales Representative in its Melville, New York office. At all times relevant herein, Mr. Frost met the definition of an "employee" under all relevant statutes.

10.    Plaintiff Ed Halpin is a resident of Suffolk County in the State of New York and was employed by the Company as a Sales Representative in its Melville, New York office. At all times relevant herein, Mr. Halpin met the definition of an "employee" under all relevant statutes.

11.    Plaintiff Rich Herbst is a resident of Suffolk County in the State of New York and was employed by the Company as a Sales Representative in its Melville, New York office. At all times relevant herein, Mr. Herbst met the definition of an "employee" under all relevant statutes.

12.    Plaintiff Kevin Kelly is a resident of Suffolk County in the State of New York and was employed by the Company as an Account Executive in its Melville, New York office. At all times relevant herein, Mr. Kelly met the definition of an "employee" under all relevant statutes.

13.    Plaintiff Arthur Landsman is a resident of Suffolk County in the State of New York and was employed by the Company as an Account Executive in its Melville, New York office. At all times relevant herein, Mr. Landsman met the definition of an "employee" under all relevant statutes.

3

14. Plaintiff Erik Malagon is a resident of Suffolk County in the State of New York and was employed by the Company as an Account Executive in its Melville, New York office. At all times relevant herein, Mr. Malagon met the definition of an "employee" under all relevant statutes.

15. Plaintiff Joe O'Brien is a resident of Nassau County in the State of New York and was employed by the Company as an Account Executive in its Melville, New York office. At all times relevant herein, Mr. O'Brien met the definition of an "employee" under all relevant statutes.

16. Plaintiff John Re is a resident of Nassau County in the State of New York and was employed by the Company as an Account Executive in its Melville, New York office. At all times relevant herein, Mr. Re met the definition of an "employee" under all relevant statutes.

17. Plaintiff Dan Watts is a resident of Nassau County in the State of New York and was employed by the Company as a Sales Representative in its Melville, New York office. At all times relevant herein, Mr. Watts met the definition of an "employee" under all relevant statutes.

18. Defendant 20/20 Companies is a Texas corporation with its headquarters located at 3575 Lone Star Circle, Suite 300, Fort Worth, Texas. Defendant 20/20 Companies is a nation-wide provider of direct sales and marketing services to the world's leading Fortune 500 companies. At all times relevant herein, Defendant 20/20 Companies met the definition of an "employer" under all relevant statutes.

19. Defendant 20/20 Communications, Inc. is a Delaware corporation with its headquarters located at 3575 Lone Star Circle, Suite 300, Fort Worth, Texas. Upon information and belief, Defendant 20/20 Communications, Inc. purchased substantially all the assets of Defendant 20/20 Companies in or around March 2008 and, thus, is a successor corporation of Defendant 20/20 Companies. At all times relevant herein, Defendant 20/20 Communications, Inc. met the definition of an "employer" under all relevant statutes.

20.     Defendant Verizon Communications, Inc. is a Delaware corporation with its headquarters located at 140 West Street, New York, New York. Defendant Verizon Communications, Inc. is a leading broadband and telecommunications company that services approximately 71 million customers and employs more than 228,000 employees nationwide. At all times relevant herein, Defendant Verizon Communications, Inc. met the definition of an "employer" under all relevant statutes.

21.     Defendant Verizon Services, Corp. is a Delaware corporation with its headquarters located at 1310 North Courthouse Road, Arlington, Virginia. Defendant Verizon Services, Corp., a business group that provides financial, real estate and other services, and it employs approximately 11,000 employees. At all times relevant herein, Defendant Verizon Services, Corp. met the definition of an "employer" under all relevant statutes.

22.     Defendant Barry Millay, upon information and belief, is a resident of the State of Texas. At all times relevant herein, Mr. Millay has been and is the Chairman and Chief Executive Officer of 20/20 Companies and met the definition of an "employer" under all applicable statutes.

23.     Defendant William Rowland, Jr., upon information and belief, is a resident of the State of Texas. At all times relevant herein, Mr. Rowland, Jr. has been and is the President of 20/20 Companies and met the definition of an "employer" under all applicable statutes.

24.     Defendant Jason Green, upon information and belief, is a resident of the State of Texas. Upon information and belief, Mr. Green was the President of 20/20 Companies and is currently a member of the Board of Directors of 20/20 Companies and met the definition of an "employer" under all applicable statutes.

# CLASS ACTION ALLEGATIONS

## A. Class Definition

25.     Plaintiffs are members of and represent a class consisting of all current and former Account Executives and Sales Representatives employed nationwide by the Company to sell Verizon FiOS internet and television services at any time between January 1, 2005 and the present (the "Class" or "Class Members") pursuant to Rule 23 of the Federal Rules of Civil Procedure.

26.     In the alternative, Plaintiffs seek to maintain claims on their own behalf and on behalf of a subclass of current and former Account Executives and Sales Representatives who reside in New York and/or who are employed in New York by the Company to sell Verizon FiOS internet and television services at any time between January 1, 2007 and the present (the "Subclass" or "Subclass Members") pursuant to Rule 23 of the Federal Rules of Civil Procedure.

## B. Efficiency of Class Prosecution of Common Claims

27.     Certification of a class of Account Executives and Sales Representatives is the most efficient and economical means of resolving the questions of law and fact which are common to Plaintiffs' claims and the claims of the proposed Class.  Plaintiffs have standing to seek such relief because of the adverse effect that Defendants' unlawful compensation policies and practices have had on them individually and on Account Executives and Sales Representatives who sell Verizon FiOS services for the Company nationally.  Without class certification, the same evidence and issues would be subject to re-litigation in a multitude of individual lawsuits with an attendant risk of inconsistent adjudications and conflicting obligations.  Certification of the proposed Class is the most efficient and judicious means of presenting the evidence and arguments necessary to resolve such questions for Plaintiffs, the members of the proposed Class and the Company.

28.     Certification of a Subclass of Account Executives and Sales Representatives who reside in New York and/or who are employed in New York by the Company is the most efficient and economical means of resolving the questions of law and fact which are common to Plaintiffs' claims and the claims of the proposed Subclass.  Plaintiffs have standing to seek such relief because of the adverse effect that Defendants' unlawful compensation policies and practices have had on them individually and on Account Executives and Sales Representatives who reside in New York and/or who are employed in New York by the Company to sell Verizon FiOS services generally.  Without class certification of the Subclass, the same evidence and issues would be subject to re-litigation in a multitude of individual lawsuits with an attendant risk of inconsistent adjudications and conflicting obligations.  Certification of the proposed Subclass is the most efficient and judicious means of presenting the evidence and arguments necessary to resolve such questions for Plaintiffs, the members of the proposed Subclass and the Company.

### C.  Numerosity and Impracticability of Joinder

29.     The Class Members are so numerous that joinder of all members is impracticable. While the exact number of Class Members is unknown at this time, upon information and belief, there are in excess of 10,000 Account Executives and Sales Representatives employed by Defendants nationally to sell Verizon FiOS internet and television services.  Although the number of Class Members is incapable of precise determination at this time, it is significant and satisfies the numerosity requirement of Rule 23.

30.     The members in the Subclass are so numerous that joinder of all members is impracticable.  While the exact number of Subclass Members is unknown at this time, upon information and belief, there are in excess of 1,000 Account Executives and Sales Representatives who reside in New York and/or who are employed in New York by Defendants to sell Verizon

7

FiOS internet and television services. Although the number of Subclass Members is incapable of precise determination at this time, it is significant and satisfies the numerosity requirement of Rule 23.

### D. Common Questions of Law and Fact

31. The claims alleged on behalf of Plaintiffs raise questions of law and fact common to the Class. Among these questions are: (a) whether the Company engaged in a policy and practice of failing to pay Plaintiffs and the Class Members earned commissions in violation of New York Labor Law §§ 190 et seq.; (b) whether Defendants engaged in a policy and practice of deducting wages earned by Plaintiffs and the Class Members without their written authorization and for purposes which were not for their benefit in violation of New York Labor Law §§ 190 et seq.; (c) whether, through their policies and practices, Defendants unlawfully converted earned wages to which Plaintiffs and the Class Members were entitled to immediate possession; and (d) whether, through their policies and practices, Defendants were unjustly enriched.

32. The claims alleged on behalf of Plaintiffs raise questions of law and fact common to the Subclass. Among these questions are: (a) whether the Company engaged in a policy and practice of failing to pay Plaintiffs and the members of the Subclass earned commissions in violation of New York Labor Law §§ 190 et seq.; (b) whether Defendants engaged in a policy and practice of deducting wages earned by Plaintiffs and the Subclass Members without their written authorization and for purposes which were not for their benefit in violation of New York Labor Law §§ 190 et seq.; (c) whether, through their policies and practices, Defendants unlawfully converted earned wages to which Plaintiffs and the Subclass Members were entitled to immediate possession; and (d) whether, through their policies and practices, Defendants were unjustly enriched.

8

### E. Typicality of Claims and Relief Sought

33.     Plaintiffs are members of the Class they seek to represent.  Plaintiffs' claims are typical of the claims of the proposed Class.  Plaintiffs assert claims in each of the categories they assert on behalf of the proposed Class.  The relief Plaintiffs seek for the unlawful policies and practices complained of herein are also typical of the relief which is sought on behalf of the proposed Class.

34.     Plaintiffs are members of the Subclass they seek to represent.  Plaintiffs' claims are typical of the claims of the proposed Subclass.  Plaintiffs assert claims in each of the categories they assert on behalf of the proposed Subclass.  The relief Plaintiffs seek for the unlawful policies and practices complained of herein are also typical of the relief which is sought on behalf of the proposed Subclass.

### F. Adequacy of Representation

35.     Plaintiffs' interests are co-extensive with those of the members of the proposed Class of Account Executives and Sales Representatives they seek to represent in this case. Plaintiffs are willing and able to represent the proposed Class fairly and vigorously as they pursue their similar individual claims in this action.  Plaintiffs have retained counsel who are qualified and experienced in employment class action litigation, and who are able to meet the time and fiscal demands necessary to litigate a class action of this size and complexity.  The combined interests, experience and resources of Plaintiffs and their counsel to litigate competently the individual and Class claims at issue in this case satisfy the adequacy of representation requirement of Fed. R. Civ. P. 23(a)(4).

36.     Plaintiffs' interests are co-extensive with those of the members of the proposed Subclass of Account Executives and Sales Representatives they seek to represent in this case.

9

Plaintiffs are willing and able to represent the proposed Subclass fairly and vigorously as they pursue their similar individual claims in this action. Plaintiffs have retained counsel who are qualified and experienced in employment class action litigation, and who are able to meet the time and fiscal demands necessary to litigate a class action of this size and complexity. The combined interests, experience and resources of Plaintiffs and their counsel to litigate competently the individual and Subclass claims at issue in this case satisfy the adequacy of representation requirement of Fed. R. Civ. P. 23(a)(4).

### G. Requirements of Rule 23(b)(2)

37.    Defendants have acted or have refused to act on grounds generally applicable to the proposed Class/Subclass, making final injunctive and declaratory relief appropriate with respect to the Class/Subclass Members as a whole.

38.    Injunctive and declaratory relief are the predominant relief sought in this case because they are the culmination of the proof of the Company's individual and Class/Subclass-wide liability and the essential predicate for Plaintiffs' and the proposed Class/Subclass Members' entitlement to monetary and non-monetary remedies to be determined at a later state of the proceedings.

### H. Requirements of Rule 23(b)(3)

39.    The common issues of fact and law affecting Plaintiffs' claims and those of the proposed Class/Subclass Members, including, but not limited to, the common issues identified above, predominate over any issues affecting only individual claims.

40.    A class action is superior to other available means for the fair and efficient adjudication of Plaintiffs' claims and the claims of the members of the proposed Class/Subclass. There will be no difficulty in the management of this action as a class action.

41.     The cost of proving the Company's violations of the New York Labor Law, conversion and unjust enrichment makes it impracticable for Plaintiffs and the members of the proposed Class/Subclass to pursue their claims individually.

## CLASS/SUBCLASS ALLEGATIONS

42.     Defendants 20/20, Verizon Communications, Inc., and Verizon Services, Corp. jointly employed Plaintiffs and the Class/Subclass Members as Account Executives and Sales Representatives to sell Verizon FiOS internet and television services across the country.

43.     Upon information and belief, Defendant 20/20 entered into an agreement with Defendants Verizon Communications, Inc. and/or Verizon Services, Corp. which outlined the terms and conditions of the arrangement among Defendants to employ Plaintiffs and the Class/Subclass Members as Account Executives and Sales Representatives.  Such agreement, upon information and belief, provides that New York law governs this arrangement.  As such, Plaintiffs' and the Class/Subclass Members' employment is governed by New York law.

44.     At all times relevant herein, the work performed by Plaintiffs and the Class/Subclass Members was simultaneously for the benefit of Defendants.

45.     Upon information and belief, there are over 1 million Verizon FiOS television subscribers and over 1.8 million Verizon FiOS internet subscribers nationwide that were secured through the sales efforts of Plaintiffs and the Class/Subclass Members.

46.     Upon information and belief, the agreement among Defendants specified the allocation among each of them of the revenues generated by the sales of the Class/Subclass Members of Verizon FiOS television and internet services.

47.   At all times relevant herein, Defendants 20/20, Verizon Communications, Inc., and Verizon Services, Corp. had authority over the terms and conditions of employment of Plaintiffs and the Class/Subclass Members.

48.   For example, Defendants had the power to hire, fire and discipline Plaintiffs and the Class/Subclass Members and/or to effectively recommend such actions to one another.  Defendants also maintained records relevant to the employment of Plaintiffs and the Class/Subclass Members.

49.   As Account Executives and Sales Representatives, Plaintiffs and the Class/Subclass Members were responsible for obtaining customers for Verizon FiOS television and internet services.

50.   By way of example only, Plaintiffs and the Class/Subclass Members went door-to-door, selling Verizon FiOS services and answering questions and concerns by potential customers related to such services.

51.   At all times relevant herein, the Company supervised and controlled the work schedules and working conditions of Plaintiffs and the Class/Subclass Members.

52.   For instance, the Company required Plaintiffs and the Class/Subclass Members to attend mandatory meetings at the end of each workday in the Company's office.  The meetings were led variously by a representative from Defendants Verizon Communications, Inc., Verizon Services, Corp. and/or 20/20.

53.   Plaintiffs and the Class/Subclass Members were paid weekly based solely on commissions earned through the sale of Verizon FiOS television and internet services.

54.   At all times relevant herein, Defendants Verizon Communications, Inc., Verizon Services, Corp., and 20/20 jointly determined the commission structure, payment procedures and other compensation policies and practices applicable to Plaintiffs and the Class/Subclass Members.

Acting directly in the interest of Defendants Verizon Communications, Inc. and Verizon Services, Corp., Defendant 20/20 communicated and implemented such policies and practices, as well as any changes in such policies and practices, to Plaintiffs and the Class/Subclass Members.

55.     For example, Defendant 20/20 would provide Plaintiffs and the Class/Subclass Members with written memoranda announcing changes in the commission structure as determined by Defendants Verizon Communications, Inc., Verizon Services, Corp., and/or 20/20.

56.     In addition, Defendants Verizon Communications, Inc., Verizon Services, Corp., and 20/20 jointly determined what rules applied to the payment of commissions to Plaintiffs and the Class/Subclass Members.  Acting directly in the interest of Defendants Verizon Communications, Inc. and Verizon Services, Corp., Defendant 20/20 communicated and implemented any such rules concerning the payment of commissions, including any changes, to Plaintiffs and the Class/Subclass Members.

57.     For instance, Defendant 20/20 would provide Plaintiffs and the Class/Subclass Members with written memoranda announcing changes in the rules concerning payment of commissions as determined by Defendants Verizon Communications, Inc., Verizon Services, Corp., and/or 20/20.

58.     At all times relevant herein, the Company failed to provide Plaintiffs and the Class/Subclass Members with written terms of employment, signed by both the Company and Plaintiffs and the Class/Subclass Members.

59.     As such, Plaintiffs and the Class/Subclass Members earned commissions on sale. Such commissions constitute "wages" within the meaning of New York Labor Law §§ 190 et seq.

60.     Plaintiffs and the Class/Subclass Members received earnings statements that identified Defendant 20/20 and the address of its headquarters.  Defendants Verizon

13

Communications, Inc. and/or Verizon Services, Corp., however, controlled in part how payroll was to be administered to Plaintiffs and the Class/Subclass Members.

61.     In addition, Plaintiffs and the Class/Subclass Members received a statement entitled "Order Detail" each week that listed the sales generated and the amount of commissions earned for each sale. Such statements contained the logos of Defendants 20/20, Verizon Communications, Inc. and/or Verizon Services, Corp.

62.     Defendants, however, instituted an unlawful policy and practice of failing to pay Plaintiffs and the members of the proposed Class/Subclass their earned commissions.

63.     For instance, Plaintiffs and the Class/Subclass Members were not paid commissions for all of the Verizon FiOS television and internet services they sold in a given week.

64.     In addition, the Company instituted an unlawful policy and practice of deducting wages earned by Plaintiffs and the Class/Subclass Members.

65.     For instance, each week, the Company deducted $20.00 from the earned wages of Plaintiffs and the Class/Subclass Members for a "Compilation Fee" unilaterally assessed by the Company.

66.     In addition, Defendants deducted $5.00 from the earned wages of Plaintiffs and the Class/Subclass Members each week for a "Shirt Fee" unilaterally assessed by the Company.

67.     Defendants also improperly deducted Plaintiffs' and the Class/Subclass Members' earned wages for "rejects," which represented sales completed by Plaintiffs and the Class/Subclass Members that were determined by the Company to be invalid without any explanation.

68.     By way of example only, the Company would deduct Plaintiffs' and the Class/Subclass Members' earned wages for unidentified returns of products and/or services after a

14

sale had been consummated and after payment had already been made to Plaintiffs and the Class/Subclass Members for such sale.

69.     At all times relevant herein, Plaintiffs and the Class/Subclass Members did not authorize, in writing or otherwise, such deductions from their earned wages.  Such unlawful deductions were not for the benefit of Plaintiffs and the Class/Subclass Members.

70.     As a result of the Company's unlawful policy and practice of failing to pay Plaintiffs and the Class/Subclass Members their earned commissions and making unlawful deductions from the earned wages of Plaintiffs and the Class/Subclass Members without their written authorization and for purposes that did not benefit Plaintiffs and the Class/Subclass Members, Plaintiffs and the Class/Subclass Members have suffered, and continue to suffer, substantial damages.

## AS AND FOR A FIRST CAUSE OF ACTION

### (Failure to Pay Earned Commissions in Violation of the New York Labor Law on Behalf of Plaintiffs and the Class/Subclass Members)

71.     Plaintiffs hereby repeat and reallege each and every allegation in paragraphs 1 through 70, inclusive, as if fully set forth herein.

72.     At all times relevant herein, Plaintiffs and the members of the proposed Class/Subclass were and are "employees" within the meaning of the New York Labor Law. Similarly, at all times relevant herein, Defendants were and are an "employer" within the meaning of the New York Labor Law.

73.     As previously alleged, Plaintiffs and the members of the proposed Class/Subclass are Account Executives and Sales Representatives who received commission-based wages for selling Verizon FiOS television and internet services.

74.     Plaintiffs and the Class/Subclass Members earned commissions on sale of such services.  Such commissions constitute "wages" within the meaning of New York Labor Law §§ 190 et seq.

75.     Defendants, however, instituted a policy and practice of failing to pay Plaintiffs and the Class/Subclass Members commissions for all of the Verizon FiOS television and internet services they sold in a given week.

76.     Plaintiffs and the members of the proposed Class/Subclass, therefore, are due wages from the Company based on their commissions, which were earned on sale.

77.     Defendants willfully, intentionally and deliberately withheld earned wages due and owing to Plaintiffs and the members of the proposed Class/Subclass without their written authorization.

78.     Defendants' unlawful withholdings from the earned wages due and owing to Plaintiffs and the Class/Subclass Members without their written authorization were willful violations of New York Labor Law §§ 190 et seq.

79.     As a result of the foregoing, Plaintiffs and the Class/Subclass Members have been denied earned wages required under New York Labor Law §§ 190 et seq., and have suffered substantial economic damages.  Plaintiffs and the Class/Subclass Members do not seek liquidated damages under the New York Labor Law.

## AS AND FOR A SECOND CAUSE OF ACTION

### (Unlawful Deductions in Violation of the New York Labor Law on Behalf of Plaintiffs and the Class/Subclass Members)

80.     Plaintiffs hereby repeat and reallege each and every allegation in paragraphs 1 through 79, inclusive, as if fully set forth herein.

16

81.     At all times relevant herein, Plaintiffs and the members of the proposed Class/Subclass were and are "employees" within the meaning of the New York Labor Law. Similarly, at all times relevant herein, Defendants were and are an "employer" within the meaning of the New York Labor Law.

82.     As previously alleged, Plaintiffs and the members of the proposed Class/Subclass are Account Executives and Sales Representatives who received commission-based wages for selling Verizon FiOS television and internet services.

83.     Plaintiffs and the Class/Subclass Members earned commissions on sale of such services.  Such commissions constitute "wages" within the meaning of New York Labor Law §§ 190 et seq.

84.     Defendants instituted a policy and practice of making deductions from the wages earned by Plaintiffs and the Class/Subclass Members without written authorization by Plaintiffs and the Class/Subclass Members.  Such a policy and practice was not for the benefit of Plaintiffs and the Class/Subclass Members.

85.     By way of example only, Defendants deducted $20.00 each week from Plaintiffs' and the Class/Subclass Members' earned wages for a "Compilation Fee," $5.00 each week for a "Shirt Fee," and also deducted earned wages for unidentified returns after a sale had been consummated and after payment had been made to Plaintiffs and the Class/Subclass Members for such sale.

86.     Plaintiffs and the members of the proposed Class/Subclass, therefore, are due wages from the Company based on their commissions, which were earned on sale.

87.     Defendants willfully, intentionally and deliberately made deductions from the earned wages due and owing to Plaintiffs and the members of the proposed Class/Subclass without their written authorization.

88.     Defendants' unlawful deductions from the earned wages due and owing to Plaintiffs and the Class/Subclass Members without their written authorization were willful violations of New York Labor Law §§ 190 et seq.

89.     As a result of the foregoing, Plaintiffs and the Class/Subclass Members have been denied wages required under New York Labor Law §§ 190 et seq., and have suffered substantial economic damages.  Plaintiffs and the Class/Subclass Members do not seek liquidated damages under the New York Labor Law.

## AS AND FOR A THIRD CAUSE OF ACTION

### (Conversion on Behalf of Plaintiffs and the Class/Subclass Members)

90.     Plaintiffs hereby repeat and reallege each and every allegation in paragraphs 1 through 89, inclusive, as if fully set forth herein.

91.     As previously alleged, Plaintiffs and the members of the proposed Class/Subclass are Account Executives and Sales Representatives who received commission-based wages for selling Verizon FiOS television and internet services.

92.     Plaintiffs and the Class/Subclass Members earned commissions on sale of Verizon FiOS television and internet services.

93.     At all times relevant herein, Plaintiffs and the Class/Subclass Members were entitled to the immediate possession of the wages they earned through their commissioned sales.

94.     Defendants, however, instituted a policy and practice of failing to pay Plaintiffs and the Class/Subclass Members commissions for all of the Verizon FiOS television and internet services they sold in a given week.

95.     In addition, Defendants instituted a policy and practice of making deductions from the wages earned by Plaintiffs and the Class/Subclass Members without their authorization, written or otherwise.  Such a policy and practice was not for the benefit of Plaintiffs and the Class/Subclass Members.

96.     As a result, Defendants wrongfully interfered with the rights of Plaintiffs and the Class/Subclass Members to immediate possession of the full amount of their earned wages.

97.     As a direct result of Defendants' unlawful conversion of Plaintiffs' and the Class/Subclass Members' earned wages to which they were entitled to immediate possession, Plaintiffs and the Class/Subclass Members have suffered, and continue to suffer, substantial economic damages.

98.     Defendants' unlawful conduct was knowing, malicious, willful and wanton and/or showed a reckless disregard for Plaintiffs and the Class/Subclass Members, warranting an award of punitive damages against Defendants.

## AS AND FOR A FOURTH CAUSE OF ACTION

**(Unjust Enrichment on Behalf of Plaintiffs and the Class/Subclass Members)**

99.     Plaintiffs hereby repeat and reallege each and every allegation in paragraphs 1 through 98 inclusive, as if fully set forth herein.

100.     As previously alleged, Plaintiffs and the members of the proposed Class/Subclass are Account Executives and Sales Representatives who received commission-based wages for selling Verizon FiOS television and internet services.

19

101.     As part of Defendants' efforts to secure and retain the services of Plaintiffs and the Class/Subclass Members throughout their tenure at the Company, Defendants represented to Plaintiffs and Class/Subclass Members that their commissions would be earned on sale and that their compensation would be commensurate with such sales.

102.     Defendants currently have over 1 million Verizon FiOS television subscribers and over 1.8 million Verizon FiOS internet subscribers that were secured through the sales efforts of Plaintiffs and the Class/Subclass Members.

103.     Clearly, Defendants benefited substantially from the hard work of Plaintiffs and the Class/Subclass Members.

104.     Defendants, however, instituted a policy and practice of paying Plaintiffs and the Class/Subclass Members commissions that were far below what was promised to them, resulting in a gross injustice if Defendants' promises are not enforced.

105.     As a direct result of Plaintiffs' and the Class/Subclass Members' reasonable and foreseeable reliance upon the promises made to them by Defendants regarding the payment of their earned wages, Defendants have been unjustly enriched and Plaintiffs and the Class/Subclass Members have suffered, and continue to suffer, substantial economic damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, on behalf of themselves and the members of the proposed Class/Subclass whom they seek to represent, request the following relief:

A.     Certification of the case as a class action maintainable under the Federal Rules of Civil Procedure 23(a), (b)(2) and/or (b)(3), on behalf of the proposed Class/Subclass Members and designation of Plaintiffs as representatives of this Class/Subclass and their counsel of record as Class/Subclass counsel;

B.      An award of actual damages in an amount to be determined at trial, plus prejudgment interest, for unpaid wages in violation of New York Labor Law §§ 190 et seq.;

C.      Declaratory judgment that the actions, policies and practices of Defendants complained of herein violate the laws and public policy of the State of New York;

D.      An injunction and order permanently restraining the Company and its partners, officers, owners, agents, successors, employees and/or representatives, and any and all persons acting in concert with them, from engaging in any further unlawful practices and policies as set forth herein;

E.      An injunction and order requiring Defendants to pay all statutorily-required wages pursuant to the New York Labor Law;

F.      An award of damages in an amount to be determined at trial, plus prejudgment interest, to compensate Plaintiffs and the proposed members of the Class/Subclass for all monetary and/or economic damages, including but not limited to, the loss of past income, wages, compensation and other benefits of employment;

G.      An award of damages for any and all other monetary and/or non-monetary losses suffered by Plaintiffs and the proposed members of the Class/Subclass in an amount to be determined at trial, plus prejudgment interest;

H.      An award of costs that Plaintiffs and/or the Class/Subclass Members have incurred in this action, including reasonable attorneys' fees and costs to the fullest extent permitted by law;

I.      An award of punitive damages for Defendants' unlawful conversion of Plaintiffs' and the Class/Subclass Members' earned wages; and

J.      Such other and further relief as the Court may deem just and proper.

**JURY DEMAND**

Plaintiffs, on behalf of themselves and the members of the proposed Class/Subclass, hereby demand a trial by jury on all issues of fact and damages stated herein.

Dated:  June 26, 2009
      New York, New York

                    Respectfully Submitted,

                    ZABELL & ASSOCIATES, P.C.

                    By: _____
                          Saul D. Zabell
                          Tim Domanick

                          4875 Sunrise Highway, Suite 300
                          Bohemia, New York 11716
                          Telephone:  (631) 589-7242
                          Facsimile:  (631) 563-7475

                              - and -

                    THOMPSON WIGDOR & GILLY LLP

                    By: _____
                          Scott B. Gilly
                          Douglas H. Wigdor
                          Cindy E. Uh

                          85 Fifth Avenue
                          New York, New York  10003
                          Telephone:  (212) 257-6800
                          Facsimile:  (212) 257-6845

                        COUNSEL FOR PLAINTIFFS
                        AND PROPOSED CLASS COUNSEL

# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MARLA ADLER, STEPHEN BAUSENWEIN, AL DEICHLER, MIKE FROST, ED HALPIAN, RICH HERBST, KEVIN KELLY, ARTHUR LANDSMAN, ERIK MALAGON, JOE O'BRIEN, JOHN RE and DAN WATTS, on behalf of themselves and all others similarly-situated, : : : : : : : |  |
| Plaintiffs, : | Case No. CV-09-439(LDW)(ARL) |
| v. : |  |
| 20/20 COMPANIES; 20/20 COMMUNICATIONS, INC.; VERIZON COMMUNICATIONS, INC.; VERIZON SERVICES CORP.; BARRY MILLAY, in his individual and official capacities; WILLIAM ROWLAND, JR., in his individual and official capacities; and JASON GREEN, in his individual and official capacities, : : : : : : : |  |
| Defendants. : |  |

## JOINT STIPULATION OF SETTLEMENT AND RELEASE

### PREAMBLE

Plaintiffs Marla Adler, Stephen Bausenwein, Al Deichler, Mike Frost, Ed Halpian, Rich Herbst, Kevin Kelly, Arthur Landsman, Erik Malagon, Joe O'Brien, John Re and Dan Watts, on behalf of themselves and all other present and former employees in the Class, and Defendants 20/20 Companies, Barry Millay, William Rowland, Jr. and Jason Green (collectively, the "Parties"), by and through their respective counsel of record, agree to resolve the above-captioned action as between them through this Joint Stipulation of Settlement and Release.

### DEFINITIONS

1.      "20/20 Companies Releasees" means Defendants 20/20 Companies, Barry Millay, William Rowland, Jr. and Jason Green (collectively, the "20/20 Companies Defendants"), and all of their affiliates, including, without limitation, any parents and subsidiaries, affiliated entities, predecessors, divisions, joint ventures and assigns, and any of their past or present directors, officers, employees, partners, members, principals, agents, insurers, co-insurers, re-insurers, shareholders, attorneys, and personal or legal representatives, but specifically excluding Defendant 20/20 Communications, Inc. and its affiliates, principals, officers, directors, employees, agents, successors and assigns; provided, however, that in no event shall the 20/20

Companies Defendants be deemed to be excluded from the release.

2.     "Action" means the civil action filed on February 3, 2009 in the United States District Court for the Eastern District of New York entitled *Maria Adler et al., on behalf of themselves and all others similarly-situated v. 20/20 Companies et al.*, Case No. CV-09-439(LDW)(ARL).

3.     "Agreement" means this Joint Stipulation of Settlement and Release.

4.     "Claims Administrator" shall refer to Gilardi & Co. LLC which will administer the terms and conditions of this Agreement by doing, among other things, the following: (i) mailing the Class Notice to Class Members; (ii) mailing any notices to authorities required under the Class Action Fairness Act ("CAFA"); (iii) tracking timely submitted Opt-Out Forms; (iv) notifying the Parties of timely and untimely claims; (v) opening an account for the purposes of administering the terms of this Agreement through a Qualified Settlement Fund, as that term is interpreted by the Internal Revenue Service and applicable state law; (vi) sending each Participating Claimant his/her respective Settlement Share; and (vii) reporting and making all required deductions, withholdings, and/or payroll tax payments.

5.     "Class" or "Class Members" means the Class Representatives and any person who was employed by or under contract with Defendant 20/20 Companies, its predecessors or affiliates, direct or indirect, at any time during the Class Period in a Covered Position in the State of New York.

6.     "Class Counsel" means Saul D. Zabell, Esquire, Zabell & Associates, P.C., 4875 Sunrise Highway, Suite 300, Bohemia, New York 11716, and Scott B. Gilly, Esquire, Thompson Wigdor & Gilly LLP, 85 Fifth Avenue, New York, New York 10003.

7.     "Class Member Distribution Amount" means the remainder of the Settlement Amount available to be distributed to the Participating Class Members after deductions, pursuant to the terms of this Agreement, for Attorneys' Fees, as that term is defined in Paragraph 52, the service payments to the Class Representatives, the payment for the services of the Claims Administrator, the payment for the costs of administering the terms of this Agreement, and the payment of any and all applicable payroll taxes.

8.     "Class Period" means the period from January 1, 2006 through and including March 18, 2008.

9.     "Class Representatives" means Plaintiffs Marla Adler, Stephen Bausenwein, Al Deichler, Mike Frost, Ed Halpian, Rich Herbst, Kevin Kelly, Arthur Landsman, Erik Malagon, Joe O'Brien, John Re and Dan Watts, individually and collectively.

10.     "Consent to Participate and Claim Certification Form" means a signed request by a Class Member, substantially in the form attached to the Notice, to become a Participating Class Member and receive payment of his or her Settlement Share.

11.     "Covered Position" means any position that required the employee or contractor to sell Verizon FiOS Internet and television services to residential customers.

2

12.     "Court" means the United States District Court for the Eastern District of New York.

13.     "Judgment" means an order to be executed and entered by the Court, substantially in the form attached hereto as Exhibit C, determining that this Agreement and the Settlement Amount are fair and adequate to protect the interests of the Participating Class Members, finally approving this Agreement and the Settlement Amount and certifying for settlement purposes only the Class provided in Paragraph 5.

14.     "Notice" means the "Class Notice" to be approved by the Court substantially in the form attached hereto as Exhibit A.

15.     "Opt-Out" or "Opt-Out Form" means a signed request by a Class Member, substantially in the form attached to the Notice, to exclude him or herself from the Settlement and from becoming a Participating Class Member.

16.     "Parties" means the named parties to this Agreement.

17.     "Participating Class Member" means each of the Class Representatives and any other Class Member who timely submits a Consent to Participate and Claim Certification Form to the Claims Administrator.

18.     "Preliminary Approval Order" means an order to be executed and entered by the Court, substantially in the form attached hereto as Exhibit B, preliminarily approving this Agreement and the Settlement Amount, conditionally certifying for settlement purposes only the Class provided in Paragraph 5 and appointing for settlement purposes only the Class Representatives, Class Counsel, and the Claims Administrator.

19.     "Released Periods" mean, for each Class Representative or Participating Class Member, both of the following:

    (a)     as to the 20/20 Companies Releasees, the period from the date he or she was first employed by or under contract with Defendant 20/20 Companies, its predecessors or affiliates, direct or indirect, in the State of New York, to the date on which the Court enters the Judgment; and

    (b)     as to the Verizon Releasees, the period from the date he or she was first employed by or under contract with Defendant 20/20 Companies, its predecessors or affiliates, direct or indirect, in the State of New York, through the end of the Class Period only.

20.     "Settlement Amount" means no more than one million two hundred ninety-six thousand dollars ($1,296,000.00).  The 20/20 Companies Defendants shall deposit the Settlement Amount with the Claims Administrator no later than the Settlement Effective Date.  Subject to Paragraph 47 below, the Claims Administrator shall fund the Qualified Settlement Fund with the Settlement Amount.

21.     "Settlement Effective Date" means the latest of the following dates:  (i) the date

3

of final affirmance of the Judgment on appeal; (ii) the date of final dismissal with prejudice of the last pending appeal from the Judgment; or (iii) if no appeal is filed, the expiration date of the time for the filing or noticing any form of valid appeal from the Judgment. Notwithstanding the foregoing, any proceeding, order, appeal, or petition pertaining solely to attorneys' fees shall not, by itself, in any way delay or preclude the Judgment from becoming final.

22. "Settlement Share" means a Participating Class Member's share of the Class Member Distribution Amount pursuant to the terms of this Agreement. Each Participating Class Member's Settlement Share will be based upon the number of weeks the Participating Class Member was employed in a Covered Position during the Class Period.

23. "Verizon Releasees" means Defendants Verizon Communications, Inc. and Verizon Services Corp. (together, "Verizon"), and all of their affiliates, including, without limitation, any parents and subsidiaries, affiliated entities, predecessors, successors, divisions, joint ventures and assigns, and any of their past or present directors, officers, employees, partners, members, principals, agents, insurers, co-insurers, re-insurers, shareholders, attorneys, and personal or legal representatives, but specifically excluding Defendant 20/20 Communications, Inc. and its affiliates, principals, officers, directors, employees, agents, successors and assigns.

## THE LITIGATION

24. On February 3, 2009, the Class Representatives commenced this Action on behalf of a purported class of persons allegedly employed by Defendants 20/20 Companies, 20/20 Communications, Inc. and Verizon in Covered Positions in the State of New York. Their Complaint asserted claims for failure to pay earned commissions and unlawful deductions in violation of the New York Labor Law ("NYLL"), conversion and unjust enrichment.

25. On June 26, 2009, the Class Representatives filed an Amended Complaint that added Plaintiff John Re, also a Class Representative, and Defendants Barry Millay, William Rowland, Jr. and Jason Green as parties to the Action.

26. The Class Representatives believe that their claims are meritorious and that the Action is appropriate for treatment as a class action.

27. The 20/20 Companies Defendants deny any liability or wrongdoing of any kind associated with the claims alleged in the Action and, for any purpose other than this Agreement, contend that this Action is not appropriate for treatment as a class action under Federal Rule of Civil Procedure 23.

28. The Parties ultimately reached an agreement to settle the Action as between them on the terms and conditions set forth in this Agreement.

29. If the Agreement is deemed void or the Settlement Effective Date does not occur, the 20/20 Companies Defendants do not waive, and expressly reserve, their rights to challenge any and all of the claims and allegations in the Amended Complaint on any procedural, legal or factual grounds and to assert any potential defense or privilege. This reservation of rights includes, without limitation, the right to challenge treatment of the Action as a class action. The

Class Representatives and Class Counsel agree that the 20/20 Companies Defendants retain and reserve these rights, and agree not to take a position to the contrary; specifically, the Class Representatives and Class Counsel hereby waive any argument based on this Agreement that the 20/20 Companies Defendants may not contest class certification or assert any other potential defense or privilege.

## TERMS OF STIPULATION

30.     The Parties stipulate, for settlement purposes only, to the certification by the Court of a class of all Class Members as to all claims asserted in the Action.

31.     As consideration for this Agreement, and to fully and completely resolve and settle as between them all claims of Class Members to be released by this Agreement, the 20/20 Companies Defendants agree to pay no more than the Settlement Amount.

32.     Except for the additional service payments described at Paragraph 36, the gross amount payable to each Participating Class Member will be equal to his or her individual Settlement Share.

33.     For income and payroll tax purposes, the Parties agree that the entirety of each Participating Class Member's Settlement Share constitutes earned wages, which shall be subject to required withholdings and deductions and reported as wage income as required by law. The Claims Administrator will report payment of each Participating Class Member's Settlement Share to all necessary governmental authorities, including the Internal Revenue Service, and shall make all required deductions, withholdings and payroll tax payments out of the Qualified Settlement Fund.

34.     The 20/20 Companies Defendants will not be responsible for making any deductions, withholdings or additional payments, including without limitation, medical or other insurance payments or premiums, employee 401(k) contributions or matching employer contributions, wage garnishments, or charity withholdings, out of the Settlement Amount or any individual Settlement Share. Any amount paid to a Participating Class Member shall not create any credit or otherwise affect the calculation of any deferred compensation, benefit, pension or other compensation or benefit plan provided by the 20/20 Companies Defendants.

35.     If fewer than all Participating Class Members cash their checks within the time permitted, any remaining funds will be redistributed to the 20/20 Companies Defendants.

36.     In exchange for and conditioned upon their execution of a general release in favor of the 20/20 Companies Releasees and the Verizon Releasees in the form set forth at Paragraph 71, each Class Representative will receive a service payment in the gross amount of ten thousand dollars ($10,000.00) to be paid out of the Qualified Settlement Fund. Each such service payment shall be made in addition to any Settlement Share to which the Class Representative may otherwise be entitled as a Participating Class Member, and will be reported on an IRS Form 1099.

5

## COURT APPROVAL OF CLASS NOTICE

37.     Class Counsel shall file this Agreement with the Court and move the Court for its preliminary approval.  By such motion, Class Counsel will request that the Court enter the Preliminary Approval Order, which shall (a) approve the terms of this Agreement; (b) certify the Class for settlement purposes; and (c) schedule the Settlement Hearing.

38.     If the Court decides not to enter the Preliminary Approval Order in its entirety, the 20/20 Companies Defendants will have the right to terminate this Agreement in its entirety.

39.     At the Settlement Hearing, the Court will consider and determine the fairness of this Agreement.  To that end, the Parties shall address any written objections to the Settlement that were received from Class Members and any concerns voiced by the Court or Class Members who attend the hearing.  Unless provided otherwise in this Agreement, the Parties will thereafter stipulate to the final approval of this Agreement and the entry of the Judgment by the Court.  If the Court finds this Agreement to be fair and reasonable, the Court will grant final approval of the Agreement and enter the Judgment.

## NOTICE OF CLASS ACTION SETTLEMENT

40.     The 20/20 Companies Defendants shall provide the Claims Administrator with a list, in electronic form, of the names, last known addresses, and telephone numbers of all Class Members (the "Class List") so that the Claims Administrator can engage in the processing and mailing of the Notice to each of them.  The 20/20 Companies Defendants will provide the Class List to the Claims Administrator in time to accomplish this objective as required by Paragraph 53 of this Agreement.

41.     The Claims Administrator will perform a standard skip trace to verify the accuracy of all Class Member addresses before the initial mailing of the Notice to ensure, to the extent reasonably practicable, that the Notice is sent to all Class Members at the addresses most likely to result in their immediate receipt of the Notice documents.

42.     The Claims Administrator shall send a Notice to each Class Member by first-class mail within forty-five (45) days after the date of the Preliminary Approval Order.  Such Notice shall be in the form approved by the Court in the Preliminary Approval Order.  It will be conclusively presumed that if a Notice so mailed has not been returned within thirty (30) days of the mailing that the Class Member received the Notice.  With respect to returned Notices, the Claims Administrator will use reasonable diligence to obtain a current address and re-mail the Notice to such address within twenty (20) days of the date it was returned.  The Notice shall be deemed received by the addressee on the date of the second mailing.

43.     All fees and costs relating to sending the Notice to the Class Members shall be paid by the Claims Administrator as part of its fees and costs, which will be paid out of the Settlement Amount.

44.     Class Members will have sixty (60) days from the date of the mailing of the Notice to submit either a signed Consent to Participate and Claim Certification Form or Opt-Out Form to the Claims Administrator.

45.      Any Class Member may appear in person or through counsel at the Settlement Hearing and may be heard as to why this Agreement should not be approved or is unfair, inadequate and unreasonable or why the Judgment should or should not be entered.  No Class Member, however, shall be heard or entitled to object, and no papers or briefs submitted by any such person shall be received or considered by the Court, unless written notice of such Class Member's intent to appear at the Settlement Hearing, together with copies of all papers and briefs proposed to be submitted to the Court at the Settlement Hearing, is filed with the Court and served upon all Parties on or before _____, 2010.  Service shall be made by first-class mail upon each of the persons designated at Paragraph 59 and shall be complete upon mailing.  Any Class Member who does not file and serve his or her written objections in the manner provided above shall be deemed to have waived such objections and shall be foreclosed from making any objection, by appeal or otherwise, to any aspect of this Agreement.

46.      In the event of any dispute concerning a Class Member's Settlement Share, the Parties will meet and confer in good faith in an effort to resolve the dispute, and if the Parties are unable to reach agreement, the dispute resolution provisions contained at Paragraph 62 will control.

## SETTLEMENT FUNDS AND PAYMENT

47.      Upon receipt of the Settlement Amount from the 20/20 Companies Defendants, the Claims Administrator shall deposit $25,000 of the Settlement Amount into a separate, interest-bearing account (the "Allocation Correction Account"), which shall be used to correct any mathematical or factual errors in the calculation of the Settlement Shares and pay unanticipated administrative costs.  The Claims Administrator shall report any and all such corrections to the Parties, which shall in turn report them to the Court.  After all such corrections have been made, any funds remaining in the Allocation Correction Account will be held in trust by the Claims Administrator to cover unanticipated costs related to the administration of this Agreement.  Any funds that remain in the Allocation Correction Account one year after the Settlement Effective Date, plus all accrued interest, will be distributed to the Participating Class Members on a pro rata basis by the Claims Administrator.

48.      Within thirty (30) calendar days after the Settlement Effective Date, provided that the Settlement Effective Date occurs, Class Counsel will provide the 20/20 Companies Defendants with Class Counsel's taxpayer identification number and an executed Form W-9.

49.      Within twenty (20) days after the Settlement Effective Date, the Claims Administrator shall mail to each Participating Class Member at his or her last known address, or updated address if obtained, a check in the amount of his or her Settlement Share less his or her share of relevant withholdings.  Such checks shall be drawn on the account of the Qualified Settlement Fund.

50.      Checks for Settlement Share payments issued to Participating Class Members pursuant to this Agreement shall remain negotiable for a period of ninety (90) days from the date of mailing, at which time such checks will be void and a stop-pay notice will be placed. Participating Class Members who fail to negotiate their check(s) within the ninety-day period will be deemed to have waived irrevocably any right in or claim to a Settlement Share, but shall

remain subject to the terms of the Judgment, including the Release contained at Paragraphs 70.

51.     Subject to Paragraph 47 above, the fees and costs of the Claims Administrator will be paid out of the Qualified Settlement Fund periodically as they are incurred; provided, however, that in no event shall such fees and costs exceed $15,000.00.

52.     Class Counsel may seek up to $443,428.56 of the Settlement Amount from the Court as full payment of their fees and costs incurred in connection with the Action. The 20/20 Companies Defendants will not oppose Class Counsel's motion for the payment of fees and costs. Payment of the attorneys' fees shall be made by the Claims Administrator out of the Qualified Settlement Fund within thirty (30) days after the Settlement Effective Date, provided that the Settlement Effective Date occurs.

53.     The Parties agree to cooperate fully with each other to accomplish the objectives of this Agreement, including, but not limited to, the execution of such documents and the taking of such other action as may reasonably be necessary to implement its terms.

## MISCELLANEOUS

54.     The Parties agree to keep the terms of this Agreement confidential until the Parties move the Court to enter the Preliminary Approval Order.

55.     The Parties will not initiate any contact with the media regarding the terms of this Agreement or the Action until Class Counsel files a motion for the Preliminary Approval Order with the Court. If the Parties are contacted by the media, they will state only that "a partial settlement of the Action has been reached and the Parties to that settlement are in the process of obtaining approval from the Court." After the date of entry of the Preliminary Approval Order, the Class Representatives, Class Counsel and their agents may communicate with Class Members, but shall issue no statements to the media regarding any aspect of this Agreement.

56.     The Parties represent, covenant, and warrant that they have not directly or indirectly assigned or purported to assign to any person or entity any portion of any liability, claim, demand, action, cause of action or right released in this Agreement.

57.     Nothing contained in this Agreement shall be construed as or deemed to be an admission of liability on the part of the 20/20 Companies Defendants, who deny liability for any claim asserted in the Action. Similarly, nothing contained in this Agreement shall be construed as or deemed to be an admission of any kind on the part of the Class Representatives, Class Members or Class Counsel, and this Agreement shall not be used in any manner against the Class Representatives, Class Members or Class Counsel in the continued litigation of this Action against the non-released defendants. Rather, each of the Parties has entered into this Agreement with the intention to avoid further litigation and its attendant inconvenience and expense.

58.     This Agreement is a settlement document and shall be inadmissible in evidence in any judicial or administrative proceeding, except an action or proceeding to approve, interpret, or enforce its terms.

59.     Unless otherwise specifically provided herein, all notices, demands or other communications given hereunder shall be in writing and shall be deemed to have been duly given as of the third business day after mailing by registered or certified mail, return receipt requested, addressed as follows:

<u>To the Class</u>:

Saul D. Zabell
Zabell & Associates, P.C.
4875 Sunrise Highway
Suite 300
Bohemia, NY  11716

- and –

Scott B. Gilly
Thompson Wigdor & Gilly LLP
85 Fifth Avenue
New York, NY 10003

<u>To the 20/20 Companies Defendants</u>:

Sarah E. Bouchard
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

60.     Paragraph titles or captions contained in this Agreement are for ease of reference only and in no way define, limit, extend, or describe the scope or terms of this Agreement.  Each term of this Agreement is contractual and not merely a recital.

61.     If any deadline set forth in this Agreement cannot be met, counsel for the Parties shall confer in an attempt to reach agreement on an appropriate extension.  If the Parties fail to reach agreement, any Party may apply to the Court for such an extension by motion; provided, however, that such motion may seek only a reasonable extension the deadline or deadlines in question and no other changes to the Agreement.

62.     Counsel for the Parties shall confer with respect to any and all disputes related to this Agreement in an attempt to reach agreement on an appropriate resolution.  If the Parties fail to reach agreement, any Party may bring such dispute to the Court by motion after ten (10) days' written notice to all other Parties.  The Court will have continuing jurisdiction over this Agreement until all obligations contemplated herein have been fully satisfied.

63.     This Agreement contains the entire agreement among the Parties relating to the resolution of the Action, and all prior or contemporaneous agreements, understandings, representations, and statements, whether oral or written and whether by a Party or such Party's legal counsel, are superceded by this Agreement.

64.    No rights under this Agreement may be waived except in writing by the Parties.

65.    It is agreed that because the Class is so numerous, it is impossible or impractical to have each Class Member execute this Agreement. Instead, a Notice substantially in the form attached hereto as Exhibit A will advise all Class Members of the binding nature of the releases contained herein.

66.    This Agreement may be executed in counterparts, and when each Party has signed and delivered at least one such counterpart, each counterpart shall be deemed an original, and, when taken together with the other signed counterparts, shall constitute one Agreement, which shall be binding upon and effective as to all Parties.

67.    Any Party may engage in communications with the Claims Administrator without advance notice to the other Parties or the Court, but must copy counsel for all other Parties on all such correspondence.

68.    In the event that any Party takes the position that the Claims Administrator is not acting in accordance with the terms of the Agreement, the Parties shall confer prior to raising any such issue with the Claims Administrator.

69.    No discovery materials shall be offered for sale or distributed to any person or entity by the Class Representatives or Class Counsel. All originals or reproductions of any discovery materials obtained by or given to any Party, expert, consultant, or other person shall be retrieved by Class Counsel and returned to the producing Party, and all Parties who received such materials shall certify within thirty days (30) of the Settlement Effective Date, that they have returned all such materials and all copies thereof to the producing Party. Alternatively, the Parties may agree in writing, in advance of the deadline set forth in this Paragraph, that all such materials shall be destroyed by the receiving Party. The requirements of this Paragraph do not apply to any Party's own work product but do apply to non-work product discovery materials described therein or attached thereto.

## RELEASE OF CLAIMS

70.    By failing to timely submit an Opt-Out Form, a Class Member will be bound by the terms of this Agreement and will be deemed to have waived, and fully and finally released the 20/20 Companies Releasees and Verizon Releasees from, any and all claims, rights, demands, liabilities and causes of action of every nature and description, whether known or unknown, arising or accruing during their respective Released Periods under New York state wage-and-hour laws, including, but not limited to, claims for or related to unpaid wages, minimum wage, overtime, premium pay, bonuses, commissions, deductions, waiting-time, meal periods, rest breaks or retaliation.

71.    By executing this Agreement, by and through Class Counsel, the Class Representatives shall be deemed to have fully and finally released the 20/20 Companies Releasees and the Verizon Releasees from any and all claims, rights, demands, liabilities and causes of action of every nature and description, whether known or unknown, arising or accruing during their respective Released Periods, under federal, state or local law, statute, ordinance, regulation, the common law or other source of law, including, but not limited to, claims to

10

enforce rights provided by the NYLL, the Fair Labor Standards Act, Title VII of the Civil Rights Act, the Americans with Disabilities Act, the Employee Retirement Income Security Act, the Age Discrimination in Employment Act, the National Labor Relations Act and their implementing regulations, regardless of whether such claims sound in contract, tort, or statute, or seek legal or equitable relief.   The Class Representatives further agree and acknowledge that they will not seek or be eligible for future employment with any of the Releasees.

## TERMINATION OF SETTLEMENT

72.   If more than five (5) percent of the Class Members timely submit an Opt-Out Form to the Claims Administrator, any of the 20/20 Companies Defendants may declare this Agreement void in its entirety, at which time this Agreement will terminate and litigation of the Action shall resume as though it had never been entered into.  In the event of such a termination of the Agreement, (a) the 20/20 Companies Defendants shall have no obligation to pay the Settlement Amount or any Settlement Share but shall pay any administrative costs already incurred by the Claims Administrator or, if the Settlement Amount has already been paid, it will be repaid to the 20/20 Companies Defendants in its entirety less any administrative costs already incurred by the Claims Administrator; (b) all Parties and Class Members will each bear their own costs and fees incurred in connection with the Agreement; (c) the terms of the Agreement shall be deemed null and void with no further force or effect as to the Parties, Class Members or the Action; and (d) the Agreement shall not be used in this Action or in any other judicial or administrative proceeding for any purpose, and any Judgment or order entered by the Court in accordance with its terms shall be treated as vacated *nunc pro tunc*.

Respectfully submitted,

Saul D. Zabell
Zabell & Associates, P.C.
4875 Sunrise Highway
Suite 300
Bohemia, NY  11716
Tel:  (631) 589-7242
Fax:  (631) 563-7475

Scott B. Gilly
Thompson Wigdor & Gilly LLP
85 Fifth Avenue
New York, NY  10003
Tel:  (212) 257-6800
Fax:  (212) 257-6845

*Counsel for Plaintiffs*

Sarah E. Bouchard
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Tel:  (215) 963-5000
Fax:  (215) 963-5001

Melissa C. Rodriguez
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178
Tel:  (212) 309-6000
Fax:  (212) 309-6001

*Counsel for Defendants*
*20/20 Companies, Barry Millay,*
*William Rowland, Jr. and Jason Green*

11

# EXHIBIT 4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

MARLA ADLER, STEPHEN BAUSENWEIN, AL )
DEICHLER, MIKE FROST, ED HALPIAN, RICH )
HERBST, KEVIN KELLY, ARTHUR LANDSMAN, )
ERIK MALAGON, JOE O'BRIEN, JOHN RE and )
DAN WATTS, on behalf of themselves and all others )   Case No. CV-09-439(LDW)(ARL)
similarly-situated, )
 )
                    Plaintiff, )
 )
          vs. )
 )
20/20 COMPANIES; 20/20 COMMUNICATIONS, )
INC.; VERIZON COMMUNICATIONS, INC.; )
VERIZON SERVICES CORP.; BARRY MILLAY, )
in his individual and official capacities; WILLIAM )
ROWLAND, JR., in his individual and official )
capacities; and JASON GREEN, in his individual and )
official capacities, )
 )
                    Defendants.

### CLASS NOTICE

### NOTICE OF PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS ACTION

### NOTICE OF SETTLEMENT HEARING AND HEARING REGARDING  APPLICATION FOR ATTORNEYS' FEES, COSTS AND  COMPENSATION TO NAMED CLASS REPRESENTATIVES

### - AND -

### EXCLUSION PROCEDURES

**TO:      All persons who were employed by or under contract with 20/20 Companies, its predecessors or affiliates, direct or indirect, to sell Verizon FiOS Internet and television services to residential customers in the State of New York (the "Covered Positions") at any time from January 1, 2006 through and including March 18, 2008 (the "Class Period").**

**If you are receiving this Notice, you may be entitled to share in the settlement of this class action.  PLEASE READ THIS NOTICE CAREFULLY.  EVEN IF YOU INTEND NOT TO PARTICIPATE IN THE SETTLEMENT, YOUR LEGAL RIGHTS MAY BE AFFECTED. PLEASE CONTINUE READING.**

Pursuant to the Order of the United States District Court for the Eastern District of New York entered on October 26, 2010, YOU ARE HEREBY NOTIFIED AS FOLLOWS:

A settlement (the "Settlement") has been reached between certain of the named parties ("Parties") in the action pending in the United States District Court for the Eastern District of New York titled Maria Adler et al., on behalf of themselves and all others similarly-situated v. 20/20 Companies et al., Case No. CV-09-439(LDW)(ARL) (the "Action"), which purports to assert common law claims and claims under the New York Labor Law ("NYLL") on behalf of all individuals described above (the "Class Members") against 20/20 Companies, 20/20 Communications, Inc., Verizon Communications, Inc., Verizon Services Corp. (together with Verizon Communications, Inc., "Verizon") and certain individuals.  The terms of the Settlement have been preliminarily approved by the Court as fair and reasonable.

You have received this Notice because 20/20 Companies' records indicate that you are one of the Class Members.  This Notice is designed to inform you of how you may receive payment under the Settlement.  If you do not wish to participate in the Settlement, you do not have to do anything at all but your rights will be affected as described in this Notice.  If you wish to exclude yourself from the Settlement, you may do so pursuant to Section IV.B below.  By excluding yourself or by doing nothing in response to this Notice, you will not be eligible to receive any payment or benefits from the Settlement.

## I.      BACKGROUND OF THE CASE

On February 3, 2009, Plaintiffs Marla Adler, Stephen Bausenwein, Al Deichler, Mike Frost, Ed Halpian, Rich Herbst, Kevin Kelly, Arthur Landsman, Erik Malagon, Joe O'Brien and Dan Watts (the "Class Representatives") commenced this Action on behalf of a purported class of all persons employed by 20/20 Companies, 20/20 Communications, Inc. and/or Verizon in a Covered Position at any time from January 1, 2005 to the present. The Class Representatives alleged that they and the members of the purported class were not paid all of their earned commissions and that certain unlawful deductions were taken out of their paychecks. The Class Representatives later amended their complaint to join Plaintiff John Re, also a Class Representative, and Defendants Barry Millay, William Rowland, Jr. and Jason Green (the "Individual Defendants"), the principal executives of 20/20 Companies.

The Class Representatives believe that the Action is meritorious based on alleged violations of the NYLL and the common law, and that the Action is appropriate for treatment as a class action. 20/20 Companies and the Individual Defendants deny any liability or wrongdoing of any kind associated with the claims alleged in the Action, contend that they properly compensated the Class Representatives and all Class Members, and contend that, for any purpose other than the Settlement, this Action is not appropriate for treatment as a class action under Federal Rule of Civil Procedure 23.

After good-faith negotiations, however, the Class Representatives agreed to settle the Action with 20/20 Companies and the Individual Defendants only pursuant to the terms and conditions of the Settlement. **The Settlement is only a partial settlement of the Action. Neither the Class Representatives' claims against Defendant 20/20 Communications, Inc., nor their claims against Verizon arising or accruing after March 18, 2008, are affected by the Settlement. All of those claims will continue to be litigated in Court unless subsequently settled as between those parties.**

The Settlement represents a compromise and settlement of highly disputed claims. Accordingly, nothing in the Settlement is intended to or will be construed as an admission by 20/20 Companies or the Individual Defendants that the claims in the Action have merit or that any of them are liable to the Class Representatives or any Class Member on those claims.

The Class Representatives, 20/20 Companies and the Individual Defendants, and their respective legal counsel, have concluded, however, that the Settlement is advantageous, considering the risks and uncertainties to each side of continued litigation, and that the Settlement is fair, reasonable, adequate and in the best interests of the Class Members.

**The Court has reviewed the terms of Settlement proposed by the Parties and has preliminarily approved it as fair and reasonable.**

- **If you wish to participate in the Settlement,** you MUST follow the procedures outlined below in Section IV.A. If you follow those procedures, you will be eligible to receive payment of your Settlement Share.

- **If you wish to be excluded from the Settlement,** you MUST follow the procedures outlined below in Section IV.B. If you follow those procedures, you will not be bound by the Settlement as to your claims and you will not receive any settlement award.

- **If you do not wish to participate in the Settlement,** you do not have to do anything at all. If you do nothing in response to this Notice, you will not receive any settlement award but you will nonetheless be bound by the Settlement as to your claims.

## II.    SUMMARY OF THE SETTLEMENT

The Settlement provides for the following:

### A.    Who is included in the Settlement?

You are included in the Settlement if you meet all of the conditions set forth in the beginning of this Notice. Specifically, you must have been employed by 20/20 Companies in the State of New York to sell Verizon FiOS Internet and television services to residential customers (the "Covered Positions") at some time from January 1, 2006 through and including March 18, 2008 (the "Class Period").

### B.    How do you participate in the Settlement?

**To participate in the Settlement and be eligible to receive your settlement award, you must sign and timely return a Consent to Participate and Claim Certification Form to the Claims Administrator. If you do not timely return a signed Consent to Participate and Claim Certification Form, you will not receive any settlement award.**

### C.    What will you receive from the Settlement?

The total amount of the settlement is $1,296,000. The costs of administering this Settlement, certain service payments to the Class Representatives, a set-aside for calculation errors and Class Counsel's attorneys' fees and costs will reduce the amount that will ultimately be paid out to Class Members.

Your potential monetary award will be based upon the number of weeks you worked in a Covered Position during the Class Period, provided that you have not previously executed a valid release of your claims. The gross amount of your Settlement Share payment will be reduced by the amount of any and all tax deductions and withholdings required by law. As an example, if you worked in New York as a Verizon FiOS sales representative from January 1, 2006 through June 30, 2007, you would be eligible to receive $2,996.20, less applicable tax deductions and withholding. As a second example, if you worked in that capacity throughout the entire Class Period, you would be eligible to receive $4,406.34, less applicable tax deductions and withholding.

### D.    When will you receive your Settlement Share payment?

The Settlement Share payments will be paid to Participating Class Members after the deadline for Class Members to exclude themselves from the Settlement has passed and all rights to appeal or review of the Settlement or Judgment are exhausted or any appeal or review has been resolved in favor of the Settlement.

### E.    Who is the Claims Administrator?

The Court has appointed Gilardi & Co. LLC to act as an independent Claims Administrator and to resolve any dispute concerning any Class Member's eligibility to participate in the Settlement.

### F.      Who is representing the Class Members?

The attorneys for the Class Members ("Class Counsel") are Saul D. Zabell, Esquire, Zabell & Associates, P.C., 4875 Sunrise Highway, Suite 300, Bohemia, New York 11716, and Scott B. Gilly, Esquire, Thompson Wigdor & Gilly LLP, 85 Fifth Avenue, New York, New York 10003.  However, any questions regarding this Notice or the Settlement should be directed to the Claims Administrator, Gilardi & Co. LLC, P.O. Box 8060 San Rafael CA 94912-8060, Telephone: 1-888-289-6804.

### G.      What will you give up by not excluding yourself from the Settlement?

Unless you execute and timely submit an Opt-Out Form, **you will be bound by the Settlement** and will be deemed to have waived and released certain claims you may have against Defendants 20/20 Companies, Verizon Communications, Inc., Verizon Services Corp., Barry Millay, William Rowland, Jr. and Jason Green, and all of their affiliates for the Class Period—but not any claims you may have against Defendant 20/20 Communications, Inc. or its affiliates in their entirety or against Verizon outside of the Class Period.

Specifically, **you will be deemed to have waived and released** any and all claims, rights, demands, liabilities and causes of action of every nature and description, whether known or unknown, under New York state wage-and-hour laws against Defendants 20/20 Companies, Barry Millay, William Rowland, Jr. and Jason Green, and all of their affiliates—including, without limitation, any and all of their parents, subsidiaries, affiliated entities, predecessors, divisions, joint ventures and assigns, and any of their past or present directors, officers, employees, partners, members, principals, agents, insurers, co-insurers, re-insurers, shareholders, attorneys, and personal or legal representatives—(collectively, the "20/20 Companies Releasees") arising or accruing at any time from the date you were first employed by or under contract with 20/20 Companies, or any of its predecessors or affiliates, direct or indirect, in the State of New York, through the date this Settlement is finally approved by the Court.

**You will also be deemed to have waived and released** any and all claims, rights, demands, liabilities and causes of action of every nature and description, whether known or unknown, under New York state wage-and-hour laws against Defendants Verizon Communications, Inc., Verizon Services Corp., and all of their affiliates—including, without limitation, any and all of their parents, subsidiaries, affiliated entities, predecessors, successors, divisions, joint ventures and assigns, and any of their past or present directors, officers, employees, partners, members, principals, agents, insurers, co-insurers, re-insurers, shareholders, attorneys, and personal or legal representatives—(collectively, the "Verizon Releasees") arising or accruing at any time from the date you were first employed by or under contract with 20/20 Companies, or any of its predecessors or affiliates, direct or indirect, in the State of New York, through March 18, 2008, the end of the Class Period.

Your release of the 20/20 Companies Releasees and limited release of the Verizon Releasees will include, but will not be limited to, claims for or related to unpaid wages, minimum wage, overtime, premium pay, bonuses, commissions, deductions, waiting-time, meal periods, rest breaks or retaliation.

### H.      Who is responsible for Class Counsel's attorneys' fees?

The Court has preliminarily approved payment from the Settlement Amount to Class Counsel of attorneys' fees, costs and expenses incurred in representing the Class Representatives and Class Members in the Action.  You are not responsible for Class Counsel's attorneys' fees.

### I.       Who is responsible for the costs of administrating the Settlement?

The costs of administering the Settlement will be deducted from the Settlement Amount.

### J.       Who is responsible for any applicable taxes?

Class Members are solely responsible for the reporting and payment of their share of any federal, state and local income and other applicable taxes and withholdings, if any, on payments made to them pursuant to this Settlement.  Class Members are advised to seek tax advice prior to acting in response to this Notice.

## III.      CLASS REPRESENTATIVES AND CLASS COUNSEL SUPPORT THE SETTLEMENT

The Class Representatives and Class Counsel support this Settlement.  Their reasons include the inherent risk of a trial on the merits, and the inherent delays and uncertainties associated with litigation.  Based on their experience litigating similar cases, Class Counsel believe that further proceedings in this case as between the Parties, including a trial and probable appeals, would be very expensive and protracted.  No one can confidently predict how the various legal questions at issue, including the amount of damages, would ultimately be resolved.  Therefore, upon careful consideration of all of the facts and circumstances of this case, the Class Representatives and Class Counsel believe that the Settlement is fair, reasonable, and adequate.

## IV.      WHAT ARE YOUR RIGHTS AS A CLASS MEMBER?

The Class Representatives and Class Counsel represent your interests as a Class Member.  If you are a Class Member and you do not opt out of the Settlement, you will be bound by the terms of the Settlement and you will be deemed to have released your claims against the 20/20 Companies Releasees and Verizon Releasees as described at Section II.F above.  Unless you retain your own counsel, however, you will not be responsible for the payment of any attorneys' fees or other costs or expenses related to the Action or the Settlement.  If you retain your own counsel, however, you will be solely responsible for his or her attorneys' fees and expenses.

### A.    Claiming Your Share of the Settlement

**If you want to participate in the Settlement**, you **MUST** complete the Consent to Participate and Claim Certification Form that is attached to this Notice and mail it to the Claims Administrator at the following address:

20/20 Companies Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8060
San Rafael CA 94912-8060

Your signed Consent to Participate and Claim Certification Form must be postmarked by February 2, 2011 and must include your name (and former names, if any), current address, telephone number, Social Security Number and signature.  If you have followed these procedures, the Claims Administrator will mail you a check in the amount of your Settlement Share after the Court has granted final approval of the Settlement.  The check will be issued by the Claims Administrator, Gilardi & Co. LLC.  Please be advised that, if you fail to timely submit a signed and complete Consent to Participate and Claim Certification Form or a signed and complete Opt-Out Form, you **WILL** be bound by the Settlement, if it is approved, and the Judgment in the Action as to your claims even though you will receive no settlement award without filing a Consent to Participate and Claim Certification Form.

### B.    Excluding Yourself From The Settlement

**If you want to exclude yourself from the Settlement**, you MUST complete the Opt-Out Form that is attached to this Notice and mail it to the Claims Administrator at the following address:

20/20 Companies Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8090
San Rafael CA 94912-8090

Your signed Opt-Out Form must be postmarked by February 2, 2011 and must include your name (and former names, if any), current address, telephone number, Social Security Number and signature.  Please be advised that, if you timely submit a signed and complete Opt-Out Form, you **WILL NOT** be bound by the terms of the Settlement, if it is approved, or the Judgment in the Action.  You will also not receive any payment as part of the Settlement.  Opt-Out Forms that do not include all required information, however, or that are not submitted on a timely basis, will be deemed null, void and ineffective.

### V.    THE SETTLEMENT HEARING AND OBJECTIONS TO THE SETTLEMENT

A hearing (the "Settlement Hearing") will be held before the Honorable Leonard D. Wexler on January 10, 2011 in Courtroom 940 at 11:00 a.m. at the United States District Court for the Eastern District of New York located at 100 Federal Plaza, Central Islip, New York 11722 (the "Court"), to determine, as a final matter, whether the proposed Settlement of the Action is fair, adequate and reasonable, and whether the Action should be dismissed on the merits with prejudice as between the settling parties. The hearing may be adjourned by the Court from time to time as the Court may direct without further notice.

Any Class Member may appear in person or through counsel at the Settlement Hearing and be heard as to why the proposed Settlement of the Action should not be approved as fair, adequate and reasonable, or why a final judgment dismissing the Action against 20/20 Companies and the Individual Defendants with prejudice and partially dismissing the Action against Verizon should or should not be entered.  However, no Class Member shall be heard or entitled to object, and no papers or briefs submitted by any such person shall be received or considered by the Court, unless written notice of intent to appear at the Settlement Hearing, together with copies of all papers and briefs proposed to be submitted to the Court, is filed with the Court and served upon all of the following persons by mail postmarked on or before February 2, 2011:

| *Class Counsel* | *Counsel for the 20/20 Companies Defendants* |
|---|---|
| Saul D. Zabell | Sarah E. Bouchard |
| Zabell & Associates, P.C. | Morgan, Lewis & Bockius LLP |
| 4875 Sunrise Highway, Suite 300 | 1701 Market Street |
| Bohemia, NY  11716-4630 | Philadelphia, PA 19103-2903 |
| | |
| - and - | |
| | |
| Scott B. Gilly | |
| Thompson Wigdor & Gilly LLP | |
| 85 Fifth Avenue | |
| New York, NY 10003-3019 | |

Any Class Member who does not make and serve his or her written objections in the manner provided above shall be deemed to have waived such objections and shall be foreclosed from making any objections, by appeal or otherwise, to the proposed Settlement.  Any Class Member who is satisfied with the proposed Settlement need not appear at the Settlement Hearing.

**PLEASE DO NOT TELEPHONE THE COURT, THE CLERK OF THE COURT OR ANY OF THE PARTIES OR THEIR COUNSEL FOR INFORMATION REGARDING THIS SETTLEMENT OR THE CLAIMS PROCESS. ALL INQUIRIES SHOULD BE DIRECTED TO THE CLAIMS ADMINISTRATOR AT 1-888-289-6804**

*Adler v. 20/20Companies*

*In The United States District Court*
*For The Eastern District Of New York*

*Case No. CV-09-439(LDW)(ARL)*

# Consent to Participate and Claim Certification Form

## FILL OUT THIS FORM ONLY IF YOU __DO__ WANT TO PARTICIPATE IN THE SETTLEMENT

By my signature below, I am giving notice that I am consenting to participate in the Settlement of this Action and receive any settlement award that may be available to me.

**Must Be Postmarked No Later Than February 2, 2011**

_____          _____
First Name (please print)                                              Last Name

_____
Maiden/Former Name(s) (if any)

_____
Current Address

_____          _____          _____
City                                                                          State            Zip

_____ — _____ — _____
Social Security No.

_____ / _____ / _____
Date

_____
Signature

**ALL INQUIRIES SHOULD BE DIRECTED TO THE CLAIMS ADMINISTRATOR AT 1-888-289-6804**

# EXHIBIT 5

*Adler v. 20/20Companies*

*In The United States District Court*
*For The Eastern District Of New York*

<u>*Case No. CV-09-439(LDW)(ARL)*</u>

# Consent to Participate and Claim Certification Form

# FILL OUT THIS FORM ONLY IF YOU <u>DO NOT</u> WANT TO PARTICIPATE IN THE SETTLEMENT

By my signature below, I am giving notice that I am opting-out of the Settlement of this Action.  I understand that I will not be eligible to receive any cash payment that may otherwise have been available to me.

## Must Be Postmarked No Later Than February 2, 2011

_____     _____
First Name (please print)                                        Last Name

_____
Maiden/Former Name(s) (if any)

_____
Current Address

_____     _____   _____
City                                                                State            Zip

_____ — _____ — _____
Social Security No.

_____ / _____ / _____
Date

_____
Signature

# EXHIBIT 6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

MARLA ADLER, STEPHEN BAUSENWEIN,
AL DEICHLER, MIKE FROST, ED HALPIAN,
RICH HERBST, KEVIN KELLY, ARTHUR
LANDSMAN, ERIK MALAGON, JOE O'BRIEN,
JOHN RE and DAN WATTS, on behalf of
themselves and all others similarly-situated,

          Plaintiffs,

     v.

20/20 COMPANIES; 20/20 COMMUNICATIONS,
INC.; VERIZON COMMUNICATIONS, INC.;
VERIZON SERVICES CORP.; BARRY MILLAY,
in his individual and official capacities; WILLIAM
ROWLAND, JR., in his individual and official
capacities; and JASON GREEN, in his individual
and official capacities,

          Defendants.

Case No. CV-09-439(LDW)(ARL)

### ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT

**NOW**, this _26th_ day of _October_ , 2010, upon consideration of Class

Counsel's Motion, and the Court being fully apprised of the facts, the Court hereby **ORDERS**

and **DECREES** the following:

    1.   The Court provisionally certifies the following class under Fed. R. Civ. P. 23(e),

for purposes of a partial settlement of this action only ("Settlement Class"):

> All persons who were employed by or under contract with 20/20
> Companies, its predecessors or affiliates, direct or indirect, to sell Verizon
> FiOS Internet and television services to residential customers in the State
> of New York at any time from January 1, 2006 through and including
> March 18, 2008.

    2.   Plaintiffs meet all of the requirements for settlement class certification under Fed.

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY
OF THIS ORDER ON ALL PARTIES UPON RECEIPT.

R. Civ. P. 23(a) and (b)(3).

3.    Plaintiffs satisfy Fed. R. Civ. P. 23(a)(1), for purposes of certification of a settlement class only, because there are approximately _1000_ members of the Settlement Class (the "Class Members") and, thus, joinder is impracticable.

4.    Plaintiffs satisfy Fed. R. Civ. P. 23(a)(2), for purposes of certification of a settlement class only, because Plaintiffs and the Class Members share common issues of fact and law, including whether Defendants complied with applicable wage-and-hour laws.

5.    Plaintiffs satisfy Fed. R. Civ. P. 23(a)(3), for purposes of certification of a settlement class only, because Plaintiffs' claims arise from the same factual and legal circumstances that form the bases of the Class Members' claims.

6.    Plaintiffs satisfy Fed. R. Civ. P. 23(a)(4), for purposes of certification of a settlement class only, because Plaintiffs will fairly and adequately protect the interests of the Settlement Class.

7.    Plaintiffs also satisfy Rule 23(b)(3), for purposes of certification of a settlement class only, because common factual allegations and a common legal theory predominate over any factual or legal variations among Class Members and because a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

8.    The Court appoints Plaintiffs Marla Adler, Stephen Bausenwein, Al Deichler, Mike Frost, Ed Halpian, Rich Herbst, Kevin Kelly, Arthur Landsman, Erik Malagon, Joe O'Brien, John Re and Dan Watts as Settlement Class Representatives.

9.    The Court appoints Saul D. Zabell, Esquire, Zabell & Associates, P.C., 4875 Sunrise Highway, Suite 300, Bohemia, New York 11716, and Scott B. Gilly, Esquire, Thompson Wigdor & Gilly LLP, 85 Fifth Avenue, New York, New York 10003, as Class Counsel because

they meet all of the requirements of Fed. R. Civ. P. 23(g).  See <u>D.S. ex rel S.S. v. N.Y. City</u>

<u>Dep't of Educ.</u>, 255 F.R.D. 59, 74 (E.D.N.Y. 2008) (observing that, in certifying class, court

must "ensure adequate counsel" and describing factors to be considered under Fed. R. Civ. P.

23(g)).

10 *N.*    The Court appoints _G I L A R D I  & Co . LLC_ as Claims Administrator.

11 *S.*    The Court approves the form of the Class Notice attached as Exhibit A to the

Parties' Joint Stipulation of Settlement and Release (the "Stipulation").  The Notice is to be

mailed by the Claims Administrator, by first class mail, to the Class Representatives and Class

Members at their last known addresses within forty-five (45) days of this Order.

12 *6.*    Class Members shall mail all requests to exclude themselves from the proposed

Settlement to the Claims Administrator, in accordance with the Stipulation, Notice and

instructions thereto.  Class Members shall be provided sixty (60) days from the date of mailing

of the Notice to return an Opt-Out Form.

13 *7.*    Class Members shall assert any and all objections to the Settlement to the Court,

in accordance with the Stipulation, Notice and instructions thereto.

14 *8.*    This Order, the underlying Stipulation, as well as any attachments thereto, shall

not be cited in any matter for the purpose of seeking or opposing class or collective action

certification or class or collective action notice.

15 *9.*    A final approval hearing is set for _JANUARY  I 0_ , ~~2010~~ 201 at

_11:00AM_.

SO ORDERED this _26_ day of _OCTOBER_ , 2010.

_[signature]_

HON. LEONARD D. Wexler, USDJ.

CENTRAL ISLIP, NY

3

# EXHIBIT 7

Adler et al v. 20/20 Companies at al
Class Member List

| | # States | # Class Members | Total Work Weeks | Total Claim Share * |
|---|---|---|---|---|
| Total Class: | 33 | 1,259 | 15,874.68 | $ 609,809.46 |

| State | # Class Members | % Class Members | Work Weeks | % Work Weeks | Total Claim Share | % Claim Share |
|---|---|---|---|---|---|---|
| AL | 1 | 0.1% | 8 | 0.1% | 307.30 | 0.1% |
| AZ | 2 | 0.2% | 20 | 0.1% | 768.25 | 0.1% |
| CA | 14 | 1.1% | 119.28 | 0.8% | 4,582.11 | 0.8% |
| CO | 1 | 0.1% | 9 | 0.1% | 345.72 | 0.1% |
| CT | 4 | 0.3% | 41 | 0.3% | 1,574.92 | 0.3% |
| FL | 45 | 3.6% | 638.7 | 4.0% | 24,534.87 | 4.0% |
| GA | 1 | 0.1% | 6.57 | 0.0% | 252.43 | 0.0% |
| IA | 1 | 0.1% | 10 | 0.1% | 384.13 | 0.1% |
| IL | 4 | 0.3% | 13 | 0.1% | 499.38 | 0.1% |
| IN | 23 | 1.8% | 188.42 | 1.2% | 7,238.08 | 1.2% |
| KY | 5 | 0.4% | 94 | 0.6% | 3,610.80 | 0.6% |
| LA | 7 | 0.6% | 43.14 | 0.3% | 1,657.23 | 0.3% |
| MA | 17 | 1.4% | 255.42 | 1.6% | 9,811.75 | 1.6% |
| MD | 32 | 2.5% | 280.57 | 1.8% | 10,777.58 | 1.8% |
| ME | 1 | 0.1% | 2 | 0.0% | 76.82 | 0.0% |
| MI | 2 | 0.2% | 26 | 0.2% | 998.73 | 0.2% |
| MN | 1 | 0.1% | 6 | 0.0% | 230.48 | 0.0% |
| MO | 9 | 0.7% | 169.57 | 1.1% | 6,513.74 | 1.1% |
| MS | 2 | 0.2% | 21 | 0.1% | 806.67 | 0.1% |
| NC | 14 | 1.1% | 142.14 | 0.9% | 5,460.11 | 0.9% |
| NJ | 41 | 3.3% | 480 | 3.0% | 18,438.13 | 3.0% |
| NY | 901 | 71.6% | 11283.03 | 71.1% | 433,428.56 | 71.1% |
| OH | 11 | 0.9% | 175 | 1.1% | 6,722.27 | 1.1% |
| OR | 5 | 0.4% | 65 | 0.4% | 2,496.85 | 0.4% |
| PA | 6 | 0.5% | 152 | 1.0% | 5,838.75 | 1.0% |
| RI | 1 | 0.1% | 10 | 0.1% | 384.13 | 0.1% |
| SC | 3 | 0.2% | 46 | 0.3% | 1,766.99 | 0.3% |
| TN | 7 | 0.6% | 66.85 | 0.4% | 2,568.18 | 0.4% |
| TX | 81 | 6.4% | 1173.14 | 7.4% | 45,063.75 | 7.4% |
| VA | 11 | 0.9% | 169.85 | 1.1% | 6,524.71 | 1.1% |
| WA | 3 | 0.2% | 78 | 0.5% | 2,996.20 | 0.5% |
| WI | 2 | 0.2% | 56 | 0.4% | 2,151.11 | 0.4% |
| WV | 1 | 0.1% | 26 | 0.2% | 998.73 | 0.2% |

* The Total Claim Share shown has been reduced by the estimated amount of employer's' taxes but before deduction of the employee taxes.

| FirstName | LastName | Addr1 | Addr2 | City | State | Zip | Work Weeks | Claim Share |
|---|---|---|---|---|---|---|---|---|
| JOHN H. | FREEMAN | 1252 FIVE MILE RD | | BIRMINGHAM | AL | 35215-6038 | 8 | $ 307.30 |
| MICHAEL J | CARSON | 339 N 75TH ST | APT 112 | MESA | AZ | 85207-7408 | 8 | $ 307.30 |
| KYLE | JABLOW | 258 FAWN DR | | SEDONA | AZ | 86336-7041 | 12 | $ 460.95 |
| MICHAEL A. | AGUINALDO | 31965 EMILERA CIR | | WINCESTER | CA | 92596 | 11 | $ 422.54 |
| BRIAN | BARGO | 2811 R BARGO 2811 SIMPLICITY | | IRVINE | CA | 9260 | 24 | $ 921.91 |
| HEDER PEREZ | CARTENO | 3063 W CHAPMAN AVE | APT 2105 | ORANGE | CA | 92868-1740 | 1 | $ 38.42 |
| KEENAN ANTHONY | DEPHILLIPPO | 326 VIA CORDOVA LN | | MARTINEZ | CA | 94553-4060 | 3 | $ 115.24 |
| MARYANN | ESTAFANOUS | 1137 BUCKINGHAM DR | APT F | COSTA MESA | CA | 92626-2141 | 12 | $ 460.95 |
| SHANNON | FEDERICO | 7871 MISSION GROVE PKWY S | APT 45 | RIVERSIDE | CA | 92508-5029 | 9 | $ 345.72 |
| STEVEN PAUL | JATIVA | 12563 BRUSHY HOLLOW CIR | | YUCAIPA | CA | 92399-6402 | 19 | $ 729.85 |
| MATTHEW DOUGLAS | MCKENZIE | 129 BRODIA WAY | | WALNUT CREEK | CA | 94598-4919 | 6 | $ 230.48 |
| MICHAEL JACOB | MILLER | 3170 OAK RD | APT 123 | WALNUT CREEK | CA | 94597-7729 | 15 | $ 576.19 |
| LUIS MANUEL | REGALADA | 801 N LOARA ST | APT 95 | ANAHEIM | CA | 92801-4209 | 1 | $ 38.42 |
| BRADY JAMES | SPRUNGER | 12550 PACIFIC AVE | APT 8 | LOS ANGELES | CA | 90066-4322 | 11 | $ 422.54 |
| JUSTIN A. | TILS | 2700 PETERSON PL | APT 42A | COSTA MESA | CA | 92626-5345 | 3 | $ 115.24 |
| DENISE | TOWNSEND | 392 RALCAM PL | | COSTA MESA | CA | 92627-6048 | 2.14 | $ 82.31 |
| DANNA | VERNIA | 113 W G ST | # 215 | SAN DIEGO | CA | 92101-6096 | 2.14 | $ 82.31 |
| SEANA | HARVEY | 14403 W YALE PL | | LAKEWOOD | CO | 80228-5453 | 9 | $ 345.72 |
| ANDREW MICHAEL | FISHER | 50 BATE RD | | GREENWICH | CT | 6830 | 1 | $ 38.42 |
| PETERSON | GUERRIER | 500 WOODBINE RD | | STAMFORD | CT | 06903-1901 | 4 | $ 153.65 |
| MITCHELL | MARKMAN | 1131 O TOLLAND TP 103 | | MANCHESTER | CT | 6042 | 23 | $ 883.49 |
| MICHAEL THOMAS | PLANTAMURA | 197 SANDS PL | | STRATFORD | CT | 06615-6610 | 13 | $ 499.37 |
| JONATHON | AGUILLARD | 4203 W OHIO AVE | | TAMPA | FL | 33614-7825 | 8 | $ 307.30 |
| DAVID | BARMORE | 9 BROADWAY | | DUNEDIN | FL | 34698-7508 | 60 | $ 2,304.77 |
| TARA J. (EMP) | BERGERON | 8333 GARRISON CIR | | TAMPA | FL | 33615-1213 | 13 | $ 499.37 |
| RICHARDO | BURGAS | 1601 DRAYTON AVE | | DELTONA | FL | 32725-5635 | 1 | $ 38.42 |
| ALEXIS | BURGOS | 1601 DRAYTON AVE | | DELTONA | FL | 32725-5635 | 1 | $ 38.42 |
| DANIEL | BURKHOLDER | 2095 SUNSET POINT RD | | CLEARWATER | FL | 33765-1289 | 5 | $ 192.06 |
| OTIS B. | CHAMBERS | 13402 ROSLYN PL | | TAMPA | FL | 33626-2968 | 1 | $ 38.42 |
| ERNESTO KEITH | COLEMAN | 3405 W NEW ORLEANS AVE | | TAMPA | FL | 33614-6659 | 1 | $ 38.42 |
| ALBERT | DEJESUS | 7007 N CAMERON AVE | | TAMPA | FL | 33614-3138 | 5 | $ 192.06 |
| BOBBY LEE | DIXON | 2107 W VIRGINIA AVE | | TAMPA | FL | 33607-6527 | 3 | $ 115.24 |
| JOSEPH W | DODSON | 8721 N ORANGEVIEW AVE | | TAMPA | FL | 33617-5919 | 14 | $ 537.78 |
| JEFFREY L | DURYEA | 520 CHURCH ST | | MELBOURNE | FL | 32904-5603 | 14 | $ 537.78 |
| JOSE A | FERNANDEZ JR | 8005 N HABANA AVE | | TAMPA | FL | 33614-2816 | 8 | $ 307.30 |
| CHRISTINA MARIE | FERRI | 2509 1ST ST | APT 4 | INDIAN RK BCH | FL | 33785-3002 | 1 | $ 38.42 |
| ORESTES SILVANUS | GONZALEZ | 168 NE 88TH ST | | EL PORTAL | FL | 33138 | 1 | $ 38.42 |
| PAUL W. | HENCHEY | 12112 TIMBERLAKE RD | | RIVERVIEW | FL | 33569-6322 | 2 | $ 76.82 |
| THOMAS | IAMS | 4136 WESTWOOD DR | | HOLIDAY | FL | 34691-1754 | 55 | $ 2,112.71 |
| MOHAMED AHMED | KHALIL | 6727 S LOIS AVE | APT 319 | TAMPA | FL | 33616-1627 | 41.86 | $ 1,607.85 |
| KEVIN M. | LEMAY | 18233 BROOKPARK DR | | TAMPA | FL | 33647-3180 | 1 | $ 38.42 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| YLIA | MALDONADO | 3622 CYPRESS MEADOWS RD | | TAMPA | FL | 33624-2912 | 1 | $ | 38.42 |
| GREG | MANES | 100 PIERCE ST | APT 1007 | CLEARWATER | FL | 33756-5162 | 35 | $ | 1,344.45 |
| JESSICA RENEE | MANN | 5352 BAYWATER DR | | TAMPA | FL | 33615-3554 | 15 | $ | 576.19 |
| IRA RAY | MEYER | 15295 SW 45TH TER | APT E | MIAMI | FL | 33185-4241 | 11 | $ | 422.54 |
| JOSHUA ERIC | MEYER | 15295 SW 45TH TER | APT E | MIAMI | FL | 33185-4241 | 6 | $ | 230.48 |
| ERIC | MORROW | 259 CAPRI F | | DELRAY BEACH | FL | 33484-5119 | 22 | $ | 845.09 |
| CAMALA NICOLE | MURRAY | 12421 SEABROOK DR | | TAMPA | FL | 33626-2432 | 1 | $ | 38.42 |
| DUTCH | NEWMAN | 500 PALM SPRINGS BLVD | APT 410 | INDN HBR BCH | FL | 32937-2683 | 4 | $ | 153.65 |
| DUTCH AUGUST | NEWMAN | 500 PALM SPRINGS BLVD | APT 410 | INDN HBR BCH | FL | 32937-2683 | 35 | $ | 1,344.45 |
| EDUARDO | PAREDES | 8511 BLUE RIDGE DR | | TAMPA | FL | 33619-4924 | 15 | $ | 576.19 |
| RYAN MARCUS | PEACOCK | 6501 STAFFORD RD | | PLANT CITY | FL | 33565-6161 | 1 | $ | 38.42 |
| ROBERT A | PEDERSEN SR | 10611 LAKESIDE VISTA DR | | RIVERVIEW | FL | 33569-2907 | 49 | $ | 1,882.23 |
| GEORGE M | RIGAS | 22750 WILLOW LAKES DR | | LUTZ | FL | 33549-8736 | 4 | $ | 153.65 |
| MARK A. | RIVERS | 5716 KNEELAND LN | | TAMPA | FL | 33625-3288 | 1 | $ | 38.42 |
| DANIEL | ROLDAN | 11201 IRISH MOSS AVE | | RIVERVIEW | FL | 33569-2221 | 10 | $ | 384.13 |
| GUZMAN X | ROSALES | 15052 SW TERRI | | HOMESTEAD | FL | 33033 | 9 | $ | 345.72 |
| GABRIEL | ROSS | 6900 SW 44TH ST | # A | MIAMI | FL | 33155-4788 | 51 | $ | 1,959.05 |
| JAMES | RUTLEDGE | 4725 ROWAN RD | APT 301 | NEW PRT RCHY | FL | 34653-5607 | 7 | $ | 268.89 |
| ZACHARY | SCHAEFER | 13668 CRYSTAL RIVER DR | | ORLANDO | FL | 32828-8447 | 47.86 | $ | 1,838.33 |
| COSMOS | SCIOSCIA | 13030 EARLY RUN LN | | RIVERVIEW | FL | 33578-3385 | 6 | $ | 230.48 |
| KRISTOFER ANTHONY | SMITH | 1120 CRIMSON CLOVER LN | | WESLEY CHAPEL | FL | 33543-6591 | 1 | $ | 38.42 |
| MATTHEW D. | THOMPSON | 5352 BAYWATER DR | | TAMPA | FL | 33615-3554 | 19 | $ | 729.85 |
| SAMANTHA | TIMBS | 1776 PINELAND DR | | CLEARWATER | FL | 33755-1939 | 12 | $ | 460.95 |
| ALEXANDER KEITH | VALDES | 6622 N CLARK AVE | | TAMPA | FL | 33614-3807 | 7 | $ | 268.89 |
| BILLY C | WATSON | 6906 125TH TER | | LARGO | FL | 33773-3307 | 16 | $ | 614.61 |
| RONALD | WILKERSON | 2631 GRANDE VALLEY BLVD | APT 17210 | ORANGE CITY | FL | 32763-7850 | 17 | $ | 653.01 |
| MICHAEL S | JONES | 535 CARLTON POINTE DR | | PALMETTO | GA | 30268-2349 | 6.57 | $ | 252.43 |
| ZACHARY | HANSEN | 5115 SE 9TH ST | | DES MOINES | IA | 50315-4778 | 10 | $ | 384.13 |
| ROMAN | GALTSEV | 810 HUGHES PL | | VERNON HILLS | IL | 60061-1434 | 5 | $ | 192.06 |
| ANGELA M | JACOBS | 2030 N 16TH ST | | SPRINGFIELD | IL | 62702-1802 | 1 | $ | 38.42 |
| DAVID R. | TUCKER | 621 N 3RD ST | | DUPO | IL | 62239-1142 | 1 | $ | 38.42 |
| STEPHANIE | WILSON | 108 BRACKETT ST | | SWANSEA | IL | 62226-4355 | 6 | $ | 230.48 |
| DEBORAH K | BERG | 7711 BRECKENWOOD DR | | FORT WAYNE | IN | 46819-1754 | 14 | $ | 537.78 |
| SHIRLEY ANN | BERTSCH | 10936 HICKORY TREE RD | | FORT WAYNE | IN | 46845-1032 | 3 | $ | 115.24 |
| JUSTIN R. | BREWER | 271 E MISSOURI ST | | EVANSVILLE | IN | 47711 | 3 | $ | 115.24 |
| KENTON M. | CALDWELL | 1516 E GIMBER ST | | INDIANAPOLIS | IN | 46203-5320 | 2 | $ | 76.82 |
| CHRIS | FENIELLO | 248 CLAYTON LN | | GREENWOOD | IN | 46143-7961 | 36 | $ | 1,382.86 |
| CARISSA M. | FISHER | 4817 WILLIAMSBURG DR | | FORT WAYNE | IN | 46804-4012 | 1 | $ | 38.42 |
| BRANDON L | FLICK | 2637 CEDARBROOK DR | | INDIANAPOLIS | IN | 46227 | 1 | $ | 38.42 |
| JESSE LEE | HOLT | 10875 N 300TH | | WEST DECATUR | IN | 96737 | 1 | $ | 38.42 |
| MEGAN NICOLE | HUNT | 5865 BEATLE DR | APT D | INDIANAPOLIS | IN | 46216-2177 | 1 | $ | 38.42 |
| CARL E | IMEL | 1647 SPANN AVE | | INDIANAPOLIS | IN | 46203-1250 | 15 | $ | 576.19 |
| CHRISTOPHER S. | JEKEL | 1132 N PAZ DR | APT D | GREENWOOD | IN | 46142-4249 | 7 | $ | 268.89 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DANIEL | MASON | 34 MYRENIA AVE | | INGALLS | IN | 46048-9700 | 1 $ 38.42 |
| JAMES CHRISTOPHER | MILLAY | 4324 MORRISON RD | | NASHVILLE | IN | 47448-8884 | 3 $ 115.24 |
| DEAN E. | MILLER | 5460 S ILLINOIS ST | | INDIANAPOLIS | IN | 46217-3528 | 2 $ 76.82 |
| NATHAN ANDREW (EMP) | PROUD | 307 W MAIN ST | | GREENFIELD | IN | 46140-2054 | 10 $ 384.13 |
| TIMOTHY JOEL | PROUD | 307 W MAIN ST | | GREENFIELD | IN | 46140-2054 | 2 $ 76.82 |
| CORY W | RUCKER | 7533 TINSEL AVE | | INDIANAPOLIS | IN | 46237-3437 | 11 $ 422.54 |
| TOBY RANDALL | SCHROCK | 6501 REED RD | APT 301 | FORT WAYNE | IN | 46835-2236 | 28 $ 1,075.56 |
| STEVEN J. | SHANNON | 10127 MONTERY RD | APT D | INDIANAPOLIS | IN | 46235-1833 | 2 $ 76.82 |
| JACK D. | STONE | 11710 HARTLAND DR | | INDIANAPOLIS | IN | 46229-9621 | 19.43 $ 746.30 |
| JOSHUA LEE | TAYLOR | 3160 AUTUMN RIDGE DR | | ANDERSON | IN | 46012-9348 | 11 $ 422.54 |
| JOSHUA D | TEAGUE | 4251 MALDEN LN | APT F | INDIANAPOLIS | IN | 46127 | 3 $ 115.24 |
| GREG | WYMER | 1875 N STATE ROAD 827 | | ANGOLA | IN | 46703-8572 | 12 $ 460.95 |
| DAVID | BERROW | 103 W CLAY ST | | ELIZABETHTOWN | KY | 42701-9212 | 38 $ 1,459.68 |
| JORDAN R | GIBBS | 861 CASTLE HEIGHTS RD | | BOWLING GREEN | KY | 42103-8716 | 18 $ 691.43 |
| JARED | PERSON | 3840 BANYAN DR | | BOWLING GREEN | KY | 42104-5305 | 7 $ 268.89 |
| BRIAN CHRISTOPHER | TINSLEY | 1510 KENILWOOD WAY | | BOWLING GREEN | KY | 42104-5464 | 1 $ 38.42 |
| DUSTIN L | WATKINS | 514 CROSSFIELD WAY | | BOWLING GREEN | KY | 42104-7737 | 30 $ 1,152.38 |
| JEFFERY R. | BRASSEAUX | 220 DOUCET RD | APT 249 | LAFAYETTE | LA | 70503-3484 | 9 $ 345.72 |
| COLBY J. | BROUSSARD | 13820 JUDE RD | | ERATH | LA | 70533-5741 | 5 $ 192.06 |
| JEREMY JULES | LAGRANGE | 288 NORTHWOOD RD | | ARNAUDVILLE | LA | 70512-5719 | 2.14 $ 82.31 |
| JERRAD W. | MYERS | 6827 N UNIVERSITY AVE | | CARENCRO | LA | 70520-5244 | 10 $ 384.13 |
| COBY J | QUEBEDEAUX | 109 MANASSA DR | | CARENERO | LA | 70570 | 12 $ 460.95 |
| PHILLIP COLE | SUIRE | 9308 HIGHWAY 339 | | ABBEVILLE | LA | 70510-2630 | 4 $ 153.65 |
| JUSTIN W (EMP) | THIBODEAUX | 921 W MACCI ST | UNIT 21 | GONZALES | LA | 70737-4828 | 1 $ 38.42 |
| JON | ADAMO | 9 UPTON LN | | BOXFORD | MA | 01921-2656 | 40 $ 1,536.52 |
| JOSHUA MICHAEL | ANUSEWICZ | 68 BULLOCK RD | | EAST FREETOWN | MA | 02717-1016 | 5 $ 192.06 |
| RICHARD E | BOOTHE JR | 168 DAVIS ST | | SPRINGFIELD | MA | 01104-1424 | 19 $ 729.85 |
| VIRGILIO | CANDELARIO | 3 BRESNAHAN CT | | BEVERLY | MA | 01915-3403 | 3 $ 115.24 |
| CHRISTOPHER LEE | CIMAN | 57 MAPLE ST | | MIDDLETON | MA | 01949-2251 | 6 $ 230.48 |
| CHRISTOPHER EDWARDS | COLEMAN | 171 OLD CAMBRIDGE RD | | WOBURN | MA | 01801-4759 | 4 $ 153.65 |
| EDWIN DOYLE | DANIELS | 34 HARLAN DR | | BROCKTON | MA | 02301-5816 | 4 $ 153.65 |
| STANISLAV | IVANOV | 13 VICTOR AVE | | BEVERLY | MA | 01915-3721 | 7 $ 268.89 |
| ANITA DELORES | JUANSO | 25 WALLIS ST | | BEVERLY | MA | 01915-4419 | 32 $ 1,229.21 |
| ALEX | LEVIN | 587 E BROADWAY | APT 3 | BOSTON | MA | 02127-4474 | 1 $ 38.42 |
| JOHN | MCMAHAN | 6 SHERIDAN RD | | WILMINGTON | MA | 01887-1419 | 6 $ 230.48 |
| JOHN DAVID | MCMAHAN | 6 SHERIDAN RD | | WILMINGTON | MA | 01887-1419 | 35 $ 1,344.45 |
| TIMOTHY JOHN | MELLO | 31 GARDNER ST | | PEABODY | MA | 01960-1867 | 36 $ 1,382.86 |
| MICHAEL ANTHONY | POLVERE | 418 LOWELL ST | | PEABODY | MA | 01960-2764 | 36.43 $ 1,399.33 |
| RYAN | SHAWDEE | 71 JEAN AVE | | LOWELL | MA | 01852-5739 | 13 $ 499.37 |
| JARED JAMES | STAFFIER | 16 THORNBERRY RD | | WINCHESTER | MA | 01890-3216 | 1 $ 38.42 |
| JAMES AARON | TIRRELL | 67 PINE SWAMP RD | | IPSWICH | MA | 01938-2909 | 7 $ 268.89 |
| MATTHEW S. | BARNETT | 1303 WICKELL RD | | ODENTON | MD | 21113-2127 | 1 $ 38.42 |
| LUKE | BERRY | 7058 MELTING SHADOWS LN | | COLUMBIA | MD | 21045-4815 | 10 $ 384.13 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FRANCESC | CARTER | 8108 SPRINGFIELD RD | | GLENN DALE | MD | 20769-9608 | 27 | $ 1,037.15 |
| KRISTOFER A | CELEY | 212 OLD MAGOTHY BRIDGE RD | | PASADENA | MD | 21122-4463 | 1 | $ 38.42 |
| ERIC E | CHARNLEY | 1403 DORCHESTER AVE | | BALTIMORE | MD | 21207-5019 | 2 | $ 76.82 |
| DAVID A. | CORREA | 403 CARL AVE | | LINTHICUM HTS | MD | 21090-1609 | 5 | $ 192.06 |
| STEVEN S | CRAWFORD | 10 ENJAY AVE | | CATONSVILLE | MD | 21228-3525 | 12 | $ 460.95 |
| SAMUEL | DAVIE | 8770 CLOUDLEAP CT | APT T3 | COLUMBIA | MD | 21045-3845 | 10 | $ 384.13 |
| SCOTT CHARLES | DAVIS | 8555 WINDOW LATCH WAY | | COLUMBIA | MD | 21045-5637 | 2 | $ 76.82 |
| JOHN W. | FISCHER | 609 PAMDA RD | | GLEN BURNIE | MD | 21061 | 1 | $ 38.42 |
| JESUS O. | FREEMAN | 5858 STEVENS FOREST RD | | COLUMBIA | MD | 21045-3732 | 1 | $ 38.42 |
| ALLISON | HOGAN | 2192 HALLMARK CT | | GAMBRILLS | MD | 21054-2125 | 9 | $ 345.72 |
| LESLIE YVONNE | JOHNSON | 1617 W LEXINGTON ST | # A | BALTIMORE | MD | 21223-1741 | 1 | $ 38.42 |
| MICHAEL | JORDAN | 1926 BANK ST | | BALTIMORE | MD | 21231-2513 | 22 | $ 845.09 |
| JUSTIN PAUL | LEISHER | 7737 WOODLAWN AVE | | PASADENA | MD | 21122-1812 | 20 | $ 768.25 |
| JESSICA | LEONARD | 8516 FOUNDRY ST | | SAVAGE | MD | 20763-9621 | 9 | $ 345.72 |
| CHRISTOPHER E | MCCLINIC | 3576 BRICKWALL LN | | PASADENA | MD | 21122-7308 | 6.57 | $ 252.43 |
| NATHAN REID | MCCOY, JR. | 8755 CONTEE RD | APT 402 | LAUREL | MD | 20708-1925 | 3 | $ 115.24 |
| ANTONIO ISAAC | NOBELO | 6325 EARLY RED CT | | COLUMBIA | MD | 21045-4499 | 1 | $ 38.42 |
| SCOTT E | PHILLIPS | 411 HANNES ST | | SILVER SPRING | MD | 20901-1722 | 14 | $ 537.78 |
| JORDAN JOSEPH | PRESCOTT | 5208 CEDAR LN | APT 124 | COLUMBIA | MD | 21044-1491 | 7 | $ 268.89 |
| MICHAEL JOHN | REYNOLDS | 550 ELIZABETH LN | | GLEN BURNIE | MD | 21061-3807 | 3 | $ 115.24 |
| ROCCO | ROSSI | 13905 CONCORD AVE | | LAUREL | MD | 20707-5818 | 5 | $ 192.06 |
| TODD AARON | SHIPKEY | 940 AUTUMNWOOD DR | | GAMBRILLS | MD | 21054-1207 | 1 | $ 38.42 |
| ALEX GARNIER | SIMON | 206 CLARKES RIDGE CT | APT K | BEL AIR | MD | 21015-6763 | 2 | $ 76.82 |
| JAMES JOSEPH | SMITH | 100 HILLENDALE RD | | BEL AIR | MD | 21014-5118 | 13 | $ 499.37 |
| BUNHENG | SUONG | 411 HANNES ST | | SILVER SPRING | MD | 20901-1722 | 4 | $ 153.65 |
| TRACY | SWAYNE | 6124 CEDAR WOOD DR | | COLUMBIA | MD | 21044-3668 | 6 | $ 230.48 |
| JUSTIN ANTON | TERRY | 8292 DEERFIELD CIR | | SEVERN | MD | 21144-2527 | 6 | $ 230.48 |
| STEPHANIE L | THOMPSON | 2945 E ALMONDBURY DR | | PASADENA | MD | 21122-6351 | 25 | $ 960.32 |
| WILLIAM | UMUNNA | PO BOX 2471 | | MONTGOMRY VLG | MD | 20886-2471 | 6 | $ 230.48 |
| JASON | WILHIDE | 1225 PINE AVE | | EDGEWATER | MD | 21037-4317 | 45 | $ 1,728.58 |
| LIZA | MILLER | 58 COMSTOCK FARM RD | | STARKS | ME | 04911-4510 | 2 | $ 76.82 |
| HALEY | ATKIN | 406 N BRIDGE ST | | GRAND LEDGE | MI | 48837-1635 | 15 | $ 576.19 |
| EMILY | METZGER | 916 SEYMOUR AVE | | JACKSON | MI | 49202-2544 | 11 | $ 422.54 |
| WARREN W | WALDROOP | 2817 ANTHONY LN S | | MINNEAPOLIS | MN | 55418-3254 | 6 | $ 230.48 |
| LEO | CHANG | 2500 OLD 63 S | APT 611A | COLUMBIA | MO | 65201-5379 | 14 | $ 537.78 |
| RUSTIN | HALL | 6223 EICHELBERGER ST | | SAINT LOUIS | MO | 63109-3452 | 45 | $ 1,728.58 |
| KENNETH. | HARDIN JR | 3648 BLAINE AVE | | SAINT LOUIS | MO | 63110-2606 | 3 | $ 115.24 |
| SALVATORE J | MISTRETTA III | 12926 COUNTY ROAD 7130 | | ROLLA | MO | 65401-5930 | 6 | $ 230.48 |
| BRYANT D. | ROBERTS | 7 SOUTHWOODS DR | | FESTUS | MO | 63028-4806 | 3 | $ 115.24 |
| TONY DENZELL | SIMPSON | 3636 S SPRING AVE | | SAINT LOUIS | MO | 63116-4629 | 11 | $ 422.54 |
| STAYSEA | WILLIAMS | 11498 ESSEX AVE | FL 2 | MARYLAND HTS | MO | 63043-1853 | 22 | $ 845.09 |
| STAYSEA R | WILLIAMS | 11498 ESSEX AVE | | MARYLAND HTS | MO | 63043-1853 | 63 | $ 2,420.01 |
| TYRONE | WOODS | 5734 TERRY AVE | | SAINT LOUIS | MO | 63120-1022 | 2.57 | $ 98.77 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MUSTAFA | CURRY | 1003 DENNY AVE | | OCEAN SPRINGS | MS | 39564-3809 | 20 $ 768.25 |
| SUSAN JOYCE | HENRY | 1711 PEARL HILL RD | | CARTHAGE | MS | 39051-7924 | 1 $ 38.42 |
| OTIS JAMES | BAILEY | 3705 COUNTRY RIDGE RD | | GREENSBORO | NC | 27405-2830 | 2 $ 76.82 |
| AHMAAD J | BRYSON | 118 SHORELAKE DR | APT L | GREENSBORO | NC | 27455-1455 | 2 $ 76.82 |
| DANE L | DESILVEY | 4924 BROMPTON DR | APT F | GREENSBORO | NC | 27407-1187 | 3 $ 115.24 |
| JOSE LUIS | FORTES | 2728 BROMLEY PARK DR | | WINSTON SALEM | NC | 27103-4959 | 29 $ 1,113.97 |
| BRANDON V | GLEATON | 5616 WESLO WILLOW CIR | | GREENSBORO | NC | 27409-1745 | 1 $ 38.42 |
| JOSHAUS A.M | JONES | 208 SYCAMORE ST | | OXFORD | NC | 27565-3625 | 1 $ 38.42 |
| LENL ISAAC | LAWRENCE | 2211 SOUTHERN DR | | DURHAM | NC | 27703-6053 | 2.14 $ 82.31 |
| MOHAMED M | MAHMOUD | 6 RIVER OAKS DR | APT A | GREENSBORO | NC | 27409-2767 | 2 $ 76.82 |
| WILLIAM K. | MCCLELLAND | 2871 WATER STONE LOOP | | HIGH POINT | NC | 27265-2522 | 5 $ 192.06 |
| MICHAEL C | RUSSO | 16917 BIRKDLE CMNS PKWY | APT C | HUNTERSVILLE | NC | 28078-4877 | 31 $ 1,190.80 |
| EBRIMA | SOHNA | 3822 STARSHIP LN NW | # B | WILSON | NC | 27896-8672 | 32 $ 1,229.21 |
| DANA MARIE | STANLEY | 933 LAWSONVILLE AVE | | REIDSVILLE | NC | 27320-4107 | 3 $ 115.24 |
| EUGENE | THOMPSON | 3011 COTTAGE PL | | GREENSBORO | NC | 27455-2269 | 26 $ 998.73 |
| TITO AURELIO | TORIBIO | 2110 MAPLE ST | | GREENSBORO | NC | 27405-5612 | 3 $ 115.24 |
| SEIFELEDEEN | ABDELMONSEF | 7 HUDSON CT | APT 3D | BAYONNE | NJ | 07002-2133 | 10 $ 384.13 |
| AMIR | BISHARA | 837 MAIN ST | APT K | BELLEVILLE | NJ | 07109-3439 | 22 $ 845.09 |
| MENA A. | BISHARA | 21 FRANKLIN AVE | | MONTCLAIR | NJ | 07042-2407 | 2 $ 76.82 |
| CANDICE MARIE | CASANOVA | 1119 BIRCHWOOD CT | | N BRUNSWICK | NJ | 08902-1924 | 10 $ 384.13 |
| ACQUEELAH ELIZABETH | CASEY | 99 BAYARD ST | APT 3D | NEW BRUNSWICK | NJ | 08901-2178 | 12 $ 460.95 |
| CHANTHY | CHUN | 409B HENRY ST | | FAIRVIEW | NJ | 07022-1960 | 2 $ 76.82 |
| JONATHAN FERNANDO | COLOMA | 195 ILLINOIS AVE | | PATERSON | NJ | 07503-1536 | 4 $ 153.65 |
| IDAN | DADON | 23 SADDLE RIVER RD | | FAIR LAWN | NJ | 07410-5528 | 2 $ 76.82 |
| JONATHAN | DESANTIS | 217 CREEK RD | | KEANSBURG | NJ | 07734-1569 | 41 $ 1,574.92 |
| JOHN ANTHONY | DIPASQUALE | 1 ELISA CT | | MANALAPAN | NJ | 07726-4668 | 36 $ 1,382.86 |
| GEORGE | FALLICA | 1027 CARTERET RD | | BRIDGEWATER | NJ | 08807-1305 | 38 $ 1,459.68 |
| LESTHER | FIGUEROA | 142 BERGEN AVE | APT 1R | KEARNY | NJ | 07032-2067 | 5 $ 192.06 |
| VIRGILIO C. | GONZALEZ, II | 207 SUMMIT AVE | | DUMONT | NJ | 07628-1321 | 5 $ 192.06 |
| FLAVIUS | GRAYSON | 21 WATER ST | | PISCATAWAY | NJ | 08854-5922 | 2 $ 76.82 |
| DAVID BRYANT | HENRY | 6 HAMPSTEAD CT | | PRINCETON | NJ | 08540-7075 | 6 $ 230.48 |
| AVRAM MATTEO | IBRAHAM | 827 SUMMIT AVE | | JERSEY CITY | NJ | 7307 | 1 $ 38.42 |
| CLINTON | JOHNSON | 800 SHIRLEY PKWY | | PISCATAWAY | NJ | 08854-4552 | 9 $ 345.72 |
| LUIS LEO | JOHNSON | 409 S 8TH AVE | | HIGHLAND PARK | NJ | 08904-3007 | 10 $ 384.13 |
| ROBERT GEORGE | LESUER | 215 S 6TH AVE | | HIGHLAND PARK | NJ | 08904-2815 | 17 $ 653.01 |
| JIANBO | LI | PO BOX 833 | | MAHWAH | NJ | 07430-0833 | 21 $ 806.67 |
| ANTHONY | LUGO | 79 HIGHLAND ST | | PATERSON | NJ | 07524-1908 | 2 $ 76.82 |
| GREGORY GEORGE | MANGINI | 260 SI LANZA CT | | SADDLE BROOK | NJ | 7663 | 2 $ 76.82 |
| FELIX | MAURENT | PO BOX 4171 | | JERSEY CITY | NJ | 07304-0171 | 42 $ 1,613.34 |
| JASON | MCBRIDE | 24 S WESTFIELD RD | | HOWELL | NJ | 07731-2320 | 18 $ 691.43 |
| KEVIN WALTER | MCCOLL | 213 PRINCETON DR | | RIVER EDGE | NJ | 07661-1030 | 5 $ 192.06 |
| DIANA | MEGALLA | 837 MAIN ST | APT K | BELLEVILLE | NJ | 07109-3439 | 1 $ 38.42 |
| ALI MUHAMMED | MIAN | 314 HEMLOCK TER | | TEANECK | NJ | 07666-6415 | 4 $ 153.65 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DANIEL J. | MICHALLUK | 326 COOPER ST | | WOODBURY | NJ | 08096-2708 | 2 | $ 76.82 |
| KARIM A. | NAROUZ | 16-12 PLAZA RD | | FAIR LAWN | NJ | 07410-3630 | 41 | $ 1,574.92 |
| NICHOLAS | NELSON | 70 JULIET ST | APT 2 | NEW BRUNSWICK | NJ | 08901-3355 | 10 | $ 384.13 |
| NICHOLAS L | NELSON | 70 JULIET ST | # 2 | NEW BRUNSWICK | NJ | 08901-3355 | 24 | $ 921.91 |
| BENJAMIN CONRAD | OCHOA | 122 STATE ST | | TEANECK | NJ | 07666-5202 | 1 | $ 38.42 |
| VIRAL | OJHA | 515 LAUREL AVE | | LYNDHURST | NJ | 07071-2225 | 10 | $ 384.13 |
| DENIS | PASKA | 9-07 5TH ST | | FAIR LAWN | NJ | 07410-6101 | 3 | $ 115.24 |
| CHRISTOP | RICKMAN | 404 WHEATLEY AVE | | BEVERLY | NJ | 08010-1044 | 4 | $ 153.65 |
| SAVINO | SEMIRAGLIO | 114 PEACH RD | | MARLTON | NJ | 08053-7027 | 8 | $ 307.30 |
| CHRISTOPHER | THOMAS | 102 LINDEN ST | | FORDS | NJ | 08863-1711 | 2 | $ 76.82 |
| MARK JEFFERY | WILSON | 276 VARICK ST | | JERSEY CITY | NJ | 07302-4020 | 1 | $ 38.42 |
| TUNJI K | WILSON | 249 CAMDEN ST | | NEWARK | NJ | 07103-2471 | 13 | $ 499.37 |
| KENDALL K | WIMBERLEY | 32B BONNIE BROOK AVE | | EDISON | NJ | 08817-5507 | 15 | $ 576.19 |
| JOANNA M | WOLOSZYN | 30 W MUNSELL AVE | | LINDEN | NJ | 07036-4407 | 17 | $ 653.01 |
| YOUSSEF | ABDELGAWAD | 17 7TH AVE N | | HUNTINGTN STA | NY | 11746-2208 | 14 | $ 537.78 |
| AHMUD TA | ABDELMONEIM | 6 BURNHAM LN | | DIX HILLS | NY | 11746-5402 | 37 | $ 1,421.28 |
| ROBERT D. | ABNEY | 38 REMSEN AVE | | HEMPSTEAD | NY | 11550-2708 | 7 | $ 268.89 |
| EDGAR V | ABRAMYAN | 64 CATON DR | APT 67C | DE WITT | NY | 13214-1064 | 54 | $ 2,074.29 |
| JUVAN EDWARD | ABREU | 178 INDIAN HEAD RD | APT B | KINGS PARK | NY | 11754-4404 | 2 | $ 76.82 |
| AMY L. | ACEVEDO | 39 COUNTRY DR | | EAST STATEN I | NY | 10314 | 20 | $ 768.25 |
| EMMANUEL | ADAMES | 185 BEECH ST | | VALLEY STREAM | NY | 11580-4903 | 4 | $ 153.65 |
| ANGELO J | ADAMO | 2129 5TH ST | | EAST MEADOW | NY | 11554-1825 | 2 | $ 76.82 |
| JARRED LAMAR | ADAMS | 45 MONROE ST | | FARMINGDALE | NY | 11735-6827 | 16 | $ 614.61 |
| JASON CORY | ADAMS | 3747 LYME AVE | | BROOKLYN | NY | 11224-1321 | 19 | $ 729.85 |
| HOWARD | ADLER | 2772 MILL AVE | | BROOKLYN | NY | 11234-6422 | 23 | $ 883.49 |
| MARLA | ADLER | PO BOX 620742 | | LITTLE NECK | NY | 11362-0742 | 16 | $ 614.61 |
| JAMISON R. D. | ADSIT | 4 DAYBREAK LN | | SYRACUSE | NY | 13210-2844 | 3 | $ 115.24 |
| SAMEER GUL | AGA | 1103 TOWNEHOUSE DR | | CORAM | NY | 11727-2826 | 13 | $ 499.37 |
| ANDREW P | AGOSTINO | 27 BUEL AVE | | STATEN ISLAND | NY | 10304-2801 | 18 | $ 691.43 |
| JOSEPH | AGUIAR | 9 JAMES ST | | POUGHKEEPSIE | NY | 12603-1524 | 10 | $ 384.13 |
| JOSEPH | AGUIS | 16 SENTINEL PL | | MASSAPEQUA | NY | 11758-5446 | 10 | $ 384.13 |
| JOSEPH A | AGUIS | 1173 BROOKDALE AVE | | BAY SHORE | NY | 11706-1824 | 14 | $ 537.78 |
| JOSEPH ANTHONY | AGUIS | 610 6TH ST | | E NORTHPORT | NY | 11731-2326 | 42.86 | $ 1,646.26 |
| TERIK | AHMED | 231 STEUBEN ST | APT 6K | STATEN ISLAND | NY | 10304-3353 | 6 | $ 230.48 |
| JASON | AHRENS | 256 FIR GROVE RD | | RONKONKOMA | NY | 11779-4816 | 9 | $ 345.72 |
| EDGAR | ALCANTARA | 360 HANCOCK ST | | BRENTWOOD | NY | 11717-2853 | 2 | $ 76.82 |
| ANTHONY D | ALEXANDER | 3687 W MAIN ST | | BATAVIA | NY | 14020-9414 | 6.57 | $ 252.43 |
| CHRISTOP | ALEXANDRE | 2 MAPLE WING DR | | CENTRAL ISLIP | NY | 11722-4688 | 13 | $ 499.37 |
| CHRISTOPHER | ALEXANDRE | 610 6TH ST | | E NORTHPORT | NY | 11731-2326 | 27.86 | $ 1,070.07 |
| STANLEY | ALEXANDRE | 2 MAPLE WING DR | | CENTRAL ISLIP | NY | 11722-4688 | 8 | $ 307.30 |
| ANTHONY | ALI | 47 RUMSON RD | | STATEN ISLAND | NY | 10314-5951 | 7 | $ 268.89 |
| CHRISTOPHER | ALLAIRE | 17 COLONIAL RD | | WEST BABYLON | NY | 11704-5612 | 15 | $ 576.19 |
| BYRONH DAVIS | ALLEN | 1324 FOREST AVE | APT 117 | STATEN ISLAND | NY | 10302-2044 | 3 | $ 115.24 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| EBONY | ALLEN GATHERS | 14549 222ND ST | | SPRNGFLD GDNS | NY | 11413-3449 | 3 | $ 115.24 |
| ELIZABETH MARIE | ALLISON | 433 W BROADWAY | APT 3A | LONG BEACH | NY | 11561-3170 | 2 | $ 76.82 |
| MANUEL | ALMONTE | 212 MAPLE AVE | | ROCKVILLE CTR | NY | 11570-4315 | 64 | $ 2,458.42 |
| TIFFANY | ALMONTE | 10 KATHERINE PATH | | MIDDLE ISLAND | NY | 11953-2082 | 1 | $ 38.42 |
| MARY LUZ | ALPIZAR | 483 LAKE AVE | APT A | SAINT JAMES | NY | 11780-2256 | 7 | $ 268.89 |
| KIMBERLY | ALVARADO | 115 BARRY ST | | STATEN ISLAND | NY | 10309-1601 | 17 | $ 653.01 |
| MATTHEW CHARLES | AMATALLI | 21 E MAPLE RD | | GREENLAWN | NY | 11740-1120 | 12 | $ 460.95 |
| EMMANUEL RAMON | ANDINO | 248 ARLINGTON AVE | | BROOKLYN | NY | 11208-1027 | 5 | $ 192.06 |
| THOMAS L | ANDRES | 2341 205TH ST | | BAYSIDE | NY | 11360-1345 | 19 | $ 729.85 |
| RASHARD M | ANDREWS | 161-30 JEWEL AVE | | FLUSHING | NY | 11365 | 19 | $ 729.85 |
| VINCENT | ANNUNZIATA | 10 MUNCY AVE | APT 1105 | WEST BABYLON | NY | 11704-7554 | 5 | $ 192.06 |
| TAMOOR | ANSAR BASHIR | 62 CARL ST | | VALLEY STREAM | NY | 11580-4035 | 4 | $ 153.65 |
| ASHLEY NICOLE | ARDILIO | 12 BRIGHTWATER PL | | MASSAPEQUA | NY | 11758-8202 | 1 | $ 38.42 |
| ROBERTO | ARDUINI | 24 REMSEN ST | | ELMONT | NY | 11003-1131 | 10 | $ 384.13 |
| NIVIN | ARIKUPURATHU | 74 LOWELL AVE | | NEW HYDE PARK | NY | 11040 | 10 | $ 384.13 |
| CHIMEKA A | ARRINDELL | 12 WILLIAM ST | | BAY SHORE | NY | 11706-4218 | 9 | $ 345.72 |
| CORY C | ATKINS | 26 ACACIA AVE | | HEMPSTEAD | NY | 11550-7019 | 1 | $ 38.42 |
| STEPHANIE LYNN | ATKINS | 119 PRIMROSE AVE | | MASSAPEQUA PK | NY | 11762-3646 | 12 | $ 460.95 |
| ZACHARY WILLIAM | AVANZATO | 2797 WILSON AVE | | BELLMORE | NY | 11710-3405 | 5 | $ 192.06 |
| EMANUEL | BAENA | 68 RADCLIFFE RD | | ISLAND PARK | NY | 11558-2154 | 2 | $ 76.82 |
| ANTHONY | BAEZ | 2922 TULIP AVE | | BALDWIN | NY | 11510-4448 | 2 | $ 76.82 |
| RICHARD | BAEZ | 2922 TULIP AVE | | BALDWIN | NY | 11510-4448 | 14 | $ 537.78 |
| MICHAEL | BAJOR | 4 CHESTER PL | | STATEN ISLAND | NY | 10304-2182 | 2 | $ 76.82 |
| MICHAEL PATRICK | BANGEL | 6354 MILESTRIP RD | | ORCHARD PARK | NY | 14127-1527 | 18 | $ 691.43 |
| AARON JAMEL | BANKS UTER | 7 LOWNDES AVE | | HUNTINGTN STA | NY | 11746-1264 | 2 | $ 76.82 |
| CHRISTOPHER A | BAPTIST | 114 JERICHO TPKE | | MINEOLA | NY | 11501-1848 | 16 | $ 614.61 |
| JENNIFER | BARCLAY-MENDEZ | 766 BRIGHTON AVE | | STATEN ISLAND | NY | 10301-2707 | 39 | $ 1,498.10 |
| KEVIN | BARKER | 700 VICTORY BLVD | APT 16E | STATEN ISLAND | NY | 10301-3510 | 4 | $ 153.65 |
| ERIC H. | BARRIOS | 9124 181ST ST | | HOLLIS | NY | 11423-2312 | 13 | $ 499.37 |
| BOB | BARTH | 65 SQUIRE LN | | CLIFTON PARK | NY | 12065-8610 | 7 | $ 268.89 |
| TAMOOR A | BASHIR | 62 CARL ST | | VALLEY STREAM | NY | 11580-4035 | 37.86 | $ 1,454.20 |
| LEON FRANK | BASSEN | 553 WAGSTAFF DR | | EAST MEADOW | NY | 11554-5420 | 22 | $ 845.09 |
| THIERRY S | BASTIEN | 1776 HAMLET ST | | ELMONT | NY | 11203 | 16 | $ 614.61 |
| ARAMIS ANDRE | BATISTA | 139 BRABANT ST | APT 2F | STATEN ISLAND | NY | 10303-1932 | 1 | $ 38.42 |
| MICHAEL A. | BATTAGLIA | 338A S BAYVIEW AVE | | FREEPORT | NY | 11520-5340 | 6 | $ 230.48 |
| STEPHEN | BAUSENWEIN | 21 ESTATES DR | | PORT JEFF STA | NY | 11776-3113 | 4 | $ 153.65 |
| EMERY LE | BAXTER | 740 COMMONWEALTH AVE | FL 1 | BRONX | NY | 10473-3404 | 28 | $ 1,075.56 |
| BRIAN JOSEPH | BEARDION | 8807 WEDGEFIELD LN | | CICERO | NY | 13039-9775 | 1 | $ 38.42 |
| MARK LOU | BECKER | 8788 KNOLLWOOD RD | | FAYETTEVILLE | NY | 13066 | 35.86 | $ 1,377.37 |
| BRENTON DAVID | BEIL | 409 BERKEY DR | | CHITTENANGO | NY | 13037-1206 | 3 | $ 115.24 |
| TREVER G | BEIL | 7551 MYERS RD | | EAST SYRACUSE | NY | 13057-9431 | 47.86 | $ 1,838.33 |
| VICTOR THEODORE | BELCORE | 4663 188TH ST | | FLUSHING | NY | 11358-3817 | 10 | $ 384.13 |
| DAVID LEE | BELL | 117-48 NASHVILLE BLVD | | CAMBRIA HEIGH | NY | 11411 | 24 | $ 921.91 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TALON B | BELLANY | 10418 209TH ST | | QUEENS VLG | NY | 11429-1416 | 19 | $ 729.85 |
| RONALD | BELLUZZI | 3209 AMPERE AVE | | BRONX | NY | 10465-1003 | 1 | $ 38.42 |
| SCOTT CHRISTOPHER | BENJES | 9 MAPLE AVE | | KINGS PARK | NY | 11754-2528 | 4 | $ 153.65 |
| SEAN | BENJES | 9 MAPLE AVE | | KINGS PARK | NY | 11754-2528 | 17 | $ 653.01 |
| AHRMAND EMMANNUELLE | BENNETT | 32 NICHOLAS DR | | ALBANY | NY | 12205-2529 | 2 | $ 76.82 |
| JARROD MICHAEL | BERGER | 12 THIDE CT | | SMITHTOWN | NY | 11787-1536 | 18 | $ 691.43 |
| GEORGE J | BERMUDEZ | 1308 SCIMITAR AVE | | ELMONT | NY | 11003-3313 | 3 | $ 115.24 |
| ALEX EDWARD | BERRY | 661 E 58TH ST | | BROOKLYN | NY | 11234-1004 | 4 | $ 153.65 |
| VITALIY | BEZHENAR | 10 REGATTA ROW | | SYRACUSE | NY | 13209-1324 | 11 | $ 422.54 |
| CATHERIN | BILELLO | 536 LUCILLE AVE | | ELMONT | NY | 11003-3362 | 38 | $ 1,459.68 |
| JEROME | BIVENS | 21 WATKINS TER | | AMITYVILLE | NY | 11701-1203 | 27 | $ 1,037.15 |
| KYLE | BLACK | 60 TOWNHOUSE RD N | | HUNTINGTN STA | NY | 11746-1237 | 47.86 | $ 1,838.33 |
| JOSEPH E | BOGUE | 3 BUXTON AVE | | BATAVIA | NY | 14020-1401 | 1 | $ 38.42 |
| ARCHIE | BONHOMME | 27 OSBORNE RD | | W HEMPSTEAD | NY | 11552-1301 | 5 | $ 192.06 |
| JENNIFER MARIE | BONHOMME | 27 OSBORNE RD | | W HEMPSTEAD | NY | 11552-1301 | 16 | $ 614.61 |
| LUIS | BONILLA | 16 SENTINEL PL | | MASSAPEQUA | NY | 11758-5446 | 31.43 | $ 1,207.26 |
| OMAR | BONILLA | 41 E 10TH ST | | HUNTINGTN STA | NY | 11746-1715 | 46.86 | $ 1,799.92 |
| SHATIEKA | BOONE | 30 ALBERT CT | | STATEN ISLAND | NY | 10303-1707 | 28 | $ 1,075.56 |
| DAVID | BORDEN | 6 FOXFORD RD | | TROY | NY | 12180-6122 | 5 | $ 192.06 |
| EDWARD | BOUCHER | 103 HUBBS RD | | BALLSTON LAKE | NY | 12019-2212 | 51 | $ 1,959.05 |
| KEVIN J | BRADLEY | 11948 193RD ST | | SAINT ALBANS | NY | 11412-3629 | 14 | $ 537.78 |
| ANDREW | BRADSHAW | 229 BRUCE ST | | SYRACUSE | NY | 13224-1010 | 7 | $ 268.89 |
| KHALID ABDULLAH | BRADSHAW | 55 NASSAU PL | APT D | HEMPSTEAD | NY | 11550-4458 | 44 | $ 1,690.16 |
| JIMMY | BRAUN | 85 WYOMING AVE | | LONG BEACH | NY | 11561-1435 | 13 | $ 499.37 |
| JIMMY A | BRAUN | 85 WYOMING AVE | | LONG BEACH | NY | 11561-1435 | 35 | $ 1,344.45 |
| CULLEN MICHAEL | BREEN | 17 WOODSTREAM DR | | DELMAR | NY | 12054-4111 | 18 | $ 691.43 |
| DEVIN JAMES | BREEN | 17 WOODMONT DR | | DELMAR | NY | 12054-3809 | 25 | $ 960.32 |
| DEVIN JAMES | BREEN | 547 HAMILTON ST | APT A | ALBANY | NY | 12203-1304 | 25 | $ 960.32 |
| THADDEUS | BREWER | 1331 PEMBROKE ST | | UNIONDALE | NY | 11553-1327 | 42 | $ 1,613.34 |
| WILLIAM RICHARD | BRIDGES | 42 BUNKERHILL DR | | HUNTINGTON | NY | 11743-5704 | 26 | $ 998.73 |
| MATTHEW J | BRODZIAK | 1631 SYCAMORE AVE | | MERRICK | NY | 11566-2213 | 1 | $ 38.42 |
| BRENT | BROOKMILLER | 4425 PECONIC BAY BLVD | | LAUREL | NY | 11948-1836 | 6 | $ 230.48 |
| ALLEN | BROWN | 3304 JUNCTION BLVD | | JACKSON HTS | NY | 11372-2038 | 10 | $ 384.13 |
| ALLEN PETER | BROWN | 3304 JUNCTION BLVD | | JACKSON HTS | NY | 11372-2038 | 10 | $ 384.13 |
| ANGELIQUE J | BROWN | 129 W 116TH ST | APT 10 | NEW YORK | NY | 10026-2561 | 1 | $ 38.42 |
| BRIAN ALAN | BROWN | PO BOX 316 | | EAST ISLIP | NY | 11730-0316 | 4 | $ 153.65 |
| DELROY | BROWN | 14716 GLASSBORO AVE | | JAMAICA | NY | 11435-5724 | 71 | $ 2,727.31 |
| ISAAC KEAN | BROWN | 1331 PEMBROKE ST | | UNIONDALE | NY | 11553-1327 | 10 | $ 384.13 |
| JASON | BROWN | 443 1ST ST | | TROY | NY | 12180-5531 | 7 | $ 268.89 |
| MARK | BROWN | 707 CRANS ST | | ELMONT | NY | 11003-4118 | 1 | $ 38.42 |
| KENNETH WAYNE | BRYANT | 6080 JERECO TRUNPIKE | | COMACK | NY | 11725 | 7 | $ 268.89 |
| NATHAN EDWARD | BUBB | 6699 POTTERY RD | | WARNERS | NY | 13164-9737 | 1 | $ 38.42 |
| DAVID | BUCHANAN | 47 MASON ST | | HEMPSTEAD | NY | 11550-6107 | 1 | $ 38.42 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PETER E | BUENO | 21852 HEMPSTEAD AVE | | QUEENS VLG | NY | 11429-1235 | 31 | $ 1,190.80 |
| ELMER | BURDIER | 8150 102ND AVE | | OZONE PARK | NY | 11416-2025 | 3 | $ 115.24 |
| KEITH G. | BURGESS | 51 RONALD DR N | | AMITYVILLE | NY | 11701-2332 | 2 | $ 76.82 |
| JUAN F. | BURITICA | 30 LOCUST HILL | | YONKERS | NY | 10701-3063 | 5 | $ 192.06 |
| JESSE J | BUTCHINO | 1802 W GENNISE ST | # 14 | SYRACUSE | NY | 13204 | 26.86 | $ 1,031.66 |
| JOSEPH A | BUXENBAUM | 422 42ND ST | | COPIAGUE | NY | 11726-1114 | 15 | $ 576.19 |
| CHRISTOPHER SCOTT | CADDELL | 135 WILLARD AVE | | STATEN ISLAND | NY | 10314-2250 | 2 | $ 76.82 |
| THOMAS | CAHILL | 12 LINDEN LN | | FARMINGVILLE | NY | 11738-1135 | 2 | $ 76.82 |
| ANDRES F | CAICEDO | 324 POST AVE | APT 12G | WESTBURY | NY | 11590-2250 | 8 | $ 307.30 |
| SCOTT | CAIN | 150 MANNETTO HILL RD | | HUNTINGTON | NY | 11743-6606 | 3 | $ 115.24 |
| ADELFRI B | CALDERON | 27 SYCAMORE ST | | CENTRAL ISLIP | NY | 11722-4327 | 1 | $ 38.42 |
| RAFAEL | CALDERON | 67 ROBERTSON AVE | APT 3A | WHITE PLAINS | NY | 10606-1346 | 8 | $ 307.30 |
| TERESA | CALDWELL | 30 ASH ST | | CENTRAL ISLIP | NY | 11722-3827 | 33 | $ 1,267.62 |
| JESSE CHRISTOPHER | CAMACHO | 72 COLON AVE | | STATEN ISLAND | NY | 10308-2222 | 7 | $ 268.89 |
| ANGEL | CAMPANA | 3710 78TH ST | # 2E | JACKSON HTS | NY | 11372 | 54 | $ 2,074.29 |
| ANTHONY | CAMPANA JR | 12 MTN LAUREL DR | | CLIFTON PARK | NY | 12065-2202 | 21.86 | $ 839.59 |
| HARRY W | CAMPBELL | 212 WOODLAWN AVE | | AUBURN | NY | 13021-3749 | 1 | $ 38.42 |
| MIKE J | CAMPBELL | 119 SEBRING DR | | DEPEW | NY | 14043-4730 | 4 | $ 153.65 |
| CALVIN H. | CANALES | 535 SECATOGUE AVE | | FARMINGDALE | NY | 11735-4335 | 1 | $ 38.42 |
| EDWIN G | CANO | 150 DAWN DR | | CENTEREACH | NY | 11720-2230 | 27 | $ 1,037.15 |
| PETER ANTHONY | CANO | 20 SHILOH ST | | STATEN ISLAND | NY | 10314-4861 | 3 | $ 115.24 |
| FREDDY | CANTILLO | 152 SIMONSON AVE | | STATEN ISLAND | NY | 10303-2509 | 32 | $ 1,229.21 |
| ISRAEL | CAPELLAN | 131 W KINGSBRIDGE RD | | BRONX | NY | 10468-3918 | 5 | $ 192.06 |
| VALBONA | CAPRI | 132 BENNETT PL | | STATEN ISLAND | NY | 10312-6365 | 6 | $ 230.48 |
| RAYMOND | CARDENAS | 175 CARLYLE GRN | | STATEN ISLAND | NY | 10312-1719 | 14.86 | $ 570.70 |
| CHRISTOPHER T. | CAREY | 16 PROSPECT AVE | | ARDSLEY | NY | 10502-2309 | 11 | $ 422.54 |
| PERCY JESUS | CARHUACHIN | 9 ROOSEVELT ST | | WHITE PLAINS | NY | 10606-2612 | 10 | $ 384.13 |
| MALEAH YVONNE | CARNES | 50 W 139TH ST | APT 4J | NEW YORK | NY | 10037-1536 | 1 | $ 38.42 |
| CRAIG | CARR | 178 WALLACE ST | | FREEPORT | NY | 11520-2114 | 10 | $ 384.13 |
| MICHAEL PATRICK | CARR III | PO BOX 254 | | HAMBURG | NY | 14075-0254 | 3 | $ 115.24 |
| LUIS | CARRASQUILLO | 359 GREENBELT PKWY | | HOLTSVILLE | NY | 11742-2227 | 1 | $ 38.42 |
| GEORGE A. (EMP.) | CARRION | 11 PARK AVE | | GLEN COVE | NY | 11542-1969 | 9 | $ 345.72 |
| MARK S | CARTER | 728 E 101ST ST | | BROOKLYN | NY | 11236 | 1 | $ 38.42 |
| OMAS H | CARTER | 24 GEORGIA ST | | VALLEY STREAM | NY | 11580-2225 | 1 | $ 38.42 |
| TYRONE M | CARTER | 832 SOUTH ST | APT D | PEEKSKILL | NY | 10566-7415 | 1 | $ 38.42 |
| JOHN | CARUSILLO | 119 GREAT KILLS RD | | STATEN ISLAND | NY | 10308-2936 | 37 | $ 1,421.28 |
| MELODY | CASANOVA | 79 SAINT MARYS AVE | | STATEN ISLAND | NY | 10305-1897 | 3 | $ 115.24 |
| BRAD THOMAS | CASEY | 15 IVALOO AVE | | ALBANY | NY | 12203-5718 | 2 | $ 76.82 |
| STEVEN C. | CASSANO | 166 LAMOKA AVE | | STATEN ISLAND | NY | 10308-2234 | 13 | $ 499.37 |
| NICHOLAS | CASTALDI | 1197 HILLSIDE AVE | | NISKAYUNA | NY | 12309-3539 | 5 | $ 192.06 |
| KRISTINA VERONICA | CATALAN | 309 E MOSHOLU PKWY N | | BRONX | NY | 10467-4840 | 16 | $ 614.61 |
| CHARLES ANTHONY | CATALOSI | 8 DEMPLOIS AVNEUE | | STATEN ISLAND | NY | 10308 | 3 | $ 115.24 |
| ALBERTO A | CAVALIERO | 796 KNICHENBOUCHER AVE | | BROOKLYN | NY | 11207 | 5 | $ 192.06 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CESAR | CERQUERA | 22 HALLIDAY RD | | CORAM | NY | 11727-3026 | 21 | $ 806.67 |
| DUVAN | CHANDLER | 121 WILSON ST | | BROOKLYN | NY | 11211-6974 | 39 | $ 1,498.10 |
| EMMANUEL | CHARLES II | 189 N 23RD ST | | WHEATLEY HTS | NY | 11798-1704 | 39 | $ 1,498.10 |
| VALERIE G | CHAVEZ | 137 PLUNKETT ST | | BRENTWOOD | NY | 11717-7005 | 6 | $ 230.48 |
| STEVEN S. | CHEN | 23 BOGOTA RD | | MASTIC BEACH | NY | 11951-5201 | 6 | $ 230.48 |
| YAHAIRA ELIZABETH | CHEZ | 707 DAVIS AVE | | STATEN ISLAND | NY | 10310-3107 | 2 | $ 76.82 |
| YVES C | CHOUTE | 12020 109TH AVE | | S OZONE PARK | NY | 11420-1331 | 14 | $ 537.78 |
| CHRISTOPHER GARY | CHRISTIAN | 116 W MERRICK RD | APT 20 | FREEPORT | NY | 11520-3732 | 3 | $ 115.24 |
| THOMAS | CHRISTO | 6875 LAKESHORE RD | | CICERO | NY | 13039-9738 | 2 | $ 76.82 |
| ALEXIS S. | CHRYSANTHOPOULOS | 18 E GARFIELD ST | | MERRICK | NY | 11566-2715 | 8 | $ 307.30 |
| PAUL M. | CIVITANO | 115 GOFF AVE | | STATEN ISLAND | NY | 10309-2802 | 2 | $ 76.82 |
| GINGER | CLARKE | 691 LAKEWAY DR | | WEST BABYLON | NY | 11704-2005 | 1 | $ 38.42 |
| AISHEA | CLYDE | PO BOX 982 | | ALBANY | NY | 12201-0982 | 1 | $ 38.42 |
| JASON S. | COHEN | 5 N PINE DR | | MASSAPEQUA | NY | 11758-2616 | 2 | $ 76.82 |
| FRANTZ | COLAS | 270 E 95TH ST | | BROOKLYN | NY | 11212-1954 | 1 | $ 38.42 |
| JUSTIN J | COLETTI | 47 GOODWIN AVE | | STATEN ISLAND | NY | 10314-2934 | 19 | $ 729.85 |
| JOHN R. | COLON | 100 BENCHLEY PL | | BRONX | NY | 10475-3302 | 2 | $ 76.82 |
| JONATHAN | COLON | 294 N BURGHER AVE | | STATEN ISLAND | NY | 10310-2020 | 5 | $ 192.06 |
| CODY JAM | CONCEPCION | 92 WARREN ST | | STATEN ISLAND | NY | 10304-2564 | 25 | $ 960.32 |
| CODY JAMES | CONCEPCION | 92 WARREN ST | | STATEN ISLAND | NY | 10304-2564 | 1 | $ 38.42 |
| RAYMOND | CONSIGLI | 77 FRANCIS CT | | ELMONT | NY | 11003-1910 | 3 | $ 115.24 |
| KEVIN J. | CONTE | 5815 58TH DR | | MASPETH | NY | 11378-3249 | 1 | $ 38.42 |
| KURTIS CODY | COOKE | 350 VANDERBILT AVE | | STATEN ISLAND | NY | 10304-3570 | 12 | $ 460.95 |
| OMAR F | COOMBS | 465 MORNINGSTAR RD | | STATEN ISLAND | NY | 10303-2836 | 50.86 | $ 1,953.57 |
| DAVID | COOPER | 37 ARLINGTON AVE | | WYANDANCH | NY | 11798-3422 | 19 | $ 729.85 |
| CAROL D. | COPELAND | 8050 BAXTER AVE | # 396 | ELMHURST | NY | 11373-1322 | 3.29 | $ 126.21 |
| OMAR T. | COPPIN | 1400 WASHINGTON AVE | | ALBANY | NY | 12222-0100 | 6 | $ 230.48 |
| ARLENE | CORCINO | 34 REGENT CIR | | STATEN ISLAND | NY | 10312-1726 | 1 | $ 38.42 |
| CHRISTOPHER | CORCORAN | 6 RUBY LN | | HUNTINGTN STA | NY | 11746-4519 | 54.86 | $ 2,107.22 |
| KEVIN JUSTIN | CORDERO | 80 MULLER AVE | | STATEN ISLAND | NY | 10314-2078 | 18 | $ 691.43 |
| RAUL J | CORDERO JR | 405 BEDELL TER | | W HEMPSTEAD | NY | 11552-2504 | 15 | $ 576.19 |
| HERNAN | CORTEZ | 18 RIDGEVIEW AVE | | WHITE PLAINS | NY | 10606-2821 | 6 | $ 230.48 |
| ANDREW W | COSBY JR | 449 LILLIAN AVE | APT A3 | SYRACUSE | NY | 13206-2100 | 15.86 | $ 609.12 |
| DOREEN | COUSO | 304 PARKWOOD ST | | RONKONKOMA | NY | 11779-5967 | 23 | $ 883.49 |
| FRANK D. | CRISALLI | 120 WENDELL TER | | SYRACUSE | NY | 13203-1319 | 2 | $ 76.82 |
| IVAN | CRUZ | 35-11 VERNON BLVD | APT 3 | LONG ISLAND C | NY | 11106 | 4 | $ 153.65 |
| IVAN CARLOS | CRUZ | 35-11 VERNON BLVD | APT 3B | LONG ISLAND C | NY | 11106 | 14 | $ 537.78 |
| JEFFREY | CRUZ | 14 SPRUCE ST | | BRENTWOOD | NY | 11717-3816 | 47 | $ 1,805.40 |
| SHELBIN A | CRUZ | 138 W BARTLETT RD | | MIDDLE ISLAND | NY | 11953-1814 | 2 | $ 76.82 |
| TALIK QUANTE | CUMMINGS | 495 LINWOOD ST | | UNIONDALE | NY | 11553-2527 | 6 | $ 230.48 |
| GORDON HENRY | CUNNINGHAM | 35 SNOWDEN AVE | | OSSINING | NY | 10562-3220 | 4 | $ 153.65 |
| WESLEY | CUZDEY | 735 GROOMS RD | | REXFORD | NY | 12148-1405 | 5 | $ 192.06 |
| DAVID C. | D ALBERO | 56 OCEAN TER | | STATEN ISLAND | NY | 10314-5628 | 4 | $ 153.65 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| LINO | D ARDUINI | 381 YALE RD | | GARDEN CITY S | NY | 11530-5223 | 9 | $ | 345.72 |
| ALAIN | DAGOULEHI | 1314B CENTRAL AVE | | FAR ROCKAWAY | NY | 11691-3909 | 1 | $ | 38.42 |
| MICHELLE V | DAMACION | 7 FISHKILL GLN | UNIT F | FISHKILL | NY | 12524-2310 | 1 | $ | 38.42 |
| YVETTE DANIELLE | DANIELSON | 2039 SEAGIRT BLVD | | FAR ROCKAWAY | NY | 11691-2950 | 1 | $ | 38.42 |
| MICHAEL | DANNA | 1 CRANBROOK DR | | CENTERPORT | NY | 11721-1743 | 1 | $ | 38.42 |
| AUBREY R | DAPHNESS | 19530 JAMAICA AVE | | JAMAICA | NY | 11423-2606 | 8 | $ | 307.30 |
| JAMAINE | DAVID | 723 E 227ST WHITE PLAIN RD | | BRONX | NY | 10466 | 21 | $ | 806.67 |
| FRANK | DAVIES | 240 PARK HILL AVE | | STATEN ISLAND | NY | 10304-4653 | 7 | $ | 268.89 |
| HENNIS | DAVIS | PO BOX 136 | | BUFFALO | NY | 14209-0136 | 1 | $ | 38.42 |
| JOSEPH | DAVIS | 2274 UNIVERSITY AVE | APT 3 | BRONX | NY | 10468-6242 | 1 | $ | 38.42 |
| KEITH ANDREW | DAVIS | 24 WILLARD AVE | | FARMINGDALE | NY | 11735-5117 | 8 | $ | 307.30 |
| PATRICIA | DAVIS | 194 W MARSHALL ST | | HEMPSTEAD | NY | 11550-7207 | 11 | $ | 422.54 |
| DAVID J | DAY | 649 5TH PL S | | GARDEN CITY | NY | 11530-5501 | 1 | $ | 38.42 |
| MICHAEL R | DEEB | 2636 BELLMORE AVE | | BELLMORE | NY | 11710-4310 | 3 | $ | 115.24 |
| CHERIE | DEGLON | 42 RASBERRY LN | | CARMEL | NY | 10512-5305 | 14 | $ | 537.78 |
| JOHN | DEIBEL | 6768 SCHERFF RD | | ORCHARD PARK | NY | 14127-3732 | 68.86 | $ | 2,645.00 |
| DEREK ANDREW | DELONEY | 52 RONALD DR N | | AMITYVILLE | NY | 11701-2333 | 11 | $ | 422.54 |
| JOSEPH S | DEMATO | 3218 203RD ST | | BAYSIDE | NY | 11361-1020 | 4 | $ | 153.65 |
| JOHN | DEMELFI (DECOSTA) | PO BOX 235 | | ISLIP TERRACE | NY | 11752-0235 | 27 | $ | 1,037.15 |
| ANTHONY | DENDANTO | PO BOX 2005 | | LIVERPOOL | NY | 13089-2005 | 17 | $ | 653.01 |
| LAURENT | DENEAU | 1458 E 86TH ST | | BROOKLYN | NY | 11236-5134 | 4 | $ | 153.65 |
| STEPHEN | DEPRIMA | 33 NEWBURGH ST | APT 2 | ELMONT | NY | 11003-4924 | 48 | $ | 1,843.82 |
| ALEXANDER | DEVLIOTIS | 42-27 21ST | | BAYSIDE | NY | 11361 | 5 | $ | 192.06 |
| STEVEN ANTHONY | DEWITT | 610 6TH ST | | E NORTHPORT | NY | 11731-2326 | 4 | $ | 153.65 |
| CASEY J. | DEXTER | 527 WASHINGTON AVE | | ALBANY | NY | 12206-2301 | 1 | $ | 38.42 |
| ABBASALI A | DHIRANI | 309 EVANS AVE | | ELMONT | NY | 11003-3300 | 14 | $ | 537.78 |
| ELYSAUL | DIAZ | 22 PEARSALL AVE | APT 12B | FREEPORT | NY | 11520-2659 | 3 | $ | 115.24 |
| JESUS AN | DIAZ | 9 PHEASANT VALLEY DR | | CORAM | NY | 11727-2321 | 37.86 | $ | 1,454.20 |
| JOSEPH HILTON | DIAZ | 278 VAN PELT AVE | | STATEN ISLAND | NY | 10303-2411 | 3 | $ | 115.24 |
| LUIS | DIAZ | 27 NORTHRIDGE DR | | CORAM | NY | 11727-2612 | 22 | $ | 845.09 |
| PAUL A. | DIEVENDORF, III | 589 PALMER DR | | SYRACUSE | NY | 13212-2231 | 12 | $ | 460.95 |
| ANGELO | DIGRIGOLI | 833 JAY DR | | WANTAGH | NY | 11793-1019 | 14 | $ | 537.78 |
| CHUKWUOI | DIM | 1205 VILLAGE AVE | | NORTH BALDWIN | NY | 11510-1122 | 2 | $ | 76.82 |
| EMANUEL | DONE | 371 E 159TH ST | APT 3 | BRONX | NY | 10451-4401 | 1 | $ | 38.42 |
| MICHAEL | DOWD | 6454 WEMBRIDGE DR | | EAST SYRACUSE | NY | 13057-1447 | 3 | $ | 115.24 |
| WILLIE J. | DOWNS | 22R SCENIC DR | APT R | CROTON HDSN | NY | 10520-1803 | 11 | $ | 422.54 |
| ROBERT DANIEL | DRAKE | 9608 FLEET RD | | HAMMONDSPORT | NY | 14840-9760 | 18 | $ | 691.43 |
| JAHSON K. | DRYSDALE-ASH | 272 HEBERTON AVE | | STATEN ISLAND | NY | 10302-1808 | 1 | $ | 38.42 |
| RENATO J | DUCCILLI | 291 FAIRFIELD AVE | | CARLE PLACE | NY | 11514-1129 | 1 | $ | 38.42 |
| LANCE | DUGGAN | 151 PLYMOUTH BLVD | | SMITHTOWN | NY | 11787-2520 | 33 | $ | 1,267.62 |
| CHRISTOPHER S | DULCIO | 25962 148TH RD | | ROSEDALE | NY | 11422-2904 | 3 | $ | 115.24 |
| CYNTHIA | DURAND | 20 HOPES AVE | | HOLTSVILLE | NY | 11742-1534 | 5 | $ | 192.06 |
| DANIEL C | DWI INC | 247 N HAWTHORNE ST | | MASSAPEQUA | NY | 11758-3104 | 9 | $ | 345.72 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ERIC | EARL | 838 OAKFIELD AVE | | WANTAGH | NY | 11793-1030 | 7 $ 268.89 |
| BRYAN | ECK | 30 ABBEY DR | | COMMACK | NY | 11725-5329 | 24 $ 921.91 |
| WALTER T | EDWARDS II | 762 VANDERBILT PKWY | | DIX HILLS | NY | 11746-5528 | 14 $ 537.78 |
| TIMOTHY JOSEPH | EHRGOTT | CLAYTON ST | | CENTRAL ISLIP | NY | 11722 | 10 $ 384.13 |
| MARILYNN | ELIE | 16 TERRY CT | | NORTH BABYLON | NY | 11703-1920 | 26 $ 998.73 |
| GENNARO | ELVEZIO | 87 BALTIMORE AVE | | MASSAPEQUA | NY | 11758-4123 | 6 $ 230.48 |
| GILDA | ELVEZIO | 5 AVENUE C | | MERRICK | NY | 11566-4721 | 19 $ 729.85 |
| TAMAR | ENGLE | 40 W COLUMBIA ST | | HEMPSTEAD | NY | 11550-2420 | 3 $ 115.24 |
| SHAWN PATRICK | ENRIGHT | 5709 STEVENS DR | | CICERO | NY | 13039-9599 | 23 $ 883.49 |
| EKEZE P | ENUBUZOR | 11964 GUY R BREWER BLVD | | JAMAICA | NY | 11434-2146 | 10 $ 384.13 |
| ANIL | ERGEZER | 501 DEVON PL | | WEST ISLIP | NY | 11795-4717 | 3 $ 115.24 |
| JAVIER | ESCOBAR | 60 LATOURETTE LN | | STATEN ISLAND | NY | 10314-6363 | 21 $ 806.67 |
| LEONEL ALEXANDER | ESCOBAR | 21 SAMMIS PL | | HEMPSTEAD | NY | 11550-1514 | 1 $ 38.42 |
| JIMMY | ESPINAL | 1563 HECKSCHER AVE | | BAY SHORE | NY | 11706-2408 | 2 $ 76.82 |
| WENDIS | ESTEVEZ | 85 WESTSIDE AVE | | FREEPORT | NY | 11520-5421 | 21 $ 806.67 |
| JASON C. | ESTRELLA | 130 HOLCOMB AVE | | STATEN ISLAND | NY | 10312-2212 | 6 $ 230.48 |
| THEODORE | FABIS | 2 RIPPLE LN | | LEVITTOWN | NY | 11756-5735 | 68 $ 2,612.07 |
| ROBERT W. | FALCO JR. | 10 SHEARWATER WAY | | CENTEREACH | NY | 11720-4334 | 4 $ 153.65 |
| STEEVE | FAUSTIN | 7 CORNELL DR | | WHEATLEY HTS | NY | 11798-1222 | 5 $ 192.06 |
| MICHAEL | FEBRES | 357 GRAND BLVD | | BRENTWOOD | NY | 11717-7028 | 7 $ 268.89 |
| FRANCISCO N. | FELICIANO | 178 ESSEX ST | | WEST BABYLON | NY | 11704-2026 | 1 $ 38.42 |
| JOHN | FENNELL | 1373 N QUINTON AVE | | BAY SHORE | NY | 11706 | 36 $ 1,382.86 |
| KELLY ANN | FENNELL | 1373 N CLINTON AVE | | BAY SHORE | NY | 11706-4052 | 10 $ 384.13 |
| PHILLIP | FERRANTE | 82 MARLBOROUGH RD | | W HEMPSTEAD | NY | 11552-1714 | 5 $ 192.06 |
| JASON ANTHONY | FERRARO | 21 E MAPLE RD | | GREENLAWN | NY | 11740-1120 | 15 $ 576.19 |
| JON ROCCO | FERRARO | 3844 JERUSALEM AVE | | SEAFORD | NY | 11783-1609 | 2 $ 76.82 |
| VINCENT ATTILEO | FERRO | 73 MAYBERRY | | STATEN ISLAND | NY | 10312 | 3 $ 115.24 |
| DWAYNE CLIVE | FERRYMAN | 250 BROADWAY | | WEST BABYLON | NY | 11704-5606 | 7 $ 268.89 |
| OSCAR | FIERRO | 94 FULTON AVE | | NEW HYDE PARK | NY | 11040-5123 | 75 $ 2,880.96 |
| JOSEPH | FIORELLA | 32 EXCELSIOR AVE | | STATEN ISLAND | NY | 10309-3502 | 20.43 $ 784.72 |
| GARY M | FISCHER | 31 GILDNER RD | | CENTRAL SQ | NY | 13036-2100 | 5 $ 192.06 |
| JAMES A | FITZGERALD | 111 CHANNING PL | | SYRACUSE | NY | 13205-2860 | 16 $ 614.61 |
| EURBY | FITZHUGH | 1990 LEXINGTON AVE | | NEW YORK | NY | 10035-2902 | 2 $ 76.82 |
| EVERALD W | FLETCHER | 115 W ROOSEVELT AVE | | ROOSEVELT | NY | 11575-1314 | 7 $ 268.89 |
| PAIGE | FLORI | 6 CROSS RD | | BEACON | NY | 12508-1404 | 5 $ 192.06 |
| ANTHONY DELANO | FOE | 9 N 9TH AVE | | MOUNT VERNON | NY | 10550-1903 | 6 $ 230.48 |
| DONALD | FOERSCHNER | 700 SYCAMORE AVE | | BOHEMIA | NY | 11716-3513 | 23 $ 883.49 |
| GERALD DAVID | FORD | 6 OAK ST | | FREEPORT | NY | 11520-1826 | 5 $ 192.06 |
| JAMES | FORD | 5 SPRAT ST | | MEDFORD | NY | 11763-4424 | 19 $ 729.85 |
| SCOTT | FOSTER | 6 DAVIDSON DR | | MANORVILLE | NY | 11949-2423 | 9 $ 345.72 |
| MALIKA | FOURAZ | 3155 GRAND CONCOURSE | APT 6B | BRONX | NY | 10468-1238 | 5 $ 192.06 |
| KHARL | FRANCOIS | 13152 223RD ST | | LAURELTON | NY | 11413-1646 | 1 $ 38.42 |
| ROCHELLE | FRANK | 2765 BROOK AVE | | OCEANSIDE | NY | 11572-2034 | 4 $ 153.65 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SCOTT MACGREGOR | FRASER | 22 CLARKSON RD | | DELMAR | NY | 12054-3308 | 10 | $ 384.13 |
| KAREN AN | FRAUENTHAL | 174 HENRY ST | | WESTBURY | NY | 11590-3134 | 5.86 | $ 224.99 |
| KEVIN J | FRAZIER | 236 MARYLAND ST | # 2 | BUFFALO | NY | 14201-1926 | 3.57 | $ 137.19 |
| NICOLE MICHELLE | FREEMAN | 842 TROY ST | | ELMONT | NY | 11003-5004 | 1 | $ 38.42 |
| MICHAEL VENCENT | FRISCIA | 41 NEPTUNE ST | | STATEN ISLAND | NY | 10306-5741 | 15 | $ 576.19 |
| MICHAEL | FROST | 1628 N THOMPSON DR | | BAY SHORE | NY | 11706-1330 | 27 | $ 1,037.15 |
| CHRIS | FUENTES | 241 RINGGOLD ST | | PEEKSKILL | NY | 10566-3308 | 7 | $ 268.89 |
| MELISSA | FUSCO | 291 LEHRER AVE | | ELMONT | NY | 11003-3026 | 5.86 | $ 224.99 |
| REFAL | GABOWSKI | 33 CENTRAL AVE | | STATEN ISLAND | NY | 10301-2525 | 12 | $ 460.95 |
| NICOLE | GABRIELLINI | 17 ALDERFIELD LN | | MELVILLE | NY | 11747-1724 | 16 | $ 614.61 |
| DARWINJAVIER | GALLEGO | 15 WILLOW ST | | OSSINING | NY | 10562-3207 | 9 | $ 345.72 |
| MICHAEL | GALOYAN | 59 DEAN ST | | HICKSVILLE | NY | 11801-5801 | 5 | $ 192.06 |
| SAMUEL | GALSTIAN | 211 NOTTINGHAM RD | | SYRACUSE | NY | 13210-3158 | 5 | $ 192.06 |
| DAVID F | GALUSKI | 52 DEFREEST AVE | | TROY | NY | 12180-6008 | 15 | $ 576.19 |
| ANDREW | GAMBARDELLA | 311 PRESTON AVE | | STATEN ISLAND | NY | 10312-6103 | 1 | $ 38.42 |
| ALVARO | GARCIA | 42 ELLIS PL | | OSSINING | NY | 10562-5120 | 1 | $ 38.42 |
| DAVID | GARCIA | 4041 73RD ST | | WOODSIDE | NY | 11377-3050 | 4 | $ 153.65 |
| MICHAEL A | GARCIA | 34 W 4TH ST | | FREEPORT | NY | 11520-5734 | 2 | $ 76.82 |
| NEHEMIE | GARCON | 166 ARTHUR AVE | | FLORAL PARK | NY | 11001-3546 | 12 | $ 460.95 |
| JEFFREY | GARFIELD | PO BOX 2098 | | PRT WASHINGTN | NY | 11050-8098 | 7 | $ 268.89 |
| DONALD J. (EMP) | GATES | 13 1/2 WATER ST | | BALDWINSVILLE | NY | 13027-2357 | 4 | $ 153.65 |
| YVES | GAUTHIER | 68 SAINT PAULS PL | APT A6 | BROOKLYN | NY | 11226-1650 | 29 | $ 1,113.97 |
| DONALD | GEDDIE | 7230 BURCHELL AVE | # 2 | ARVERNE | NY | 11692-1114 | 19 | $ 729.85 |
| ANTHONY P. | GIANCATERINO | 7 HOMECOMING PL | | EAST SETAUKET | NY | 11733-1065 | 5 | $ 192.06 |
| CHRISTOPHER ANDREW | GIBBS | 506 MOSEL AVE | | STATEN ISLAND | NY | 10304-1621 | 1 | $ 38.42 |
| KEVIN DONNELL | GIBSON | 12 JEFFERSON ST | | FARMINGDALE | NY | 11735-6838 | 16 | $ 614.61 |
| FELIX A. | GIL | 62 WASHINGTON AVE | | BRENTWOOD | NY | 11717-3224 | 12 | $ 460.95 |
| DOMINICK | GIRESI | 8874 78TH AVE | | GLENDALE | NY | 11385-7828 | 78 | $ 2,996.20 |
| GOUTSON | GLAUDIN | 137 TARPON AVE | | MEDFORD | NY | 11763-4427 | 6 | $ 230.48 |
| KEVIN M | GLISPIE | 512 SIXTH AVE | | PELHAM | NY | 10803-1320 | 1 | $ 38.42 |
| LINDA A | GOFFREDO | 46 ROXBURY ST | APT 2B | STATEN ISLAND | NY | 10303-1979 | 15 | $ 576.19 |
| ROBERT JEFFREY | GOLDSTEIN | 2915 W 5TH ST | | BROOKLYN | NY | 11224-3907 | 33 | $ 1,267.62 |
| ROLY | GOMEZ | 14 N KENSICO AVE | | WHITE PLAINS | NY | 10603-3902 | 23 | $ 883.49 |
| YASMELYS A | GOMEZ | 1260 HOWARD ST | | ROCKVILLE CTR | NY | 11570-3406 | 1 | $ 38.42 |
| ANTHONY LUIS | GONZALEZ | PO BOX 4 | | BOICEVILLE | NY | 12412-0004 | 24 | $ 921.91 |
| RAYMOND | GONZALEZ | 23 HOLMAN BLVD | | HICKSVILLE | NY | 11801-2827 | 2 | $ 76.82 |
| BILLY N | GOUTER | 288 CROWN ST | APT NE | BROOKLYN | NY | 11225-3026 | 9 | $ 345.72 |
| NICKOLAS | GOUZOS | 18 GRANADA PKWY | | LINDENHURST | NY | 11757-6011 | 11 | $ 422.54 |
| KADEJDRA JESSICA | GRADNEY | 58 BRUCE LN | | BRENTWOOD | NY | 11717-7325 | 1 | $ 38.42 |
| JAMES | GRAHAM | 2015 MADISON AVE | | NEW YORK | NY | 10035-1015 | 5 | $ 192.06 |
| NIQUINN HAKIEM I | GRANT | 207 LIVINGSTON AVE | | ALBANY | NY | 12210-2532 | 2 | $ 76.82 |
| BYRON LEE | GREEN | 203 E MERRICK RD | APT 4 | FREEPORT | NY | 11520-4051 | 18 | $ 691.43 |
| MERCEDES | GREEN | 203 E MERRICK RD | APT 4 | FREEPORT | NY | 11520-4051 | 28 | $ 1,075.56 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PRIESTLY | GREEN | 166 W SEAMAN AVE | | FREEPORT | NY | 11520-1510 | 48.86 | $ 1,876.74 |
| QUIRSTEN | GREEN | 283 CYPRESS AVE | APT 4E | BRONX | NY | 10454-1512 | 3 | $ 115.24 |
| QUEO N NEIL | GREENIDGE | 238 W CENTENNIAL AVE | | ROOSEVELT | NY | 11575-1951 | 2 | $ 76.82 |
| JUSTIN SCOTT | GREGORY | 62-69 AUSTIN ST | | REGO PARK | NY | 11374 | 9 | $ 345.72 |
| JENNIFER | GRINBERG | 1039 STUART PL | | SEAFORD | NY | 11783-1434 | 18 | $ 691.43 |
| ANGELICA SUTTON | GRISTY | 10043 DOORSTONE DR | | LATHAM | NY | 12110-3768 | 6 | $ 230.48 |
| PABLO J | GUERE | 36 FLORENCE AVE | | WHITE PLAINS | NY | 10607-1406 | 19 | $ 729.85 |
| JASON | GUERRA | 44 HOPE LN | | STATEN ISLAND | NY | 10305-3861 | 3 | $ 115.24 |
| MICHAEL JOHN | GURRIERI | 16 INGOLD DR | | DIX HILLS | NY | 11746-7804 | 2 | $ 76.82 |
| GERALDIN | GUTIERREZ | 136 RHODE ISLAND AVE | | BAY SHORE | NY | 11706-3347 | 4.86 | $ 186.58 |
| RICHARD SCOTT | HABER | 9 WALLACE DR | | PLAINVIEW | NY | 11803-2915 | 4 | $ 153.65 |
| WENDY KATHLEEN | HAGGERTY | 26 SYCAMORE DR | | QUEENSBURY | NY | 12804-1242 | 1 | $ 38.42 |
| CAREY G. | HALL | 24 ROYAL CIR | | NEWBURGH | NY | 12550-2436 | 2 | $ 76.82 |
| CLIFTON MONROE | HALL | 32 DEMILLE AVE | | ELMONT | NY | 11003-4513 | 4 | $ 153.65 |
| SHAQUANNA | HALL | 216 E PENNYWOOD AVE | | ROOSEVELT | NY | 11575-1209 | 3 | $ 115.24 |
| PATRICK | HALLINAN | 1171 RIVER RD | | MEMPHIS | NY | 13112-9711 | 10.86 | $ 417.06 |
| SARAH EL | HALLOWELL | 255 WAYLAND RD | | SYRACUSE | NY | 13208-3315 | 7.14 | $ 274.38 |
| EDWIN | HALPIN | 50 MIDLAND BLVD | | LK RONKONKOMA | NY | 11779-1659 | 25 | $ 960.32 |
| WILLIE GERARD | HANTON | 33 PILGRIM RD | | BRENTWOOD | NY | 11717-1013 | 8 | $ 307.30 |
| RYAN PATRICK | HAPPANEY | 33 SABRE DR | | SELDEN | NY | 11784-3931 | 18 | $ 691.43 |
| BRETT T | HARLESTON | 34 COLONIAL AVE | | FREEPORT | NY | 11520-1204 | 14 | $ 537.78 |
| JAMES F. | HARRIS | 25 S GATE | | HICKSVILLE | NY | 11801-3350 | 3 | $ 115.24 |
| ANDRE | HARRISON | 26 GRAFFING PL | | FREEPORT | NY | 11520-2824 | 11 | $ 422.54 |
| LATISHA | HARRISON | 914 AVENUERY AVE | APT 1 | SYRACUSE | NY | 13204 | 5 | $ 192.06 |
| TY RELL | HARROD | 379 CROSS ST | | WESTBURY | NY | 11590-2304 | 2 | $ 76.82 |
| LAQWAN | HARTRIDGE | 5480 BROADWAY | | BRONX | NY | 10463-7612 | 21 | $ 806.67 |
| KEITH ANTHONY | HARVEY | 121 FOREST AVE | | GLEN COVE | NY | 11542 | 1 | $ 38.42 |
| SHERIDAN E | HARVEY | 7 WHITE PLAINS AVE | | ELMSFORD | NY | 10523-2726 | 1.43 | $ 54.87 |
| DONOVAN N | HASSELL | 60 FERNDALE AVE | | SELDEN | NY | 11784-2914 | 20 | $ 768.25 |
| JOSEPH | HAWES | 60 HAMILTON AVE | APT 3L | STATEN ISLAND | NY | 10301-1851 | 10 | $ 384.13 |
| MICHAEL C | HAYES | 101 ROOSEVELT AVE | | SOUTH LIVERPO | NY | 13088 | 1 | $ 38.42 |
| GARTEN | HEADMAN | 14740 110TH RD | | JAMAICA | NY | 11435-5702 | 3 | $ 115.24 |
| ORLANDO A | HELENA LOPEZ | 108 RADCLIFF DR | | BRENTWOOD | NY | 11717-7027 | 27.86 | $ 1,070.07 |
| MARCUS LEE | HENDERSON | 19 GREY PL | | NORTH BABYLON | NY | 11703 | 1 | $ 38.42 |
| MARILYN | HENDERSON | 67 HANSON PL | APT 8E | BROOKLYN | NY | 11217-1538 | 3 | $ 115.24 |
| RYAN ERIC | HENRIKSEN | 1888 COUNTY ROUTE 48 | | LACONA | NY | 13083-3141 | 5 | $ 192.06 |
| CHRISTOPHER ONEAL | HENRY | 50 SUNNYSIDE AVE | | HEMPSTEAD | NY | 11550-6425 | 2 | $ 76.82 |
| RICHARD | HERBST | 5 PRINCE CHARMING RD | | NESCONSET | NY | 11767-2223 | 26.29 | $ 1,009.70 |
| DAVID E. | HERNANDEZ | 7 HAMPTON RD | | SHIRLEY | NY | 11967-4103 | 3 | $ 115.24 |
| SEBASTIAN | HERNANDEZ-SCHMITT | 3 ANN DR N | | FREEPORT | NY | 11520-5704 | 15 | $ 576.19 |
| ERIC | HEWITT | 530 LAKEVILLE RD | # 2 | NEW HYDE PARK | NY | 11040-3006 | 2 | $ 76.82 |
| RYAN D | HEWITT | 5056 STATE ROUTE 5 | | VERNON | NY | 13476-3620 | 7 | $ 268.89 |
| LARSON ANTHONY | HIBBERT | 10917 205TH PL | | SAINT ALBANS | NY | 11412-1415 | 2 | $ 76.82 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DANIEL A. | HILL | PO BOX 12 | | KIRKVILLE | NY | 13082-0012 | 2 | $ 76.82 |
| PATRICIA | HILL | 1920 AMSTERDAM AVE | APT 12M | NEW YORK | NY | 10032-5024 | 15 | $ 576.19 |
| DAVID MARION | HIMMELHEBER | 107 CARAMEL RD | | COMMACK | NY | 11725-1008 | 39 | $ 1,498.10 |
| RONALD RUDOLPH | HINDS | 189 BEECHWOOD AVE | | MOUNT VERNON | NY | 10553-1301 | 2 | $ 76.82 |
| MARIE L | HINES | 444 N TERRACE AVE | # 2 | MOUNT VERNON | NY | 10552-3111 | 7 | $ 268.89 |
| BRIAN J | HIRSCH | 3 WOODMERE AVE | | GLENWOOD LNDG | NY | 11547-3029 | 21 | $ 806.67 |
| CLAYTON J. | HOGAN | 320 MILLER AVE | | FREEPORT | NY | 11520-5517 | 3 | $ 115.24 |
| JAHKEEN IMAAL | HOKE | 7 LEONARD ST | | ALBANY | NY | 12202-1117 | 1 | $ 38.42 |
| CHRISTINE MAIRE | HOLLAND | 110 WASHINGTON AVE | | NEW ROCHELLE | NY | 10801-6216 | 9 | $ 345.72 |
| DIANA S. | HOWARD | 310 VANN ST | APT 1 | SYRACUSE | NY | 13206-3558 | 1 | $ 38.42 |
| JOESPH M | HOWE | 337 73RD ST | | BROOKLYN | NY | 11209-2503 | 7.14 | $ 274.38 |
| AMY JO | HOWES | 2680 WOODS AVE | | EAST MEADOW | NY | 11554-4235 | 13 | $ 499.37 |
| VICTOR ELLIOT | HUDSON | 66 N BROADWAY | | YONKERS | NY | 10701-7009 | 1 | $ 38.42 |
| CHRISTIAN EDWARD | HUEZO | 288 GRAND AVE | | FREEPORT | NY | 11520-2510 | 4 | $ 153.65 |
| CAMILLE ANTONIETTE | HUNTER | 50 WILMONT TURN | | CORAM | NY | 11727-1039 | 3 | $ 115.24 |
| GABRIEL MICHAEL SHANE | HUNTER | 15 CEDAR LN | | MEDFORD | NY | 11763-1101 | 5 | $ 192.06 |
| TYWAIN | HUNTER | 35 E 4TH ST | | HUNTINGTN STA | NY | 11746-1442 | 6 | $ 230.48 |
| OMAR K | HURLOCK | 23 GLEN RD | | WESTBURY | NY | 11590-1642 | 5 | $ 192.06 |
| VAUGHN | HUTCHINSON | 856 ROBSON PL | | HEMPSTEAD | NY | 11550 | 7 | $ 268.89 |
| FRANCIS P. | IAVARONE | 95 SWAN LAKE DR | | PATCHOGUE | NY | 11772-2962 | 7 | $ 268.89 |
| JOHN Y | IBRAHIM | 195 STREETEUBEN ST | APT 6 | STATEN ISLAND | NY | 10304 | 11 | $ 422.54 |
| SHAN | IQBAL | 15 NORTHRIDGE DR | | CORAM | NY | 11727-2612 | 7 | $ 268.89 |
| TAHIR | IQBAL | 4 HEALY ST | | HUNTINGTON | NY | 11743-5324 | 10 | $ 384.13 |
| ZAHID | IQBAL | 4 HEALY ST | | HUNTINGTON | NY | 11743-5324 | 22 | $ 845.09 |
| JEFFERY | IZZO | 7701 TOTMAN RD | | N SYRACUSE | NY | 13212-1841 | 11 | $ 422.54 |
| MICHAEL L | IZZO | 3 WOODMERE AVE | | GLENWOOD LNDG | NY | 11547-3029 | 49 | $ 1,882.23 |
| SOPHIA | JABER | 99 DIX HILLS RD | | HUNTINGTON | NY | 11743-5358 | 5 | $ 192.06 |
| JARED OMAR | JACKSON | 48 W RAYMOND AVE | | ROOSEVELT | NY | 11575-1014 | 8 | $ 307.30 |
| JUSTIN G. | JACOB | 54 DEWITT PL | APT 2 | NEW ROCHELLE | NY | 10801-3379 | 11.57 | $ 444.49 |
| GERHARDT | JAMES | 2160 CATON AVE | APT 3F | BROOKLYN | NY | 11226-2547 | 19 | $ 729.85 |
| MARCIN | JANIEL | 149 N ERIE AVE | | LINDENHURST | NY | 11757-4148 | 1 | $ 38.42 |
| JEAN PIERRE RAPHAEL | JEAN BAPTISTE | 150 LIBERTY PKWY | APT F5 | SPRING VALLEY | NY | 10977-5336 | 1 | $ 38.42 |
| ANTHONY A | JEFFERIES | 103 NARAMORE DR | | BATAVIA | NY | 14020-1719 | 4.71 | $ 181.09 |
| DERRICK D. | JENKINS | 1400 MADISON ST | | SYRACUSE | NY | 13210-2130 | 2 | $ 76.82 |
| ISAIAH R | JERNIGAN | 274 W 140TH ST | APT 36 | NEW YORK | NY | 10030-1845 | 10.14 | $ 389.61 |
| ISAIAH RAHSAAN | JERNIGAN | 274 W 140TH ST | APT 36 | NEW YORK | NY | 10030-1845 | 3 | $ 115.24 |
| STEPHANIE A | JEUDY | 13036 SPRINGFIELD BLVD | | JAMAICA | NY | 11413-1120 | 9 | $ 345.72 |
| YAPHET E | JOHN | 240-17 EDGEWOOD ST | | ROSEDALE | NY | 11422 | 34 | $ 1,306.04 |
| ARLANDO | JOHNSON | 128 FLOYD ST | | STATEN ISLAND | NY | 10310-2221 | 70 | $ 2,688.90 |
| DANIEL PHILLIP | JOHNSON | 985 ANDERSON AVE | APT 6C | BRONX | NY | 10452-5624 | 5 | $ 192.06 |
| JASON WILLIAM | JOHNSON | 113 ADAMS ST | | BALDWIN | NY | 11510-4625 | 1 | $ 38.42 |
| KENNDEL T. | JOHNSON | 104-37 194TH HOLLIS AVE | | QUEENS | NY | 11412 | 1 | $ 38.42 |
| KENNETH WILLIAM | JOHNSON | 14 DEPPE PL | APT 1L | STATEN ISLAND | NY | 10314-1524 | 1 | $ 38.42 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MICHAEL DE SHAWN | JOHNSON | 102 COLONIAL AVE | | FREEPORT | NY | 11520-1251 | 11 | $ 422.54 |
| MILES L | JOHNSON | 519 MAPLE AVE | | UNIONDALE | NY | 11553-2133 | 31.86 | $ 1,223.73 |
| GIOVANNI W. | JOSEPH | 25 FIELDING AVE | | DIX HILLS | NY | 11746-7139 | 6 | $ 230.48 |
| NICHOLAS | JULIANO | 189 LOCUST RD | | PLEASANTVILLE | NY | 10570-3721 | 5 | $ 192.06 |
| ROBERT J | KAMROWSKI | PO BOX 776 | | EAST MARION | NY | 11939-0776 | 7 | $ 268.89 |
| EVAN JAMES | KARALUNAS | 6107 THUNDERHEAD LN | | JAMESVILLE | NY | 13078-9561 | 11 | $ 422.54 |
| HARMON | KARNES | 142 W 5TH ST | | DUNKIRK | NY | 14048-1935 | 38 | $ 1,459.68 |
| PENNY | KASSAY-ASENCIO | 129 SHABER RD | | PATCHOGUE | NY | 11772-2428 | 1 | $ 38.42 |
| MATTHEW | KAUFMAN | 1805 JEROME AVE | # 2 | SCHENECTADY | NY | 12306-4805 | 31 | $ 1,190.80 |
| ERIC J. | KAVALLARIS | 26 BIRCH ST | | CENTRAL ISLIP | NY | 11722-3121 | 4 | $ 153.65 |
| STACEY | KEELS | 51 UTZ ST | | FREEPORT | NY | 11520-1736 | 1 | $ 38.42 |
| BRIAN W | KEHOE | 58 PUTNAM AVE | | VALLEY STREAM | NY | 11580-3223 | 15 | $ 576.19 |
| MICHAEL E | KEHOE | 58 PUTNAM AVE | | VALLEY STREAM | NY | 11580-3223 | 5 | $ 192.06 |
| TAARIQ D. | KEITT | 163 W YONPHONK | | COVERN | NY | 11727 | 1 | $ 38.42 |
| BENJAMIN SCOTT | KELL | 72 S VILLAGE AVE | | ROCKVILLE CTR | NY | 11570-5701 | 11 | $ 422.54 |
| KEVIN | KELLY | 28 LAKE ST | | AMITYVILLE | NY | 11701-3014 | 21 | $ 806.67 |
| MICHAEL | KELLY | 18 DELAVAN ST | | EAST HAMPTON | NY | 11937-1748 | 1 | $ 38.42 |
| ABDUL | KHAN | 9229 246TH ST | | FLORAL PARK | NY | 11001-3920 | 8 | $ 307.30 |
| ABDULLAH | KHAN | 88 W 21ST ST | | HUNTINGTN STA | NY | 11746-3127 | 1 | $ 38.42 |
| AKASH | KHAN | 4123 159TH ST | | FLUSHING | NY | 11358-2512 | 15 | $ 576.19 |
| SALMON RAZA | KHAN | 25 S CENTRAL AVE | | VALLEY STREAM | NY | 11580-5412 | 10 | $ 384.13 |
| JONATHAN | KIM | 6769 CLOVERDALE LN | | OAKLAND GDNS | NY | 11364-2759 | 70 | $ 2,688.90 |
| WILLIAM | KIM | 49 ELBERON PL | | ALBANY | NY | 12203-1207 | 6 | $ 230.48 |
| RASHAN | KING | 114 MCNAIR ST | | BRENTWOOD | NY | 11717-3307 | 4 | $ 153.65 |
| JEDDIE C | KING III | 3165 49TH ST | APT 4C | WOODSIDE | NY | 11377-1318 | 4 | $ 153.65 |
| NICOLE RENEE | KNOTT | 156 RARITAN AVE | | STATEN ISLAND | NY | 10304-4018 | 7 | $ 268.89 |
| BRIAN AN | KOKE | 320 OLD MILL RD | | SAINT JAMES | NY | 11780-4208 | 13 | $ 499.37 |
| DHANISH KARTHIKEYAN | KOLARVEETTIL | 536 N 7TH ST | | NEW HYDE PARK | NY | 11040-3029 | 1 | $ 38.42 |
| TOMASZ | KONARZEWSKI | 33 CENTRAL AVE | APT 4B | STATEN ISLAND | NY | 10301-2518 | 5 | $ 192.06 |
| VIKTOR | KONDRAS | 28 CATON DR | APT 31B | SYRACUSE | NY | 13214-1028 | 48.86 | $ 1,876.74 |
| JOSEPH | KOSIK | 64 PRINCETON ST | | ISLIP | NY | 11751-1415 | 9 | $ 345.72 |
| KEVIN | KOVAL | 6220 WYNMOOR DR | | CICERO | NY | 13039-8862 | 17 | $ 653.01 |
| WILLIAM C | KOZAK II | 7 SUMMERFIELD DR | | LAKE GROVE | NY | 11755-2542 | 10 | $ 384.13 |
| NILE V. | KPAKA | 289 VANDERBILT AVE | | STATEN ISLAND | NY | 10304-2525 | 14 | $ 537.78 |
| TEJAN SIPO | KPAKA | 153 SOUTH AVE | # 1A | STATEN ISLAND | NY | 10303-1666 | 1 | $ 38.42 |
| SANDRA M | KUBICA | 39 PARK CIR S | | FARMINGDALE | NY | 11735-4329 | 6.86 | $ 263.40 |
| ABY K | KURIAKOSE | 1325 CITIZEN AVE | | ELMONT | NY | 11003-3304 | 13 | $ 499.37 |
| CHRISTIAN | LABOY | 9 PHEASANT VALLEY DR | | CORAM | NY | 11727-2321 | 37 | $ 1,421.28 |
| HARRY T | LABOY | 8411 149TH AVE | | HOWARD BEACH | NY | 11414-1218 | 2 | $ 76.82 |
| WILFRED | LABOY | 9 PHEASANT VALLEY DR | | CORAM | NY | 11727-2321 | 49 | $ 1,882.23 |
| CHRISTIAN A | LABRADOR | 134-25 FRANKLIN AVE | APT 4 | FLUSHING | NY | 11355 | 6 | $ 230.48 |
| FRANTZ GARFIELD | LALANNE | 445 LITCHFIELD AVE | | ELMONT | NY | 11003-3322 | 4 | $ 153.65 |
| WILSON LAVIER | LALVAY | 28 YALE AVE | | OSSINING | NY | 10562-3422 | 1 | $ 38.42 |

| First | Last | Address | Apt | City | State | Zip | Qty | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| ALAIN | LANDAIS | 22 BAGATELLE RD | | DIX HILLS | NY | 11746-5904 | 4 | $ | 153.65 |
| CHARLES | LANDI, JR. | 212 DIXON AVE | | STATEN ISLAND | NY | 10303-2621 | 45 | $ | 1,728.58 |
| AMY | LANDRY | 152 BARITAN AVE | | STATEN ISLAND | NY | 10305 | 1 | $ | 38.42 |
| ARTHUR | LANDSMAN | 2 GREEN LANTERN BLVD | | ENDICOTT | NY | 13760-4268 | 16 | $ | 614.61 |
| ROBERT C | LANGLEY | 758 WINDSOR RD | | UNIONDALE | NY | 11553-2326 | 43 | $ | 1,651.76 |
| NOLAN J. | LAUTERBORN | 1342 N MONROE AVE | | WEST ISLIP | NY | 11795-1913 | 1 | $ | 38.42 |
| WILLIAM A. | LAZAROFF | 405 E 2ND ST | # 2 | BROOKLYN | NY | 11218-3905 | 3 | $ | 115.24 |
| JASON | LEE | 560 MAIN ST | APT 1024 | ROOSEVELT ISL | NY | 10044-0018 | 12 | $ | 460.95 |
| ASHLEY | LEECY | 463 ASHLAND AVE | APT 2 | BUFFALO | NY | 14222-1553 | 8 | $ | 307.30 |
| RONALD | LEGER | 191 HAWTHORNE AVE | APT 103 | CENTRAL ISLIP | NY | 11722-1362 | 62.86 | $ | 2,414.52 |
| HOPETON SEYMOUR | LEMON | 500 CROTON AVE | APT 1D | ASSINING | NY | 10562 | 2 | $ | 76.82 |
| CHRISTIA | LENT | 2361 PENATIQUIT AVE | | SEAFORD | NY | 11783-3147 | 11.86 | $ | 455.47 |
| MICHAEL | LETO | 355 CENTRAL AVE | | BETHPAGE | NY | 11714-3915 | 11 | $ | 422.54 |
| VADIM | LEVONE | 1130 KENMORE AVE | APT 2 | BUFFALO | NY | 14216-1338 | 69.86 | $ | 2,683.41 |
| JOHNATHON | LEVY | 4512 215TH PL | | BAYSIDE | NY | 11361-3445 | 1 | $ | 38.42 |
| ANTON R | LEWIS | 23870 116TH RD | | ELMONT | NY | 11003-4008 | 22 | $ | 845.09 |
| KAVEL | LEWIS | 11585 232ND ST | | CAMBRIA HTS | NY | 11411-1432 | 74 | $ | 2,842.55 |
| MICHAEL | LIEB | 908 OAKS DR | | FRANKLIN SQ | NY | 11010-1936 | 1 | $ | 38.42 |
| JONATHAN LEE | LIGHTFOOT | 235 S LEXINGTON AVE | | WHITE PLAINS | NY | 10606-2545 | 1 | $ | 38.42 |
| ERALD | LIKA | 115 DORCHESTER AVE | | SYRACUSE | NY | 13203-1429 | 25 | $ | 960.32 |
| KLAJDI | LIKA | 115 DORCHESTER AVE | | SYRACUSE | NY | 13203-1429 | 19 | $ | 729.85 |
| MATHIAS C. | LIMAS | 4 BAYONNE AVE | | CENTRAL ISLIP | NY | 11722-3304 | 26 | $ | 998.73 |
| VANESSA J. | LIMAS | 145 SOUTHBURN AVE | | C ISLIP | NY | 11722 | 1 | $ | 38.42 |
| JEMEL ANTHONY | LINTON | 10043 208TH ST | | QUEENS VLG | NY | 11429-1040 | 3 | $ | 115.24 |
| JOHN | LIONETTI | 59 W BROADWAY | | PORT JEFF STA | NY | 11776-3825 | 3 | $ | 115.24 |
| ENGJELL | LLESHI | 3639 HYLAN BLVD | | STATEN ISLAND | NY | 10308-3516 | 9 | $ | 345.72 |
| DOMINIK C | LOCKHART | 515 MARYANN LN | | W HEMPSTEAD | NY | 11552-4018 | 13 | $ | 499.37 |
| SALVATORE | LOMBARDI | 6827 62ND ST | | RIDGEWOOD | NY | 11385-5284 | 1 | $ | 38.42 |
| WILCINA | LONGDON | 103 SCRIBNER AVE | | STATEN ISLAND | NY | 10301-2317 | 9 | $ | 345.72 |
| ERIC | LOPEZ | 506 MOSEL AVE | | STATEN ISLAND | NY | 10304-1621 | 1 | $ | 38.42 |
| FRANK | LOPEZ | 905 43RD ST | APT D1 | BROOKLYN | NY | 11219-1728 | 3 | $ | 115.24 |
| GABRIEL | LOPEZ | 64 CHESTNUT AVE | | STATEN ISLAND | NY | 10305-1828 | 1 | $ | 38.42 |
| TIONY R | LOPEZ | 1189 SHERIDAN AVE | | BRONX | NY | 10456-4502 | 6 | $ | 230.48 |
| JUAN GABRIEL | LORA | 21 LEE PL | | FREEPORT | NY | 11520-3836 | 6 | $ | 230.48 |
| SONIA | LORA | 85 WESTSIDE AVE | | FREEPORT | NY | 11520-5421 | 13 | $ | 499.37 |
| ROSEANNE | LORIA | 14 PORT LN | | STATEN ISLAND | NY | 10302-1155 | 1 | $ | 38.42 |
| EVERETTE L. | LOWMAN | 50 S MAIN ST | | PORT CHESTER | NY | 10573-4656 | 6 | $ | 230.48 |
| ENOC PENIEL | LUCCA | 24 JUNIPER ST | | CENTRAL ISLIP | NY | 11722-3807 | 2 | $ | 76.82 |
| RICHARD J. | LUCIANI | 60 WOODVIEW LN | | CENTEREACH | NY | 11720-4027 | 5 | $ | 192.06 |
| DAVID MI | LUCSOK | PO BOX 1143 | | AMHERST | NY | 14226-7143 | 4 | $ | 153.65 |
| ALEXANDER | LUGO | 97-37 CORONA AVE | | CORONA | NY | 11368 | 1 | $ | 38.42 |
| RODOLFO GABRIEL | LUNGO | 66 CROTON AVE | APT 4 | OSSINING | NY | 10562-4949 | 2 | $ | 76.82 |
| LAMAR J. | LYON | 145-08 176TH ST | | SPRINGFIELD G | NY | 11034 | 4 | $ | 153.65 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| LAURA ASHLEY | LYONS | 44 COLFAX AVE | | STATEN ISLAND | NY | 10306-2430 | 7 | $ 268.89 |
| ROBERT | MAASER | 57 COOPER AVE | | STATEN ISLAND | NY | 10305-1331 | 3 | $ 115.24 |
| RONALD STEPHEN | MABITAD | 8328 POOLSBROOK RD | | KIRKVILLE | NY | 13082-9506 | 14 | $ 537.78 |
| JASON | MACAGNONE | PO BOX 13 | | E NORTHPORT | NY | 11731-0013 | 41 | $ 1,574.92 |
| LEROY | MACLIN | 1111 JOSELSON AVE | | BAY SHORE | NY | 11706-2035 | 65 | $ 2,496.83 |
| WILLIAM J. | MAHER | 305 LIVERMORE AVE | | STATEN ISLAND | NY | 10314-3131 | 7 | $ 268.89 |
| DANIEL | MAHR | 72 VOORHIS DR | | BRENTWOOD | NY | 11717-2905 | 8 | $ 307.30 |
| BRIAN | MAJKA | 953 CENTRAL AVE | | DUNKIRK | NY | 14048-3435 | 36 | $ 1,382.86 |
| ERICK | MALAGON | 141 JOHN ST | | HAUPPAUGE | NY | 11788-3009 | 20 | $ 768.25 |
| AMAURIS | MALDONADO | 384 UNION AVE | | STATEN ISLAND | NY | 10303-2448 | 48 | $ 1,843.82 |
| RAFAEL | MALDONADO | 801 MANOR RD | | STATEN ISLAND | NY | 10314-7035 | 6 | $ 230.48 |
| VINCENT DANIEL | MALDONADO | 212 DIXON AVE | | STATEN ISLAND | NY | 10303-2621 | 33 | $ 1,267.62 |
| MICHAEL | MALLEO | 61 RADFORD ST | | STATEN ISLAND | NY | 10314-4811 | 14 | $ 537.78 |
| SALVATOR | MALLEO III | 61 RADFORD ST | | STATEN ISLAND | NY | 10314-4811 | 75 | $ 2,880.96 |
| CHESTER | MALLOY SR | 820 ORBIT LN | | UNIONDALE | NY | 11553-2801 | 0.14 | $ 5.49 |
| MATTHEW WALTER | MALONEY | 20 MARK VINCENT DR | | POUGHKEEPSIE | NY | 12603-3715 | 7 | $ 268.89 |
| RUSSEL | MALTESE | 3722 NIAMI ST | | SEAFORD | NY | 11783-3541 | 4 | $ 153.65 |
| FRANK C. | MALY | 30 ALTON AVE | | GREENLAWN | NY | 11740-2127 | 6 | $ 230.48 |
| NICHOLAS | MANFREDINI | 36 WINDEMERE AVE | | STATEN ISLAND | NY | 10306-2017 | 8 | $ 307.30 |
| ERIC G. | MANTILLA | 1190 SHAKESPEARE AVE | | BRONX | NY | 10452-3922 | 5 | $ 192.06 |
| LAVERNON M. | MANUEL | 106 ELK ST | | HUNTINGTON | NY | 11743-5616 | 11 | $ 422.54 |
| STEPHEN | MARANO | 12 BRADFORD LN | | BETHPAGE | NY | 11714-4631 | 5 | $ 192.06 |
| CHRISTOPHER | MARCIAL | PO BOX 244 | | FRANKLIN SQ | NY | 11010-0244 | 5.14 | $ 197.55 |
| JHONATHAN FREITAS | MARCONDES | 57 DAVIS AVE | | WHITE PLAINS | NY | 10605-1029 | 5 | $ 192.06 |
| ROCCO | MARESCA | 98 SEAVIEW AVE | | STATEN ISLAND | NY | 10304-2836 | 1 | $ 38.42 |
| PATRICK J | MARESCO | 49 CALVERT AVE | | RONKONKOMA | NY | 11779-5917 | 1 | $ 38.42 |
| ANDREW | MAROTTA | 10 STERLING PL | | NEW CITY | NY | 10956-6219 | 9 | $ 345.72 |
| JOSE | MARQUEZ | 40 RANDALL AVE | APT 113 | FREEPORT | NY | 11520-2760 | 1 | $ 38.42 |
| SHAUN PA | MARRON | 6478 KEVINTON PL | | BOSTON | NY | 14025-9640 | 34.86 | $ 1,338.96 |
| THOMAS JAMES | MARSHALL | 30 CORONET CRES | | BETHPAGE | NY | 11714-2826 | 3 | $ 115.24 |
| MELVIN | MARTELLY | 10823 217TH PL | | QUEENS VLG | NY | 11429-1946 | 19 | $ 729.85 |
| BRUCE | MARTIN | PO BOX 767 | | OSSINING | NY | 10562-0767 | 5 | $ 192.06 |
| CHAZ EUGENE | MARTIN | 171 LOCUSTWOOD BLVD | | ELMONT | NY | 11003-2008 | 5 | $ 192.06 |
| JACLYN | MARTIN | PO BOX 149 | | PATTERSON | NY | 12563-0149 | 5 | $ 192.06 |
| DOMINICK | MARTINEZ | PO BOX 407 | | PORT JEFF STA | NY | 11776-0407 | 32 | $ 1,229.21 |
| ERIC | MARTINEZ | 262 BATTLE AVE | | WHITE PLAINS | NY | 10606-2126 | 7 | $ 268.89 |
| JAMAL | MARTINEZ | 147 CHESTER ST | | BROOKLYN | NY | 11212-5642 | 9 | $ 345.72 |
| KEVIN | MARTINEZ | 8165 102ND RD | | OZONE PARK | NY | 11416-2031 | 10 | $ 384.13 |
| KYLEIGH E | MARTYN | 9025 BURLINGAME RD | | CANASTOTA | NY | 13032-4947 | 1 | $ 38.42 |
| ABRAHAM | MASLAVI | 46 MONTEREY DR | | NEW HYDE PARK | NY | 11040-1031 | 6 | $ 230.48 |
| MICHAEL JAMES | MASTRIANO | 5129 COFFEE TREE LN | | N SYRACUSE | NY | 13212-4402 | 28 | $ 1,075.56 |
| NICHOLAS | MAVRAKIS | 452 ADAMS AVE | | STATEN ISLAND | NY | 10306-5423 | 30.71 | $ 1,179.83 |
| MALIK | MAXWELL | 15611 AGUILAR AVE | | FLUSHING | NY | 11367-2732 | 10 | $ 384.13 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RAYMOND T | MAZZA JR | 32 PARK AVE | | MALVERNE | NY | 11565-1917 | 7 | $ 268.89 |
| DONALD | MCCAIN | PO BOX 20577 | | STATEN ISLAND | NY | 10302-0577 | 1 | $ 38.42 |
| JOSEPH GERARD | MCCALL | 37 ADAMS ST S | | FARMINGDALE | NY | 11735-6861 | 16 | $ 614.61 |
| MATTHEW | MCCARTHY | 42 MYSON ST | | WEST ISLIP | NY | 11795-2704 | 13 | $ 499.37 |
| JOSEPH R | MCCLARY | 335 BROADWAY GREENLAWN | | HUNTINGTON | NY | 11743-5556 | 7 | $ 268.89 |
| WILLIAM | MCCLELLAN | 81 W HOOK RD | | HOPEWELL JCT | NY | 12533-6451 | 7 | $ 268.89 |
| WILLIAM EDWARD | MCCLELLAN | 81 W HOOK RD | | HOPEWELL JCT | NY | 12533-6451 | 11 | $ 422.54 |
| GUETCHINE | MCCORKLE | 2980 W 28TH ST | | BROOKLYN | NY | 11224-2045 | 3 | $ 115.24 |
| DEBORAH | MCCOY | 8046 CAZENOVIA RD | | MANLIUS | NY | 13104-2008 | 4 | $ 153.65 |
| DERRICK | MCCREATH | 1358 BROOKLYN AVE | | BROOKLYN | NY | 11203-5520 | 49 | $ 1,882.23 |
| HUSAIN K | MCFADDEN | 567 3RD ST | # 2 | ALBANY | NY | 12206-2234 | 8 | $ 307.30 |
| JACQUELINE | MCHUGH | PO BOX 122 | | MARYKNOLL | NY | 10545-0122 | 13 | $ 499.37 |
| MICHELLE E. | MCKAY | 14 HILLSIDE AVE | | MOUNT KISCO | NY | 10549-1308 | 1 | $ 38.42 |
| DAVID | MCKELVEY | 83 WEBERFIELD AVE | | FREEPORT | NY | 11520-2552 | 3 | $ 115.24 |
| ANTHONY T | MCKENZIE | 6558 LINCOLN AVE | | LOCKPORT | NY | 14094-6176 | 3.57 | $ 137.19 |
| JOHN | MCLEOD | 34 DONGAN HILLS AVE | | STATEN ISLAND | NY | 10306-2658 | 15 | $ 576.19 |
| JEFFREY | MEDINA | 526 W HUDSON ST | | LONG BEACH | NY | 11561-1726 | 22 | $ 845.09 |
| CHRISTOPHER J | MERCADO | 11611 157TH ST | APT 7F | JAMAICA | NY | 11434-1644 | 14 | $ 537.78 |
| EMMANUEL | MERVIL | 115-16 E37TH ST | | ELMONT | NY | 11003 | 3 | $ 115.24 |
| PAUL B | MESSER | 1 BRIARCLIFF RD | | NEW CITY | NY | 10956-7013 | 2 | $ 76.82 |
| ADAM C. | MESSEVE | 112 CULLEN ST | | LIVERPOOL | NY | 13088-6518 | 8 | $ 307.30 |
| MILTON | MEZA | 70 INDEPENDENCE ST | | WHITE PLAINS | NY | 10606-1629 | 14 | $ 537.78 |
| DAVID ANDREW | MICHAEL | 560 BROADHOLLOW RD | STE 101 | MELVILLE | NY | 11747-3702 | 13 | $ 499.37 |
| JOSHUA RYAN | MICHAELS | 1829 DITMARS BLVD | APT 3A | ASTORIA | NY | 11105-3918 | 5 | $ 192.06 |
| JUSTIN | MILANO | 93 EMPRESS PINES DR | | NESCONSET | NY | 11767-3129 | 7 | $ 268.89 |
| JASON | MILLER | 210 SUNRISE HWY | APT 8 | ROCKVILLE CTR | NY | 11570-4904 | 7 | $ 268.89 |
| LIZA | MILLER | 200 MERRICK RD | | ROCKVILLE CTR | NY | 11570-5748 | 2 | $ 76.82 |
| OTHA M. | MILLER | 10036 207TH ST | | QUEENS VLG | NY | 11429-1035 | 4 | $ 153.65 |
| PAUL J | MILLER | 155 5TH AVE | | TROY | NY | 12180-1014 | 25 | $ 960.32 |
| MARIE | MILORD | 17331 VASWANI AVE | | JAMAICA | NY | 11434-3305 | 3 | $ 115.24 |
| TRAVIS JOSEPH | MISKIWITZ | 174 GOODWIN AVE | | STATEN ISLAND | NY | 10314-2376 | 12 | $ 460.95 |
| KIAH | MITCHELL | 723 CAROLINE AVE | | VALLEY STREAM | NY | 11580-1226 | 30 | $ 1,152.38 |
| TROY A | MITCHELL | 13122 134TH ST | | S OZONE PARK | NY | 11420-3430 | 8 | $ 307.30 |
| RACHEL | MODELL | 29 COLONIAL DR | | NEW PALTZ | NY | 12561-1830 | 11 | $ 422.54 |
| CARLOS | MONCADA | 47 CHAPMAN PL | | BAY SHORE | NY | 11706-7434 | 20 | $ 768.25 |
| MITCHELL ROBERT | MONTIEL | 408 MANOR RD | | STATEN ISLAND | NY | 10314-2957 | 34 | $ 1,306.04 |
| COLLIN DANIEL | MOONEY | 43 HASGATE DR | | DELMAR | NY | 12054-6709 | 10 | $ 384.13 |
| BARRY JOSEPH | MOORE | 2630 WILLARD AVE | | BALDWIN | NY | 11510-3931 | 35 | $ 1,344.45 |
| CHRISTOPHER | MOORE | 11 MILL RD | | BROCTON | NY | 14716-9739 | 5 | $ 192.06 |
| DAVID C | MOORE | 318 OLD COUNTRY RD | | ELMSFORD | NY | 10523-2017 | 47 | $ 1,805.40 |
| JERRELL ANTHONY | MOORE | 22 UNION CT | | STATEN ISLAND | NY | 10303-2474 | 1 | $ 38.42 |
| LABAN ME | MOORE | 491 AVALON GARDENS DR | | NANUET | NY | 10954-7441 | 6 | $ 230.48 |
| TINA SIM | MOORE | 1014 PARK PL | APT 1D | BROOKLYN | NY | 11213-1943 | 34.29 | $ 1,317.01 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ADRIAN E. (EMP) | MORALES | 9 PARK ST | | SPRING VALLEY | NY | 10977-3933 | 31 | $ 1,190.80 |
| EDUARDO R | MORALES | 9 PARK ST | | SPRING VALLEY | NY | 10977-3933 | 13 | $ 499.37 |
| KEITH EDWIN | MORALES | 60 RADCLIFF DR | | BRENTWOOD | NY | 11717-7626 | 28 | $ 1,075.56 |
| DEAN JOSEPH | MORELLI | 19 SCOPELITIS CT | | HOLBROOK | NY | 11741-2019 | 1 | $ 38.42 |
| DAURIS A | MORETA | 1475 VYSE AVE | APT 1A | BRONX | NY | 10460-5927 | 3 | $ 115.24 |
| MATTHEW E. | MORGAN | 431 COLERIDGE RD | | ROCKVILLE CTR | NY | 11570-1412 | 6 | $ 230.48 |
| MARK | MORIN II | 4 HUNTLEIGH DR | | LOUDONVILLE | NY | 12211-1156 | 17 | $ 653.01 |
| ANA | MORRIS | 34 BROOME ST | | WEST BABYLON | NY | 11704-1903 | 31 | $ 1,190.80 |
| SHAMA | MORRISSON | 240 PARK HILL AVE | APT 6W | STATEN ISLAND | NY | 10304-4635 | 2 | $ 76.82 |
| STEVEN KEITH | MORSE | 156 SMITH BLVD | APT 213 | MESCANSET | NY | 11767 | 4 | $ 153.65 |
| CLINTON | MOULTRIE | 1627 MALL ST | | NORTH TONAWAN | NY | 14120 | 3.57 | $ 137.19 |
| JAMAAL | MUHAMMAD | 11645 195TH ST | | SAINT ALBANS | NY | 11412-3125 | 8 | $ 307.30 |
| DARRELL | MULBAH | 185 PARK HILL AVE | APT 1H | STATEN ISLAND | NY | 10304-4726 | 4 | $ 153.65 |
| JOSEPH CHARLES | MUNAFO | 511 NECKAR AVE | | STATEN ISLAND | NY | 10304-4511 | 6 | $ 230.48 |
| ALEX EMANUEL | MUNGUIA | 9 BAILEY AVE | | BAY SHORE | NY | 11706-3027 | 1 | $ 38.42 |
| KAREN | MURPHY | 413 S 8TH AVE | # 2 | MOUNT VERNON | NY | 10550-4326 | 12 | $ 460.95 |
| SAFET | MUSOVIC | 340 BRYANT AVE | | STATEN ISLAND | NY | 10306-3119 | 10 | $ 384.13 |
| MAHDEE | MUSTAFA | 4 JOHN AVE | | ELMONT | NY | 11003-1916 | 5 | $ 192.06 |
| JOSEPH L | NARANJO | 21 GREENRIDGE AVE | | WHITE PLAINS | NY | 10605-1246 | 5 | $ 192.06 |
| ARISTIDE | NAVARRO | 1232 PEAPOND RD | | N BELLMORE | NY | 11710-2916 | 38 | $ 1,459.68 |
| FATIMA NICOLE | NELSON | 455 E 148TH ST | APT 426 | BRONX | NY | 10455-4166 | 1 | $ 38.42 |
| TYWELLE | NELSON | 21507 115TH RD | | CAMBRIA HTS | NY | 11411-1110 | 9 | $ 345.72 |
| ERIK MICHAEL | NERZIG | 9 SETON ST | | MELVILLE | NY | 11747-1329 | 25 | $ 960.32 |
| RONALD | NEWMAN | 305 N MARVINE AVE | | AUBURN | NY | 13021-2938 | 36 | $ 1,382.86 |
| IDA | NEWTON | 16103 137TH AVE | | JAMAICA | NY | 11434-3717 | 3 | $ 115.24 |
| JONATHAN | NICOLAI | 11 CORTLAND AVE | | JERICHO | NY | 11753-1505 | 101 | $ 3,879.69 |
| TINA | NIEVES | 1796 WELLS DR | | BAY SHORE | NY | 11706-1624 | 7 | $ 268.89 |
| DENEARD V. | NOEL | 89 N BERGEN PL | | FREEPORT | NY | 11520-2733 | 3 | $ 115.24 |
| BERNIE R | NUNEZ | 31 STREETONE ST | | ELMONT | NY | 11003 | 17 | $ 653.01 |
| YSAURA S | NUNEZ | 1214 SHAKESPEARE AVE | # 34 | BRONX | NY | 10452-3970 | 13 | $ 499.37 |
| SOLOMON NDUBUISI | NWEKE | 10101 SPRINGFIELD BLVD | | QUEENS VLG | NY | 11429-1621 | 22 | $ 845.09 |
| JASON MICHAEL | O CONNER | 127 OLD MAIN ST | | SLIVER CREEK | NY | 14136 | 1 | $ 38.42 |
| BOBBY L | OATES | 11128 208TH ST | | QUEENS VLG | NY | 11429-1712 | 1 | $ 38.42 |
| JOSEPH | OBRIEN | 67 ONTARIO AVE | | MASSAPEQUA | NY | 11758-3838 | 4 | $ 153.65 |
| OKON | OKON | 3 COONLEY CT | | STATEN ISLAND | NY | 10303-2216 | 10 | $ 384.13 |
| STEPHEN | OLIPHANT | 9 OAKMONT AVE | | HEMPSTEAD | NY | 11550 | 25.86 | $ 993.25 |
| CHRISTIAN ADAM | OLIVER | 102 CLAYTON AVE | | SYRACUSE | NY | 13207-2105 | 10 | $ 384.13 |
| CHRISTOPHER MICHAEL | OLSEN | 1263 OVINGTON AVE | | BROOKLYN | NY | 11219-6008 | 10 | $ 384.13 |
| DANIEL R | OLSEN | 1263 OVINGTON AVE | | BROOKLYN | NY | 11219-6008 | 9.14 | $ 351.21 |
| ROBERTO | ORELLANA | 32 STUYVESANT ST | | HUNTINGTON | NY | 11743-4720 | 1 | $ 38.42 |
| REYNALDO | ORIZ | 30 HOLLAND CT | | VALLEY STREAM | NY | 11580-2906 | 7 | $ 268.89 |
| JOSEPH | ORNAUER | 3276 MURDOCK AVE | | OCEANSIDE | NY | 11572-3614 | 1 | $ 38.42 |
| JHONATHAN (EMP.) | OROZCO | 282 TRAVIS AVE | | ELMONT | NY | 11003-3042 | 6.57 | $ 252.43 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| STEVENS | OROZCO | 282 TRAVIS AVE | | ELMONT | NY | 11003-3042 | 15 $ 576.19 |
| REYNALDO ANTONIO | ORTIZ | 30 HOLLAND CT | | VALLEY STREAM | NY | 11580-2906 | 14 $ 537.78 |
| PATRICK MICHAEL | OVERTON | 8758 COLUMBINE CIR | | BALDWINSVILLE | NY | 13027-1814 | 7 $ 268.89 |
| AYAZ S. | OZA | 253 N CENTRAL AVE | | VALLEY STREAM | NY | 11580-3125 | 7 $ 268.89 |
| ALFREDO | PAEZ, JR. | 44 NASSAU AVE | | FREEPORT | NY | 11520-5542 | 20 $ 768.25 |
| DANIEL JAVIER | PAGAN | 180 ADA DR | | STATEN ISLAND | NY | 10314-1403 | 3 $ 115.24 |
| VINCENT EDWARD | PALMER | 21605 136TH RD | | SPRNGFLD GDNS | NY | 11413-2207 | 1 $ 38.42 |
| MICHAEL | PARISE II | 24502 RUSHMORE AVE | | DOUGLASTON | NY | 11362-1125 | 0.14 $ 5.49 |
| ANDRE JAMEL | PARRIS | 212 BEACH 102 ST | | FAR ROCKAWAY | NY | 11694 | 33.43 $ 1,284.09 |
| PETER E | PARRIS | 43 ORIOLE WAY | | DIX HILLS | NY | 11746-4916 | 6 $ 230.48 |
| CARLOS D | PASCUAL | 212 GRAND BLVD | | BRENTWOOD | NY | 11717-5913 | 5 $ 192.06 |
| JASON | PASSARO | 496 HUDSON AVE | | ALBANY | NY | 12203-1302 | 10 $ 384.13 |
| ALEX | PASYNKOV | 54 DELWITT AVE | | STATEN ISLAND | NY | 10306-5562 | 3 $ 115.24 |
| ANTHONY J | PATANELLA | 1 BRANDY CT | | LAKE GROVE | NY | 11755-2305 | 11 $ 422.54 |
| APRIL | PAUL | 2 MYRTLE AVE | | BRENTWOOD | NY | 11717-1611 | 3 $ 115.24 |
| MARKO | PAVLOVIC | 23 FAIRWAY DR | | OLD BETHPAGE | NY | 11804-1742 | 1 $ 38.42 |
| GABRIEL ANTONIO | PAZ | 43 WILLIAM ST | APT 1 | OSSINING | NY | 10562-5530 | 11 $ 422.54 |
| JONATHAN D | PEDRO | 3018 30TH ST | | LONG IS CITY | NY | 11102 | 33 $ 1,267.62 |
| KAHLIL A | PEOPLES | 1189 WEST AVE | | BUFFALO | NY | 14213-1311 | 3.57 $ 137.19 |
| ROBERTO | PERDOMO | 55 GLENMORE AVE | | BRENTWOOD | NY | 11717-4113 | 11 $ 422.54 |
| GREGORY | PERDRIEL | 995 JULIETTE RD | | W HEMPSTEAD | NY | 11552-4102 | 20 $ 768.25 |
| RAMONA | PEREZ | 7 ORR ST | | TROY | NY | 12180-1336 | 10 $ 384.13 |
| VICTORIA | PEREZ | 3110 KINGSBRIDGE TER | APT 5I | BRONX | NY | 10463-5870 | 2 $ 76.82 |
| WALKER CHANEYFIELD | PETERSON | 309 E MOSHAL PKWY N | APT 4F | BRONX | NY | 10467 | 28 $ 1,075.56 |
| JAMES | PETERSON JR | 550 FERNDALE BLVD | | CENTRAL ISLIP | NY | 11722-4802 | 48 $ 1,843.82 |
| ELYSEE | PETIT | 11 W GRANADA AVE | | LINDENHURST | NY | 11757-6442 | 1 $ 38.42 |
| CURTIS | PFLUG | 1 ATLANTIC AVE | APT 11 | FARMINGDALE | NY | 11735-2767 | 57 $ 2,189.53 |
| QUOC | PHAM | 109 NORTHFIELD DR | | SYRACUSE | NY | 13212-1345 | 10 $ 384.13 |
| CLINTON ALBERT | PHILL | 297 REGIS DR | | STATEN ISLAND | NY | 10314-1428 | 5 $ 192.06 |
| KELLY ANNE | PHILLIPS | 7542 MEADOW WOOD DR | | N SYRACUSE | NY | 13212-1042 | 7 $ 268.89 |
| ANTHONY | PITTMAN | 18411 144TH AVE | | SPRNGFLD GDNS | NY | 11413-3210 | 4 $ 153.65 |
| CHRISTOPHER | PLAENER | 4 CORNWALL LN | APT 2L | CARLE PLACE | NY | 11514-1085 | 8 $ 307.30 |
| ALFRED BERNARD | PLEASURE | 20 ONEIDA TER | | ALBANY | NY | 12209-2241 | 5 $ 192.06 |
| LUIS | POLONIA | 12214 SUTPHIN BLVD | APT 2 | JAMAICA | NY | 11434-2335 | 6 $ 230.48 |
| JUAN CARLOS | PONCE | 287 RIDGE RD | | HARTSDALE | NY | 10530-2207 | 1 $ 38.42 |
| YULIYA V | POROKHOVA | 1577 E 17TH ST | APT 3M | BROOKLYN | NY | 11230-6740 | 1 $ 38.42 |
| PHILIP BENJAMIN | PORTOLANO | 17 GREENE CT | | HAUPPAUGE | NY | 11788-4355 | 2 $ 76.82 |
| EDWARD | POTTER, JR. | 10944 160TH ST | APT 39 | JAMAICA | NY | 11433-3252 | 1 $ 38.42 |
| ROBERT CHARLES | PRICE JR | 506 SHARROTTS RD | | STATEN ISLAND | NY | 10309-1991 | 5 $ 192.06 |
| MARC | PRIMACK | 7 KEARNEY AVE | | BETHPAGE | NY | 11714-3603 | 18 $ 691.43 |
| STEVEN J. | PRIMIANO | 8 STEBBINS AVE | | STATEN ISLAND | NY | 10310-1638 | 2 $ 76.82 |
| BRUCE A | PRINCE | 140 PARK HILL AVE | | STATEN ISLAND | NY | 10304-4802 | 11 $ 422.54 |
| KRISTINA JANELLE | PULISTAR | PO BOX 804 | | LINDENHURST | NY | 11757-0804 | 10 $ 384.13 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ARUN | PUTHUSSERIL | 1205 TERRACE BLVD | | NEW HYDE PARK | NY | 11040-3928 | 20.43 | $ 784.72 |
| IAN IRA | QUANTANO | 272 HEBERTON AVE | | STATEN ISLAND | NY | 10302-1808 | 2 | $ 76.82 |
| GREGORY A | RABERNER | 3084 TRINITY ST | | OCEANSIDE | NY | 11572-3225 | 1 | $ 38.42 |
| OHEEM | RABSATT | 2534 MOTT AVE | | FAR ROCKAWAY | NY | 11691-1712 | 1 | $ 38.42 |
| JONATHAN ANTHONY | RACHETTA | 6189 LESLIEANNE PATH | | CICERO | NY | 13039-9392 | 7 | $ 268.89 |
| VIJIL | RAJAN | 1632 BROADWAY | | NEW HYDE PARK | NY | 11040-4310 | 7 | $ 268.89 |
| GREGORY | RAMIREZ | 56 WICHITA RD | | WEST SENECA | NY | 14224-2606 | 30 | $ 1,152.38 |
| JONATHAN | RAMIREZ | 138 BATTLE AVE | | WHITE PLAINS | NY | 10606-2135 | 6 | $ 230.48 |
| MATTHEW L | RAMIREZ | 224 W 3RD ST | | DEER PARK | NY | 11729-5936 | 6 | $ 230.48 |
| JOHN P | RAMOS | 19 WALDEN AVE | | WHITE PLAINS | NY | 10606 | 29 | $ 1,113.97 |
| DAMIEN KARIEM | RANDALL | 124 E 176TH ST | | BRONX | NY | 10453-6205 | 8 | $ 307.30 |
| EBONIE | RANDOLPH | 116-18 W 129TH ST | APT | NEW YORK | NY | 10027 | 1 | $ 38.42 |
| DANIEL | RAO | 1492 SMITH RIDGE RD | | CHITTENANGO | NY | 13037-9556 | 6 | $ 230.48 |
| NICHOLAS P. | RAULLI | 9262 BENDIGO DR | | BALDWINSVILLE | NY | 13027-9067 | 18 | $ 691.43 |
| GREG | RAVITSKY | 458 COLON AVE | | STATEN ISLAND | NY | 10308-1420 | 2 | $ 76.82 |
| MUHAMMAD Z | RAZA | 179 NEVADA ST | | HICKSVILLE | NY | 11801-2351 | 4 | $ 153.65 |
| TAHSEER | RAZA | 766 CARMAN AVE | | WESTBURY | NY | 11590-6426 | 72.86 | $ 2,798.65 |
| JOHN | RE | 21 GILBERT LN | | PLAINVIEW | NY | 11803-3121 | 56 | $ 2,151.12 |
| RYAN | REDICAN | 259 SPRINGDALE DR | | RONKONKOMA | NY | 11779-6060 | 2 | $ 76.82 |
| JOHN | REFORMATO | 1105 BRENTWOOD DR | | TARRYTOWN | NY | 10591-5072 | 15 | $ 576.19 |
| PATRICA E | REGALADO | 1214 SHAKESPEARE AVE | | BRONX | NY | 10452-3970 | 13 | $ 499.37 |
| WILLIAM | RESNICK | 33 DALE LN | | LEVITTOWN | NY | 11756-4719 | 13 | $ 499.37 |
| CHRIS LONDEL | REUBEN | 2239 RICHMOND TER | | STATEN ISLAND | NY | 10302-1252 | 12 | $ 460.95 |
| SAM H | REYNOLDS II | 43 S MAIN ST | | BATAVIA | NY | 14020-1820 | 3.57 | $ 137.19 |
| KELLY J | RHIM | 120 JACKSON ST | APT 4 | BATAVIA | NY | 14020-3568 | 2.57 | $ 98.77 |
| TYLER CHRISTIAN | RICE | 92 LONGFELLOW DR | | KINGS PARK | NY | 11754-2319 | 1 | $ 38.42 |
| KAMAAL ATU | RICHARDS | 3019 COLDEN AVE | | BRONX | NY | 10469-3927 | 1 | $ 38.42 |
| ROBERT JEROME | RICHARDS III | 2366 S SEAMENS | | SEAFORD | NY | 11783 | 21 | $ 806.67 |
| DAMON WAYNE | RICHARDSON | 926 BOYNTON AVE | | BRONX | NY | 10473-4503 | 1 | $ 38.42 |
| BRICE L. | RICHMOND | 876 STANTON AVE | | NORTH BALDWIN | NY | 11510-2442 | 2 | $ 76.82 |
| CLARENCE | RICKS | 878 E 169TH ST | APT 3 | BRONX | NY | 10459-1730 | 5 | $ 192.06 |
| DAMEN | RICKS | PO BOX 20837 | | STATEN ISLAND | NY | 10302-0837 | 114.71 | $ 4,406.34 ** |
| WILLIAM DAVID | RIEGELMAN II | 119 BRANDON RD | | EAST SYRACUSE | NY | 13057-1745 | 2 | $ 76.82 |
| ISAAC BENJAMIN | RIVERA | 467 36TH ST | | BROOKLYN | NY | 11232-2507 | 1 | $ 38.42 |
| VLADIMIR | RIZIKOV | 106 PELICAN CIR | | STATEN ISLAND | NY | 10306-4568 | 16 | $ 614.61 |
| ALLAN | ROBINSON | 128 CAMPBELL AVE | | STATEN ISLAND | NY | 10310-1435 | 40 | $ 1,536.52 |
| MORAIMA | RODIGUEZ | 6118 165TH ST | | FRESH MEADOWS | NY | 11365-1928 | 1 | $ 38.42 |
| IRVING | RODRIGUES | 2909 137TH ST | APT 3H | FLUSHING | NY | 11354-2002 | 42 | $ 1,613.34 |
| BROOK D. | RODRIGUEZ | 56-111 94TH ST | | ELMHURST | NY | 11373 | 1 | $ 38.42 |
| DANIEL EDWARD | RODRIGUEZ | 10 FIRTREE LN | | HUNTINGTON STA | NY | 11746-4035 | 4 | $ 153.65 |
| ERIK M | RODRIGUEZ | 115-16 237TH ELMONT | | BROOKLYN | NY | 11230 | 21 | $ 806.67 |
| MICHAEL F | RODRIGUEZ | 152 MORNINGSTAR RD | | STATEN ISLAND | NY | 10303-2810 | 6 | $ 230.48 |
| MIGUEL A | RODRIGUEZ | 2111 GLEASON AVE | | BRONX | NY | 10462-4764 | 12 | $ 460.95 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| URLISES | RODRIGUEZ | 541 ACADEMY ST | | NEW YORK | NY | 10034-3442 | 15 | $ 576.19 |
| URLISES | RODRIGUIZ | 541 ACADEMY ST | APT 22 | NEW YORK | NY | 10034-3442 | 5 | $ 192.06 |
| CARLENS | ROMAIN | 1561 DUTCH BROADWAY | | VALLEY STREAM | NY | 11580-1318 | 20 | $ 768.25 |
| ABRAHAM | ROMAN | 440 GRANDVIEW AVE | | STATEN ISLAND | NY | 10303-1832 | 46.86 | $ 1,799.92 |
| PASQUALE ANTONIO | ROMEO | 501 10H ST | | WEST BABYLON | NY | 11704 | 3 | $ 115.24 |
| DONALD | ROMERO HUGGINS | 2549 7TH AVE | | EAST MEADOW | NY | 11554-3326 | 7 | $ 268.89 |
| RONALD | ROMULUS | 11076 199TH ST | | SAINT ALBANS | NY | 11412-1730 | 1 | $ 38.42 |
| JIMMY | ROSA HERNANDEZ | 2 STEVENS PL | | HUNTINGTN STA | NY | 11746-2927 | 1 | $ 38.42 |
| JOSEPH J | ROSADIO | 35 ROCKAWAY ST | | ISLIP TERRACE | NY | 11752-1016 | 18 | $ 691.43 |
| JAMES C | ROSARIO | 2526 BRONX PARK E | | BRONX | NY | 10467-7203 | 8 | $ 307.30 |
| BRITTANY SAMOYA | ROSE | 14711 228TH ST | | SPRNGFLD GDNS | NY | 11413-4438 | 13 | $ 499.37 |
| CHRISTOPHER RYAN | ROSS | 144 CLEVELAND AVE | | LACKAWANNA | NY | 14218-3522 | 23 | $ 883.49 |
| IVAN D. | ROSS | 122 REDFIELD PL | | SYRACUSE | NY | 13210-2532 | 4 | $ 153.65 |
| EVAN | ROUFEH | 30 SHADOW LN | | GREAT NECK | NY | 11021-2511 | 4 | $ 153.65 |
| DAYLIN DUPREE | ROWLAND | 180 E FULTON AVE | | ROOSEVELT | NY | 11575-2215 | 3 | $ 115.24 |
| PATRICIO | RUALES | 58 MOUNT SINAI CORAM RD | | CORAM | NY | 11727-3056 | 8 | $ 307.30 |
| PATRICK | RUALES | 58 MOUNT SINAI CORAM RD | | CORAM | NY | 11727-3056 | 10 | $ 384.13 |
| WILLIAM | RUFF | 12 RED OAK LN | | FISHKILL | NY | 12524-1141 | 9 | $ 345.72 |
| JOSEPH | RUNAC | 92 POPLAR ST | | GARDEN CITY | NY | 11530-6517 | 14 | $ 537.78 |
| JUSTIN | RUSSO | 3 WILLIAMS BLVD | APT 2M | LAKE GOVE | NY | 11255 | 11 | $ 422.54 |
| MICHAEL J | RUSSO | 435 OCEAN AVE | | LYNBROOK | NY | 11563-3814 | 11 | $ 422.54 |
| JAMES A | SAFONTE | 45 CENTRAL PKWY | | HUNTINGTON | NY | 11743-4308 | 9 | $ 345.72 |
| COLBERT | SAINT LAURENT | 10 SUGAR MAPLE CT | | DIX HILLS | NY | 11746-6248 | 4 | $ 153.65 |
| ROBERTO | SALAZAR | 490 CLOVE RD | APT 3H | STATEN ISLAND | NY | 10310-2363 | 1 | $ 38.42 |
| ROBERTO | SALEM | 55 GLENMORE AVE | | BRENTWOOD | NY | 11717-4113 | 5 | $ 192.06 |
| MICHAEL | SALGADO | 215 HENDRICKSON AVE | | VALLEY STREAM | NY | 11580-1917 | 9 | $ 345.72 |
| ROBERT L | SALSBERRY JR | 2818 BROOKHAVEN AVE | | FAR ROCKAWAY | NY | 11691-2045 | 8 | $ 307.30 |
| JOSHUA | SAMLAL | 234 E GREENWICH AVE | | ROOSEVELT | NY | 11575-1205 | 3 | $ 115.24 |
| FRANK JOSEPH | SANACORE JR | 1015 RATHBUN AVE | | STATEN ISLAND | NY | 10309-2112 | 17 | $ 653.01 |
| ROBERT | SANCHEZ | 210 SHORE RD | APT 1J | LONG BEACH | NY | 11561-4254 | 2 | $ 76.82 |
| PATRICK | SANDER | 56 TOUISSANT AVE | | YONKERS | NY | 10710-5425 | 14 | $ 537.78 |
| ELAINE | SANDERS | 355 CENTRAL AVE | | BETHPAGE | NY | 11714-3915 | 47 | $ 1,805.40 |
| BRENT KERN CASPER | SANEY | 245 GORDON ST | | STATEN ISLAND | NY | 10304 | 2 | $ 76.82 |
| MARLENE | SANKAR | 14507 105TH AVE | | JAMAICA | NY | 11435-4905 | 2.86 | $ 109.75 |
| RODOLFO ANDRES | SANTIZO | 62 WAYNE AVE | | WHITE PLAINS | NY | 10606-2104 | 1 | $ 38.42 |
| MICHAEL PAUL | SAPUTO | 1231 OCEAN AVE | | VALLEY STREAM | NY | 11580-2934 | 19 | $ 729.85 |
| FRANK | SAVARESE | 46 MAPLE AVE | | NORTHPORT | NY | 11768-1935 | 40 | $ 1,536.52 |
| FRANK DEJESUS | SAVINON SR | 177 WILLIS AVE | APT 19G | BRONX | NY | 10454-4818 | 4 | $ 153.65 |
| JOSEPH | SCATURRO | 20 DORCHESTER ST | | HUNTINGTN STA | NY | 11746-8408 | 19 | $ 729.85 |
| BRITTNEY RAE | SCHAUT | 303 DONLIN DR | | LIVERPOOL | NY | 13088-5413 | 7 | $ 268.89 |
| BRITTANY C. | SCHEFLEN | 7 BROOK PL | | OSSINING | NY | 10562-2803 | 2 | $ 76.82 |
| JODY | SCHNEIDER | 37 BELL ST | | STATEN ISLAND | NY | 10305-1707 | 6 | $ 230.48 |
| JOHN F | SCHNIER | 16044 80TH ST | | HOWARD BEACH | NY | 11414-2917 | 7 | $ 268.89 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DANIEL | SCHULTZ | 24 ARLYN DR E | | MASSAPEQUA | NY | 11758-6104 | 21 | $ 806.67 |
| CHRISTOP | SCOTT | 13826 248TH ST | | ROSEDALE | NY | 11422-2207 | 22 | $ 845.09 |
| DOLORES | SCULLY | 98 S FRANKLIN AVE | APT 21 | VALLEY STREAM | NY | 11580-6119 | 9 | $ 345.72 |
| ERIK W | SEGUR | 17 GREENTREE CT | | NORTHPORT | NY | 11768-2212 | 3 | $ 115.24 |
| MIGUEL ANGEL | SEPERAK | 15 MAPLE PL | APT 4F | OSSINING | NY | 10562-4741 | 6 | $ 230.48 |
| JAFAR A. | SHABAZZ | 14 GUSTO LN | | ROOSEVELT | NY | 11575-1828 | 4 | $ 153.65 |
| NISHANT KIRAN | SHAH | 195 WOODBURY RD | | HICKSVILLE | NY | 11801-3028 | 3 | $ 115.24 |
| REHMAN | SHAH | 48 PEPPERMINT RD | | COMMACK | NY | 11725-1025 | 44 | $ 1,690.16 |
| IMAD | SHAHID | 1239 PEAPOND RD | | N BELLMORE | NY | 11710-2915 | 9 | $ 345.72 |
| TIMOTHY E | SHANNON II | PO BOX 395 | | BUFFALO | NY | 14226-0395 | 3.57 | $ 137.19 |
| ROBERT | SHEA | 10 FLAMINGO DR | | SMITHTOWN | NY | 11787-3308 | 48 | $ 1,843.82 |
| MATTHEW | SHIELDS | 595 POWELL ST | | BROOKLYN | NY | 11212-7033 | 4 | $ 153.65 |
| HAROLD J | SIERING | 170 JACKSON AVE | | SYOSSET | NY | 11791-3817 | 7 | $ 268.89 |
| JULIO C | SILVA | 8945 245TH ST | | BELROSE | NY | 11426 | 4 | $ 153.65 |
| MEGAN | SILVA | 1598 N GARDINER DR | | BAY SHORE | NY | 11706-1410 | 2 | $ 76.82 |
| EBONE D | SIMPSON | 236 MARYLAND ST | # 2 | BUFFALO | NY | 14201-1926 | 1 | $ 38.42 |
| SHARALEE | SIMPSON | 11555 173RD ST | | JAMAICA | NY | 11434-1845 | 2 | $ 76.82 |
| ERIC A | SIRI | 215 MALTONSE ST | | BROOKLYN | NY | 11226 | 1 | $ 38.42 |
| DION | SLADE | 2020 BELMONT AVE | | BRONX | NY | 10457 | 4 | $ 153.65 |
| BRITTANY | SLADESKI | 5 ANN KALEY LN | | MARLBORO | NY | 12542-5149 | 3 | $ 115.24 |
| SHAQUANA | SMALLS | 47 FEATHERBED LN | | BRONX | NY | 10452-1663 | 1 | $ 38.42 |
| COURTNEY | SMITH | 341 WESTSIDE AVE | | FREEPORT | NY | 11520-6043 | 7 | $ 268.89 |
| DAVID MICHAEL | SMITH | 265 WATERS AVE | | STATEN ISLAND | NY | 10314-2028 | 39 | $ 1,498.10 |
| JERRY JR | SMITH | 335 BANK ST | APT B3 | BATAVIA | NY | 14020-1651 | 7 | $ 268.89 |
| STEPHEN D. | SMITH | 16 GARFIELD ST | | BAY SHORE | NY | 11706-7236 | 32 | $ 1,229.21 |
| TATIANA C | SMITH | 140 PARK HILL AVE | APT 2W | STATEN ISLAND | NY | 10304-4808 | 2 | $ 76.82 |
| TENIECE E. | SMITH | 12033 167TH ST | | JAMAICA | NY | 11434-2506 | 5 | $ 192.06 |
| TERRENCE | SMITH | 14532 176TH ST | | JAMAICA | NY | 11434-4916 | 3 | $ 115.24 |
| TERRY E | SMITH | 428 ELLICOTT ST | | BATAVIA | NY | 14020-3643 | 1 | $ 38.42 |
| JAMES EDWARD | SMITH JR | 54 N BROADWAY | APT 2N | YONKERS | NY | 10701-7034 | 23 | $ 883.49 |
| JASON MATTHEW | SNUSZ | 823 MCKINLEY PKWY | | BUFFALO | NY | 14220-1338 | 13 | $ 499.37 |
| JAMES R | SOCCIO | 20 HUTCHINS | | BATAVIA | NY | 14020 | 6 | $ 230.48 |
| ALLISON | SOLIN | 56 SUNSET DR | | WHITE PLAINS | NY | 10604-2332 | 23.43 | $ 899.96 |
| JESSE R. | SOREL | PO BOX 3 | | SLINGERLANDS | NY | 12159-0003 | 1 | $ 38.42 |
| JOSE ANIBAL | SOSA | 98 LENOX RD | | HUNTINGTN STA | NY | 11746-1411 | 16 | $ 614.61 |
| DMITRI S | SOUKHANOV | 7281 113TH ST | | FOREST HILLS | NY | 11375-5636 | 11 | $ 422.54 |
| PHILIP HOWARD | SPADARO | 1 TAPPAN ST | | BALDWINSVILLE | NY | 13027-2318 | 14 | $ 537.78 |
| MICHAEL J | SPATOLA | 2 FOXHILL RD | | VALHALLA | NY | 10595-1308 | 9 | $ 345.72 |
| JOHN | SPICIJARIC | 1 SAGGESE LN | | NESCONSET | NY | 11767-1717 | 3 | $ 115.24 |
| CHRISTINE | STAHL | 104 EASY ST | | WEST SAYVILLE | NY | 11796-1237 | 31 | $ 1,190.80 |
| BRIAN T | STANCARONE | 23 HIGHLAND RD | | STATEN ISLAND | NY | 10308-2940 | 2 | $ 76.82 |
| KURT | STANGE | 138 W 19TH ST | | DEER PARK | NY | 11729-4834 | 37 | $ 1,421.28 |
| RYAN EDWARD | STAPLETON | 53 AVENUE C | | HOLBROOK | NY | 11741-2017 | 14 | $ 537.78 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MARTIN | STERBAL | 97 FORT PL | | STATEN ISLAND | NY | 10301-2334 | 10 | $ 384.13 |
| TYLER PATRICK | STEVICK | 102 S BERKEY DR | | CHITTENANGO | NY | 13037-1504 | 16 | $ 614.61 |
| THEODORE LAMONT | STINSON | 1969 AMSTERDAM AVE | APT 3 | NEW YORK | NY | 10032-5069 | 39 | $ 1,498.10 |
| MICHAEL P | STRANGE | 138 W 19TH ST | | DEER PARK | NY | 11729-4834 | 28.86 | $ 1,108.49 |
| JEURIS J | SUAZA JR | 21 BRENNAN ST | | HUNTINGTON | NY | 11743-5517 | 1 | $ 38.42 |
| ALEXSANDER | SUKHORUKOV | 208 NIAGARA AVE N | | SYRACUSE | NY | 13209-1125 | 7 | $ 268.89 |
| JOHN J | SUMMER | 178 PARK AVE | | FREEPORT | NY | 11520-4128 | 15 | $ 576.19 |
| MARY | SUMNER | 838 TERRY CT | | UNIONDALE | NY | 11553-3311 | 7 | $ 268.89 |
| VICTORIA | SUMNERS | 838 TERRY CT | | UNIONDALE | NY | 11553-3311 | 10 | $ 384.13 |
| ROBERT | SWIATKOWSKI | 7 PARK LANE PL | | MASSAPEQUA | NY | 11758-6624 | 9 | $ 345.72 |
| ROBERT JAMES | SWOPE | 7178 RIVER RD | | MEMPHIS | NY | 13112 | 13 | $ 499.37 |
| RYAN P. | SYLVESTER | 20718 100TH AVE | | QUEENS VLG | NY | 11429-1017 | 3 | $ 115.24 |
| RYAN | SZARY | 603 JAY ST | | DUNKIRK | NY | 14048-2309 | 12 | $ 460.95 |
| JOSEPH | TARANTINO | 6205 LESLIEANNE PATH | | CICERO | NY | 13039-9392 | 10 | $ 384.13 |
| JUSTIN | TARANTINO | 771 MADISON AVE | APT 1E | ALBANY | NY | 12208-3700 | 43 | $ 1,651.76 |
| ALFRED R | TATMAN | 6702 PRESCOTT DR | | DERBY | NY | 14047-9524 | 50.86 | $ 1,953.57 |
| ISIS | TAYLOR | 140 PARK HILL AVE | APT 6V | STATEN ISLAND | NY | 10304-4810 | 1 | $ 38.42 |
| NICHOLAS | TELLYENHUIS | 165 WALL ST | | HUNTINGTON | NY | 11743-2060 | 17 | $ 653.01 |
| RAUL | TEZANOS | 132 COMSTOCK AVE | | STATEN ISLAND | NY | 10314-1426 | 10 | $ 384.13 |
| QUIEENO | THOM | 1370 E 38TH ST | | BROOKLYN | NY | 11234-2808 | 6 | $ 230.48 |
| JAMEL LEE | THOMAS | 128 FLOYD ST | | STATEN ISLAND | NY | 10310-2221 | 18 | $ 691.43 |
| PETER K. | THOMAS | 1640 EMPIRE ST | | ELMONT | NY | 11003-4420 | 1 | $ 38.42 |
| RICHARD K | THOMAS | 60 WASHINGTON AVE | | ISLIP TERRACE | NY | 11752-2611 | 1 | $ 38.42 |
| SHELDON K | THOMAS | 4018 E TREMONT AVE | | BRONX | NY | 10465-3018 | 25 | $ 960.32 |
| REGIS | THOMPSON-LAWRENCE | 20 TOTTEN ST | APT 6J | HEMPSTEAD | NY | 11550-6010 | 1 | $ 38.42 |
| LAUREN M | THORN | 7350 MILESTRIP RD | | ORCHARD PARK | NY | 14127-1411 | 35.86 | $ 1,377.37 |
| SADIQA | THORNTON | 10504 JAMAICA AVE | | RICHMOND HILL | NY | 11418-2013 | 8 | $ 307.30 |
| SR | THREADGILL | 40 ROXBURY ST | APT 2C | STATEN ISLAND | NY | 10303-1913 | 48.86 | $ 1,876.74 |
| SHANTARA P. | TILLIE | 807 SOUTH AVE | | SYRACUSE | NY | 13207-1818 | 3 | $ 115.24 |
| PHILLIP | TOMCZAK | 53 HAMMERSCHMIDT AVE | | BUFFALO | NY | 14210-2228 | 25.14 | $ 965.81 |
| SOLOMON M | TORRES | 72 REMSEN AVE | | HEMPSTEAD | NY | 11550-1821 | 3 | $ 115.24 |
| WILLIAM | TORRES | 7425 93RD AVE | | WOODHAVEN | NY | 11421-2830 | 4 | $ 153.65 |
| ROCCO VITO | TOTO | 32 SAINT MARYS AVE | | STATEN ISLAND | NY | 10305-1813 | 3 | $ 115.24 |
| MARK DAN | TRIMBOLI | 9 HILLSIDE DR | | HUNTINGTON | NY | 11743-1525 | 34 | $ 1,306.04 |
| ANTHONY FRANK | TRITTO | 125 PRALL AVE | | STATEN ISLAND | NY | 10312-4223 | 5 | $ 192.06 |
| ARMEL J | TROLLINGER | 12 E PINE ST | | MASSAPEQUA | NY | 11758-4740 | 1 | $ 38.42 |
| JAHVON B | TUITT | 12639 146TH ST | | JAMAICA | NY | 11436-1911 | 2 | $ 76.82 |
| STEVEN J. | TUTTLE | 2697 SMITH RD | | HAMILTON | NY | 13346-2104 | 2 | $ 76.82 |
| TRAVIS | TYSCO | 6173 PALISADES DR | | CICERO | NY | 13039-9203 | 3 | $ 115.24 |
| MICHAEL A. | URCINOLI | 622 ROCKAWAY ST | | STATEN ISLAND | NY | 10307-1815 | 5 | $ 192.06 |
| SIMONE | VAILES | 223 COMMERCIAL ST | | FREEPORT | NY | 11520-2501 | 22 | $ 845.09 |
| CAROL | VALENTE | 2440 CENTRAL PKWY | | MERRICK | NY | 11566-4108 | 45.43 | $ 1,745.04 |
| CANDACE | VAN ZANT | 53 MANOR AVE | | HEMPSTEAD | NY | 11550-3538 | 2 | $ 76.82 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ALEX | VAYS | 23 COLON ST | | STATEN ISLAND | NY | 10312-4503 | 1 | $ 38.42 |
| LUIS | VELEZ | 2076 DALY AVE | APT 2R | BRONX | NY | 10460-2810 | 7 | $ 268.89 |
| JASON R. | VERDISCO | 10 KEJARO CT | | CENTEREACH | NY | 11720-3048 | 2 | $ 76.82 |
| MARC RAPHAEL | VITALE | 268 MORNINGSTAR RD | | STATEN ISLAND | NY | 10303-2814 | 1 | $ 38.42 |
| JOHN LOUIS | VITALONE | 464 ADAMS AVE | | STATEN ISLAND | NY | 10306-5423 | 4 | $ 153.65 |
| PHILIP | VITARELLI | 260 TALLMAN ST | | STATEN ISLAND | NY | 10312-4818 | 9 | $ 345.72 |
| DANIEL JOHN | VON THODEN | 76 ELLEN ST | | BETHPAGE | NY | 11714-2923 | 1 | $ 38.42 |
| ANDREAS | VRATSANOS | PO BOX 973 | | BETHPAGE | NY | 11714-0019 | 47.86 | $ 1,838.33 |
| LANCE ALAN | WALDRON | 1357 WOODSIDE AVE | | NORTH BALDWIN | NY | 11510-1938 | 27 | $ 1,037.15 |
| ANDREW S | WALKER | 132 NASSAU AVE | | FREEPORT | NY | 11520-5519 | 1 | $ 38.42 |
| WILLIAM MAURICE | WALKER | 361 W 123RD ST | APT 2R | NEW YORK | NY | 10027-5145 | 39 | $ 1,498.10 |
| ERIC JOSEPH | WALLWORK | 2521 BELTAGH AVE | | N BELLMORE | NY | 11710-2650 | 6 | $ 230.48 |
| LOGAN M. | WALSH | 253 CRYSTAL AVE | | STATEN ISLAND | NY | 10302-2522 | 7 | $ 268.89 |
| HORATIO | WALTERS | 185 PARK HILL AVE | APT 6J | STATEN ISLAND | NY | 10304-4727 | 3 | $ 115.24 |
| SAYQUAN OREL | WALTERS | 400 CENTRAL TOWERS | | ALBANY | NY | 12206 | 1 | $ 38.42 |
| CAROLYN E | WALTUCH | 79 CLEVELAND AVE | | ROCKVILLE CTR | NY | 11570-6003 | 1 | $ 38.42 |
| RODNEY | WASHINGTON | 2059 MCGRAW AVE | APT 1C | BRONX | NY | 10462-8004 | 6 | $ 230.48 |
| BRIAN | WATTS | 87 IRENE ST | | LINDENHURST | NY | 11757-1204 | 51 | $ 1,959.05 |
| DANIEL | WATTS | 247 N HAWTHORNE ST | | MASSAPEQUA | NY | 11758-3104 | 14 | $ 537.78 |
| DANIEL C | WATTS | 247 N HAWTHORNE ST | | MASSAPEQUA | NY | 11758-3104 | 14 | $ 537.78 |
| DANIEL CLIFFORD | WATTS | 247 N HAWTHORNE ST | | MASSAPEQUA | NY | 11758-3104 | 11 | $ 422.54 |
| MARIE GERALYN | WATTS | 87 IRENE ST | | LINDENHURST | NY | 11757-1204 | 39 | $ 1,498.10 |
| ERIC M | WEAVER | 43 BENSON AVE | | WEST SENECA | NY | 14224-2601 | 7 | $ 268.89 |
| SHANE PATRICK | WEHR | 1521 CR 25 | | CANTON | NY | 13617-6551 | 3 | $ 115.24 |
| NEAL | WEINERMAN | 19 MELISSA LN | | OLD BETHPAGE | NY | 11804-1233 | 21 | $ 806.67 |
| AUDREY R | WEISS | 98 HIGHLAND AVE | | PRT WASHINGTN | NY | 11050-4044 | 7 | $ 268.89 |
| JAVON T. | WELCH | PO BOX 591 | | FREEPORT | NY | 11520-0591 | 7 | $ 268.89 |
| SAMANTHA LEE | WENGER | 29 COLONIAL DR | | NEW PALTZ | NY | 12561-1830 | 4 | $ 153.65 |
| NICHOLAS | WESTON | 23 HALLOCK ST | | FARMINGDALE | NY | 11735-3720 | 34 | $ 1,306.04 |
| JONATHAN | WHITE | 118-16 MARSDEN ST | | JAMAICA | NY | 11434 | 14 | $ 537.78 |
| MICHELE | WHITE | 643 PARK AVE | # 21 | NEW YORK | NY | 10065-6122 | 3 | $ 115.24 |
| NATE K | WILKINS | 266 W PULASKI RD | | HUNTINGTN STA | NY | 11746-1534 | 10 | $ 384.13 |
| TODD A | WILLEM | | | CENTRAL ISLIP | NY | 11722 | 1 | $ 38.42 |
| BERNADETTE | WILLIAMS | 332 CHAUNCEY ST | | BROOKLYN | NY | 11233-2459 | 8 | $ 307.30 |
| CARL ANTHONY | WILLIAMS | 123 HILLSIDE AVE | | FREEPORT | NY | 11520-1705 | 9 | $ 345.72 |
| CHANEL | WILLIAMS | 332 CHAUNCEY ST | APT 3RF | BROOKLYN | NY | 11233-2459 | 9 | $ 345.72 |
| KEVIN C | WILLIAMS | 14415 182ND ST | | SPRNGFLD GDNS | NY | 11413 | 1 | $ 38.42 |
| MARK | WILLIAMS | 2003 150TH ST | | WHITESTONE | NY | 11357-3625 | 10 | $ 384.13 |
| SEAN | WILLIAMS | 894 ARMSTRONG AVE | | STATEN ISLAND | NY | 10308-1251 | 10 | $ 384.13 |
| SEAN E | WILLIAMS | 894 ARMSTRONG AVE | | STATEN ISLAND | NY | 10308-1251 | 4 | $ 153.65 |
| ANDRE | WILSON | 75 PALMETTO ST | | CENTRAL ISLIP | NY | 11722-2806 | 1 | $ 38.42 |
| RICHARD | WILSON | 916 STONY POINT RD | | CASTLETON | NY | 12033-2518 | 10 | $ 384.13 |
| RICHARD DENNIS | WILSON | 916 STONY POINT RD | | CASTLETON | NY | 12033-2518 | 7 | $ 268.89 |

| First | Last | Address | Apt | City | State | Zip | Qty | Amount |
|---|---|---|---|---|---|---|---|---|
| WOODROW | WILSON | 126 ADMIRAL LN | | BRONX | NY | 10473-2483 | 1 | $ 38.42 |
| ANTHONY | WINFIELD | 37 ARCADIA PL | APT 1F | STATEN ISLAND | NY | 10310-2274 | 4 | $ 153.65 |
| DANIEL | WOLFE | 2492 JERUSALEM AVE | | N BELLMORE | NY | 11710-1949 | 66 | $ 2,535.25 |
| KENNETH | WOLFE | 105 AMPEL AVE | | N BELLMORE | NY | 11710-2704 | 44.29 | $ 1,701.14 |
| SIK | WONG | 845 58TH ST | APT 2 | BROOKLYN | NY | 11220-3609 | 47 | $ 1,805.40 |
| MAURICE L | WOODS | 2180 JUDGE RD | | BASOM | NY | 14013-9769 | 3.57 | $ 137.19 |
| KEITH C | YAZDANSETA | 14 JOYCE DR | | HAUPPAUGE | NY | 11788-4710 | 4 | $ 153.65 |
| JAMES C | YOUNG | 48 MARBOURNE DR | | MAMARONECK | NY | 10543-1043 | 16 | $ 614.61 |
| RASHEEM M | YOUNG | 162 E 93RD ST | | BROOKLYN | NY | 11212-2209 | 4 | $ 153.65 |
| ILYA | ZATCHINIAEV | 670 ROCKAWAY ST | | STATEN ISLAND | NY | 10307-1815 | 5 | $ 192.06 |
| MICHAEL ROBERT | ZONE, JR. | 99C OVERLOOK PASS | | CLIFTON PARK | NY | 12065-4249 | 5 | $ 192.06 |
| BRIAN | ZUCCHI | 2 HUMMING LN | | CORAM | NY | 11727-2704 | 2 | $ 76.82 |
| NINA | ALLEN | 9771 ROSE ARBOR DR | | CENTERVILLE | OH | 45458-4001 | 14 | $ 537.78 |
| CHRISTOPHER JAMES | BORSTELMAN | 15-374 COUNTY RD | | T NAPOLEON | OH | 43545 | 11 | $ 422.54 |
| RONNIE LEE | CHIPPS JR | 300 OHIO AVE | | GIRARD | OH | 44420-3242 | 12 | $ 460.95 |
| CHRISTOPHER JAMES | FREEMAN | 1572 GLEN PARKER AVE | | CINCINNATI | OH | 45223-1675 | 29 | $ 1,113.97 |
| JAMEL L | INMAN | 1948 CHAUCER DR | | CINCINNATI | OH | 45237-1300 | 19 | $ 729.85 |
| ASHLEY L | JASPERS | 10905 SPRINGFIELD RD | | SPRINGFIELD | OH | 22401 | 43 | $ 1,651.76 |
| TERRIE R | JASPERS | 1470 ALPHADA AVE | APT O2 | AKRON | OH | 44310-2760 | 4 | $ 153.65 |
| MARK MICHAEL | JONES | 1151 NILES RD SE | | WARREN | OH | 44484-5102 | 6 | $ 230.48 |
| CODI | LETCHER | 9352 ST RT 7 | | KINSMAN | OH | 44428 | 1 | $ 38.42 |
| MICHAEL SIMON | LOURENCO | 108 LINDWAY DR | | FAIRBORN | OH | 45324-4260 | 35 | $ 1,344.45 |
| MATTHEW RAYMOND | SAFRANIC | 5616 YOUNGSTOWN RD | | NILES | OH | 44446 | 1 | $ 38.42 |
| DANIEL | ABSHARI | 3114 SW 153RD DR | | BEAVERTON | OR | 97006-5117 | 61 | $ 2,343.19 |
| JOHNATHON D. | JOHNSTON | 3228 22ND PL | APT A | FOREST GROVE | OR | 97116-2083 | 1 | $ 38.42 |
| KELLY ROBERT | MADSEN | 4690 SW MUELLER DR | | BEAVERTON | OR | 97007-2508 | 1 | $ 38.42 |
| MEGAN KATHERINE | MONTGOMERY | 16235 SW BLANTON ST | | ALOHA | OR | 97007-2006 | 1 | $ 38.42 |
| ROSS ANTHONY | RIEDL | 20881 NW TRAILWALK DR | APT E105 | BEAVERTON | OR | 97006-8810 | 1 | $ 38.42 |
| ALBERT | DEICHLER JR | 104 COPPER MOUNTAIN DR | | TAFTON | PA | 18464-9607 | 16 | $ 614.61 |
| DIEGO | FIGUEROA | 67 W GOEPP ST | | BETHLEHEM | PA | 18018-2737 | 5 | $ 192.06 |
| STEPHEN | FREEMAN | 1001 RUPLEY RD | | CAMP HILL | PA | 17011-9007 | 79 | $ 3,034.62 |
| LYDIA MARIE | GRONDIN | 153 BOGGS AVE | | PITTSBURGH | PA | 15211-2041 | 16 | $ 614.61 |
| TYLER JOSEPH | LARSEN | 34 SKYVIEW LN | | THORNDALE | PA | 19372-1151 | 33 | $ 1,267.62 |
| JENNIFER LYNN | PALMIERI | 922 S 15TH ST | # 1 | PHILADELPHIA | PA | 19146-2141 | 3 | $ 115.24 |
| JOSEPH | AGUIAR | 5 CUSTER ST | | E PROVIDENCE | RI | 02914-4113 | 10 | $ 384.13 |
| KEVIN | BOYCE | 730 MAIN ST | # 155 | N MYRTLE BCH | SC | 29582-3030 | 12 | $ 460.95 |
| DAVID JAMES | GUIDRY | 627 GREENBRIAR AVE | | ROCK HILL | SC | 29730-3301 | 2 | $ 76.82 |
| THOMAS F | SHERWOOD | 4 FALCON CT | | BLUFFTON | SC | 29909-4461 | 32 | $ 1,229.21 |
| THOMAS A | BROWN | 1107 MCGEE RD | | JAMESTOWN | TN | 38556-5621 | 1 | $ 38.42 |
| WILLIAM LEE | BYRGE | PO BOX 1433 | | JAMESTOWN | TN | 38556-1433 | 1 | $ 38.42 |
| KENNETH WESLEY | GUNTER | 299 W GUNTER RD | | CLARKRANGE | TN | 38556 | 2 | $ 76.82 |
| ROGER ALLEN | HARSH | 1075 LOUVAINE RD | | JAMESTOWN | TN | 38556-5936 | 1 | $ 38.42 |
| BENJAMIN DANIEL | HAWES MICHAEL | 404 POPE ST | | ATHENS | TN | 37303-2576 | 17 | $ 653.01 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ELIA | THOMAS | 7704 ROYAL HARBOUR CIR | | OOLTEWAH | TN | 37363-9158 | 6 $ | 230.48 |
| ELIA MICHAEL | THOMAS | 7704 ROYAL HARBOUR CIR | | OOLTEWAH | TN | 37363-9158 | 38.86 $ | 1,492.61 |
| RAUL | ABUNDIS | 142 EASTWOOD PL | | LEWISVILLE | TX | 75067-4315 | 7 $ | 268.89 |
| SHAHIR | AHMED | 5218 BLUE CYPRESS LN | | LEAGUE CITY | TX | 77573-6240 | 10 $ | 384.13 |
| RYAN THOMAS | ALEXANDER | 8300 HORSE WHISPER LN | | FORT WORTH | TX | 76131-5342 | 7 $ | 268.89 |
| MATTHEWHUNTER | ANDREWS | 7905 KERN LN | | FT WORTH | TX | 76137-5630 | 39 $ | 1,498.10 |
| EUGENE M | AZU | 3413 SWAN LN | | IRVING | TX | 75062-3047 | 14 $ | 537.78 |
| KENT DANIEL (EMP) | BELLOW | 230 BEECH DR | | LUMBERTON | TX | 77657-9272 | 8 $ | 307.30 |
| CHARLES ANTHONY | BISHOP | 5116 SUSAN LEE LN | | N RICHLND HLS | TX | 76180-6850 | 13 $ | 499.37 |
| GLEEN R. | BOYETT | 2608 LAWNDALE LN | | EULESS | TX | 76039-2073 | 3 $ | 115.24 |
| COLLIN BLAKE | BURNETT | 200 BEAR CREEK DR | APT 226 | EULESS | TX | 76039-2089 | 6 $ | 230.48 |
| MARTIN | CHACON III | 7700 CLAREWOOD DR | | HOUSTON | TX | 77036 | 14 $ | 537.78 |
| JONATHAN PATRICK | DEDRICK | PO BOX 8754 | | FORT WORTH | TX | 76124-0754 | 5 $ | 192.06 |
| JOHN D | DENNEHY | 4241 STAGHORN CIR S | | FORT WORTH | TX | 76137-1168 | 37 $ | 1,421.28 |
| JORDAN R. | DURAN | 1421 WHITE ASH ST | | SAGINAW | TX | 76131-3561 | 10 $ | 384.13 |
| CHRISTOP | EATON | 14501 EMPANADA DR | | HOUSTON | TX | 77083-3385 | 4 $ | 153.65 |
| JAMAAR ANTHONY | FEEMSTER | 2907 FIR PARK | | RICHLAND HLS | TX | 76118-6466 | 3 $ | 115.24 |
| SHANE DEE | FERGUSSON | 1400 N PARK BLVD | APT 808 | GRAPEVINE | TX | 76051-3065 | 6 $ | 230.48 |
| DEWEY JOHNATHAN | FISHER | 1824 W 11TH ST | | IRVING | TX | 75060-5101 | 5 $ | 192.06 |
| BENNIE L | FRAZIER | 1737 CANYON RIDGE ST | | FORT WORTH | TX | 76131-2215 | 42 $ | 1,613.34 |
| BENNIE LEE | FRAZIER | 1737 CANYON RIDGE ST | | FORT WORTH | TX | 76131-2215 | 26 $ | 998.73 |
| ROSS E | GILBERT | 2426 AMBER SPRINGS DR | | KATY | TX | 77450-6604 | 5 $ | 192.06 |
| BRIAN | HAGGLUND | 901 LAKESIDE CIR | APT 1306 | LEWISVILLE | TX | 75057-5058 | 2 $ | 76.82 |
| BRIAN KYLE | HAGGLUND | 901 LAKESIDE CIR | APT 1306 | LEWISVILLE | TX | 75057-5058 | 26 $ | 998.73 |
| ANDREW YAEGER | HARRISON | 1502 FOWLER ST | | IRVING | TX | 75061-2434 | 3 $ | 115.24 |
| DOUGLAS | HAWES | 942 RHETTS RUN | | LIVINGSTON | TX | 77351-7883 | 12 $ | 460.95 |
| DOUGLAS ROBERT | HAWES | 942 RHETTS RUN | | LIVINGSTON | TX | 77351-7883 | 7 $ | 268.89 |
| JOSEPH SHEPERD | HAWES | 848 KINWEST PKWY | APT 196 | IRVING | TX | 75063-7400 | 53 $ | 2,035.88 |
| MARIA A | HAWES | 942 RHETTS RUN | | LIVINGSTON | TX | 77351-7883 | 55 $ | 2,112.71 |
| MICHAEL DAVID | HAWES | 939 W FANNIN AVE | | ALAMO | TX | 78516-5522 | 35 $ | 1,344.45 |
| BENJAMIN | HAWES-MICHAEL | 942 RHETTS RUN | | LIVINGSTON | TX | 77351-7883 | 88 $ | 3,380.33 |
| DEL BRIAN | HAWKINS | 1390 N MAIN ST | APT 2113 | EULESS | TX | 76039-6920 | 2 $ | 76.82 |
| BARRY | HEATH | 793 SANTA FE TRL | | KELLER | TX | 76248-4909 | 61 $ | 2,343.19 |
| KEITH | HEFLIN | 4001 APPLE ST | | EULESS | TX | 76040-3407 | 10 $ | 384.13 |
| VALENTIN JUAN | HERNANDEZ | 3801 RIDGEGLEN CIR | | PLANO | TX | 75074 | 3 $ | 115.24 |
| ROBERT G | HERREN | 2712 WHITE PINE DR | | LITTLE ELM | TX | 75068-5741 | 5 $ | 192.06 |
| JOEY J | HILLS | 4132 RUFE SNOW DR | | N RICHLND HLS | TX | 76180-8516 | 6 $ | 230.48 |
| DOUGLAS NORTON | HINCKLEY, II | 2633 WESTMINSTER AVE | | DALLAS | TX | 75205-1502 | 7 $ | 268.89 |
| SHAWN DOUGLAS | HINES | 4510 N PARKHAVEN DR | | FORT WORTH | TX | 76137-4518 | 5 $ | 192.06 |
| AUSTIN S | HOOVER | 18959 DALLAS PKWY | | DALLAS | TX | 75287-3162 | 19 $ | 729.85 |
| JAMES | HUGHES | 4713 JASMINE DR | | FORT WORTH | TX | 76137-2308 | 10 $ | 384.13 |
| BILLY J | HULLETT | 8636 FIRESIDE DR | | DALLAS | TX | 75217-7150 | 7 $ | 268.89 |
| JOSIAH K | JONES | 1834 E PETERS COLONY RD | | CARROLLTON | TX | 75007-3713 | 9 $ | 345.72 |

| First | Last | Address | Apt | City | State | ZIP | Qty | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| ANTON | KRASKIN | 2701 TRUMPET DR | | ROWLETT | TX | 75089-6794 | 10 | $ | 384.13 |
| ADAM M. (EMP.) | LAYER | 176 LANDA ST | APT 724 | NEW BRAUNFELS | TX | 78130-7965 | 3.57 | $ | 137.19 |
| NICHOLAS | LETZ | 5352 FORT CONCHO DR | | FORT WORTH | TX | 76137-4116 | 10 | $ | 384.13 |
| JAVIER | MARIN | 6020 HARRISON WAY | | WATAUGA | TX | 76148-2021 | 10 | $ | 384.13 |
| PATRICK A | MCDUFFY | 7000 COOK RD | | HOUSTON | TX | 77072-2266 | 6 | $ | 230.48 |
| DAVID | MICHAEL | 3625 WELLBORN RD | APT 802 | BRYAN | TX | 77801-3542 | 51 | $ | 1,959.05 |
| GEORGE A | MUSSELMAN | 23223 SUMNERS CREEK CT | | KATY | TX | 77494-7598 | 5 | $ | 192.06 |
| CORY J | MYRICK | 4121 HERITAGE WAY DR | | FT WORTH | TX | 76137-1278 | 40 | $ | 1,536.52 |
| ANDREW MARK | NOWICKI | 4128 TUPELO TRL | | FORT WORTH | TX | 76244-6929 | 3 | $ | 115.24 |
| YESICA ATANAY | PIEDRA | 117 AMY DR | | SAN JUAN | TX | 78589-3709 | 14 | $ | 537.78 |
| JOHNATHON MICHAEL | RALEY | 4013 MCCLARY DR | | PLANO | TX | 75093-6642 | 6 | $ | 230.48 |
| MICHAEL ARTHUR | RAUPP | 3424 CARDINAL LN | | IRVING | TX | 75062-3030 | 15 | $ | 576.19 |
| DAVID GORDON | RAWSON | 2050 GRAYSON DR | APT 17105 | GRAPEVINE | TX | 76051-7086 | 18 | $ | 691.43 |
| ALBURNIE M | REESE | 1231 LANTANA ESTATES CT | | FRESNO | TX | 77545-8640 | 1 | $ | 38.42 |
| NATHAN F. (EMP) | REGIDOR | 7904 MEADOWBROOK DR | | WATAUGA | TX | 76148-1421 | 13 | $ | 499.37 |
| STEVEN W | ROBBINS | 7905 RAMPSTON PL | | FORT WORTH | TX | 76137-4974 | 10 | $ | 384.13 |
| LUKE A | ROBINSON | 4633 INDIAN ROCK RD | | KELLER | TX | 76248 | 3.57 | $ | 137.19 |
| MERRILEE | ROBINSON | 7817 VIENNA DR | | PLANO | TX | 75025-2721 | 9 | $ | 345.72 |
| RACINE M | ROJAS | 9903 S DAIRY ASHFORD ST | APT 4904 | HOUSTON | TX | 77099-2303 | 2 | $ | 76.82 |
| GARY L. | ROSE | 11000 CRESCENT MOON DR | | HOUSTON | TX | 77064-4013 | 2 | $ | 76.82 |
| ROY C | ROSS | PO BOX 1905 | | LIBERTY | TX | 77575-1905 | 42 | $ | 1,613.34 |
| RYAN S | SALA | 3830 OLD DENTON RD | APT 132 | CARROLLTON | TX | 75007-1004 | 8 | $ | 307.30 |
| PATRICK D | SANDERS | 2906 E BAYLOR ST | | LUBBOCK | TX | 79403-4126 | 10 | $ | 384.13 |
| HEATHER R | SHAMEL | 2539 TEAL DR | | COLLEGE STA | TX | 77840-3999 | 3 | $ | 115.24 |
| CHRISTOPHER | SHELL | 7404 WHITEWOOD DR | | FORT WORTH | TX | 76137-1437 | 9 | $ | 345.72 |
| JOHN DAVID | SILVA | 117 AMY DR | | SAN JUAN | TX | 78589-3709 | 27 | $ | 1,037.15 |
| MICHAEL CHAD | STEPHENS | 1100 EL CAMINO REAL | APT 101 | EULESS | TX | 76040-7609 | 5 | $ | 192.06 |
| NATHANIEL A | STEWART | 939 W FANNIN AVE | | ALAMO | TX | 78516-5522 | 13 | $ | 499.37 |
| CHAUNCEY L | TAYLOR | 205 CANTERBURY ST | | EULESS | TX | 76039-7862 | 8 | $ | 307.30 |
| PRESTON RANDALL | TAYLOR | 3424 CARDINAL LN | | IRVING | TX | 75062-3030 | 9 | $ | 345.72 |
| CORY A | THEIS | 5333 FOSSIL VISTA DR | # 735 | FORTH WORTH | TX | 76137 | 10 | $ | 384.13 |
| FRED KENNETH | THOMPSON | 5745 W ARBOR HILLS WAY | # 30 | THE COLONY | TX | 75056-5490 | 9 | $ | 345.72 |
| REMINGTON LEE | THORMANN | 134 STRAWBERRY LN | | RHOME | TX | 76078-3926 | 4 | $ | 153.65 |
| JOHN WALTER | TILS | 4633 INDIAN ROCK RD | | FORT WORTH | TX | 76244-5850 | 30 | $ | 1,152.38 |
| JOSHUA M | TRENTHAM | 9313 NILES CT | | FORT WORTH | TX | 76244-6159 | 10 | $ | 384.13 |
| DOMINIC | TURNER | 2400 ABERDEEN AVE | | MCKINNEY | TX | 75070-9124 | 10 | $ | 384.13 |
| JACOB | VASQUEZ | 116 E CIRO DR | | SAN JUAN | TX | 78589-3707 | 4 | $ | 153.65 |
| STEPHEN C | WARREN | 4515 WATERBIRD LN | | FT WORTH | TX | 76137-4570 | 12 | $ | 460.95 |
| RYAN LAWSON | WOMBLE | 3820 ESTERS RD | APT 212 | IRVING | TX | 75038-1600 | 5 | $ | 192.06 |
| JIN (JOHN) WOOK. | YI | 2905 W SOUTHLAKE BLVD | | SOUTHLAKE | TX | 76092-6728 | 24 | $ | 921.91 |
| CHRISTOPHER | BLANC | 5740 PONY FARM DR | | RICHMOND | VA | 23227-4912 | 1 | $ | 38.42 |
| LAWRENCE JERAIL | COCHRAN | 5705 TIVOLI CIR | APT 201 | RICHMOND | VA | 23227-2773 | 1 | $ | 38.42 |
| ARCHIE L | COLLINS III | 5720 PONY FARM DR | # 124 | RICHMOND | VA | 23227-4909 | 4.86 | $ | 186.58 |

| MICHAEL JOHN | DIRGA | 200 PELHAM LN | | CHRISTIANSBRG | VA | 24073-1245 | 2 | $ | 76.82 |
|---|---|---|---|---|---|---|---|---|---|
| GERALDINE ELIZABETH | IRBY | 7107 COACHMAN LN | APT 201 | RICHMOND | VA | 23228-4057 | 1 | $ | 38.42 |
| DERRICK | REED | 5404 S BRANCH RD | | FREDERICKSBRG | VA | 22407-8734 | 1 | $ | 38.42 |
| JAMES C | SCOTT | 1515 MOORE RD NE | | FLOYD | VA | 24091-2018 | 4 | $ | 153.65 |
| JOSIAH | SUBERBIELLE | 744 SALTMEADOW BAY DR | | VIRGINIA BCH | VA | 23451-6257 | 34 | $ | 1,306.04 |
| MARTIN F | TORRES | 900 N STREETUART ST | APT | ARLINGTON | VA | 22203 | 59 | $ | 2,266.35 |
| MARCUS ANDRE | VAUGHAN | 5795 TIVOLI CIR | APT 205 | RICHMOND | VA | 23227-2752 | 1 | $ | 38.42 |
| JIN | WOOK YI | 10823 GAMBRIL DR | APT 24 | MANASSAS | VA | 20109-6536 | 61 | $ | 2,343.19 |
| PEDRO MIGUEL | JOHNSON | 1325 S HUDSON ST | | SEATTLE | WA | 98108-2331 | 37 | $ | 1,421.28 |
| ILYA | MELNIKOV | 22 PLEASANT ST | APT 3-L | SALEM | WA | 1970 | 39 | $ | 1,498.10 |
| TIM | REDD | 2540 TAFT DR | | LUMMI ISLAND | WA | 98262-8678 | 2 | $ | 76.82 |
| BRANDON DALE | BRANDENBURG | 135 CHICAGO ST | | KIEL | WI | 53042-1228 | 26 | $ | 998.73 |
| DEANA | BRIGGS | 227 RIVERCREST DR | | HUDSON | WI | 54016-6726 | 30 | $ | 1,152.38 |
| ERIK | FRONTZ | 108 HILLSIDE DR | | NITRO | WV | 25143-2326 | 26 | $ | 998.73 |

** The exact number of work weeks for this employee is unknown at this time.  For purposes of reporting at this time, he has been defaulted to the maximum number of weeks.