UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARLA ADLER, STEPHEN BAUSENWEIN, AL DEICHLER, MIKE FROST, ED HALPIAN, RICH HERBST, KEVIN KELLY, ARTHUR LANDSMAN, ERIK MALAGON, JOE O'BRIEN, JOHN RE and DAN WATTS, on behalf of themselves and all others similarly-situated,<br><br>       Plaintiffs,<br><br>– against –<br><br>20/20 COMPANIES; 20/20 COMMUNICATIONS, INC.; VERIZON COMMUNICATIONS, INC.; VERIZON SERVICES, CORP.; BARRY MILLAY, in his individual and official capacities; WILLIAM ROWLAND, JR., in his individual and official capacities; and JASON GREEN, in his individual and official capacities,<br><br>       Defendants. | Case No. CV-09-439(LDW)(ARL)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the annexed memorandum of law dated February 7, 2011, as well as all documentation submitted in connection with Plaintiffs' Unopposed Motion for Final Approval of Partial Class Settlement, Plaintiffs MARLA ADLER, *et al.*, will move this Court, without opposition from Defendants, located at 100 Federal Plaza, Central Islip, New York, on February 10, 2011 at 11:00 A.M. or as soon thereafter as counsel may be heard, for an Order awarding the undersigned $443,428.56 in attorneys' fees and reimbursement of expenses for partial class settlement.

Dated: Bohemia, New York
February 7, 2011

Respectfully submitted,

*(signature)*

Saul D. Zabell
Zabell & Associates, P.C.
4875 Sunrise Highway
Suite 300
Bohemia, NY  11716
Tel: (631) 589-7242
Fax: (631) 563-7475

Scott B. Gilly
Thompson Wigdor & Gilly LLP
85 Fifth Avenue
New York, NY  10003
Tel: (212) 257-6800
Fax: (212) 257-6845

*Counsel for Plaintiffs and Class*