| | **CHESNEY & MURPHY, LLP** | |
|---|---|---|
| JEROME C. MURPHY | ATTORNEYS AT LAW | OFFICE MANAGER |
| RICHARD E. CHESNEY | 2305 GRAND AVENUE | PATRICIA M. SCANLON |
| PETER J. VERDIRAME | BALDWIN, NEW YORK 11510-3152 | |
| JOHN F. JANOWSKI | (516) 378-1700 | |
| JOHN L. MARSIGLIANO | | LEGAL ASSISTANTS |
| CHARLES C. NICHOLAS | | NANCY KEANE |
| TARA A. LaBELLA | FACSIMILE (516) 378-7611 | PATRICIA A. MORGAN |
| HENRY D. NELKIN | | EILEEN BRENNAN |
| GREGORY E. BROWER | | |
| RUDOLPH P. PETRUZZI | | |
| | | *ALSO MEMBER CT BAR |
| MARIE I. GOUTZOUNIS | | +ALSO MEMBER OF PA & FL BARS |
| STEPHEN V. MORBLLO | | |
| MICHAEL JENKS | | |
| JOYCE G. BIGELOW* | LONG ISLAND OFFICE | EMAIL |
| HAROLD T. BREW | | email@chesneymurphy.com |
| LYNN H. DELISA | | |
| RICHARD E. CHESNEY, Jr.+ | | |
| CHERYLL L. CORIOLIANO | | |

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y
★ DEC 23 2011
LONG ISLAND OFFICE

December 22, 2011

<u>VIA FAX (631) 712-5642</u>
Judge Leonard D. Wexler
D'Amato Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

RE: **MARLA ADLER**, et al v. **20/20 COMPANIES**, et al
CASE NO. : CV-09-00439 (LDW)(ARL)

Dear Judge Wexler:

Previously I was appointed as the Special Master in the above mater. At this point I would ask to be discharged since I am becoming a New York State Supreme Court Justice on January 1, 2012.

I am not holding any money for any of the parties, I am not requesting any further fees and I am not aware of anything further that I need to do in this matter that cannot be done by the claims administrator and the attorneys for the parties.

Accordingly, I request that the court discharge me in this matter at this time. I thank you for having appointed me.

Respectfully submitted,

*Jerome C. Murphy*

JEROME C. MURPHY

JCM/sk

*The Special Master is discharged with the thanks of the Court. SO ORDERED*
*s/ L. D. Wexler*
*USDJ. Central Islip, NY 12/23/11*