UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARLA ADLER, STEPHEN BAUSENWEIN, AL DEICHLER, MIKE FROST, ED HALPIN, RICH HERBST, KEVIN KELLY, ARTHUR LANDSMAN, ERIK MALAGON, JOE O'BRIEN, JOHN RE and DAN WATTS, on behalf of themselves and all others similarly-situated,<br><br>                           Plaintiffs,<br><br>    – against –<br><br>20/20 COMPANIES; 20/20 COMMUNICATIONS, INC.; VERIZON COMMUNICATIONS, INC.; VERIZON SERVICES, CORP.; BARRY MILLAY, in his individual and official capacities; WILLIAM ROWLAND, JR., in his individual and official capacities; and JASON GREEN, in his individual and official capacities,<br><br>                           Defendants. | No. CV-09-439(LDW)(ARL)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Affidavit of Douglas H. Wigdor, Esq., sworn to on September, 7, 2012, and the exhibits attached thereto, the accompanying memoranda of law and the proposed class settlement order, Plaintiffs MARLA ADLER, *et al.* will move this Court, without opposition from Defendants, named Plaintiffs and/or any member of the class, or any interested party, at the United States Courthouse, located at 100 Federal Plaza, Central Islip, New York 11722, before the Honorable Leonard D. Wexler, on September 10, 2012 at 11 A.M. or as soon thereafter as counsel may be heard, for an Order, pursuant to Rule 23 of the Federal Rules of Civil Procedure, granting Certification of the Class of Plaintiffs, Final Approval of the Class Settlement, and Approval of Attorneys' Fees and Expenses for Class Settlement.

Dated: September 7, 2012
    New York, New York

                                          Respectfully submitted,

                                          **THOMPSON WIGDOR LLP**

By:       _/s/ Douglas H. Wigdor_
                                          Douglas H. Wigdor

                                          85 Fifth Avenue
                                          New York, New York 10003
                                          Tel: (212) 257-6800
                                          Fax: (212) 257-6845
                                          dwigdor@thompsonwigdor.com

                                          Saul D. Zabell
                                          Zabell & Associates, P.C.
                                          One Corporate Drive
                                          Suite 103
                                          Bohemia, New York 11716
                                          Tel: (631) 589-7242
                                          Fax: (631) 563-7475

                                          *Attorneys for Plaintiffs and Class Members*